## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br>IH 1, Inc., *et al.*,<br>Debtors | |
| GEORGE L. MILLER,<br>Chapter 7 Trustee,<br><br>Plaintiff,<br><br>v.<br><br>SUN CAPITAL PARTNERS, INC., *et al.*,<br><br>Defendants. | Case No. 13-01996(RGA)<br><br>JURY TRIAL<br><br><br><br>VOLUME 1 OF 2 |

## DECLARATION OF MICHAEL A. DUFFY

1.      I am a partner at Baker & McKenzie, LLP, and counsel for defendants Sun Capital Partners, Inc., Sun Indalex, LLC, Sun Indalex Finance, LLC, Sun Capital Partners III QP, LP, Sun Capital Partners IV, LP, and Sun Capital Partners Management III, LP.  I submit this Declaration in support of Defendants' Motion To Exclude The Report And Testimony Of Plaintiff's Expert Yvette R. Austin Smith.

2.      Attached to this Declaration are true and correct copies of the documents cited in the accompanying Defendants' Opening Brief in Support of Their Motion To Exclude The Report And Testimony of Plaintiff's Expert Yvette R. Austin Smith, as follows:

| Exhibit A | Expert Report of Yvette R. Austin Smith |
|---|---|
| Exhibit B | Indalex Holdings Finance, Inc., Form 10-K, filed April 2, 2007 for the period ending December 31, 2006 (excerpts) |
| Exhibit C | Indalex Holdings Finance, Inc., Form 10-K, filed March 31, 2008 for the period ending December 31, 2007 (excerpts) |
| Exhibit D | 4/26/16 Yvette Austin Smith Deposition Transcript (excerpts) |
| Exhibit E | 5/21/08 Amended and Restated Domestic Security Agreement, D00006721 (excerpts) |
| Exhibit F | 2/2/06 Canadian Security Agreement, IND_KE002105 (excerpts) |

1

| | |
|---|---|
| Exhibit G | 5/21/08 Amended and Restated Credit Agreement, D00005730 (excerpts) |
| Exhibit H | 2/2/06 Indenture, IND_KE000424 |
| Exhibit I | Indalex Holdings Finance, Inc., Form 10-Q, filed August 10, 2007, for the quarter ending July 1, 2007 (excerpts) |
| Exhibit J | 6/1/07 E-mail from D. Santos to S. Liff, T. Buchman, M. Garff, and M. Alger, attaching final FTI Report, FTI_IND0002355-369 |
| Exhibit K | 5/30/07 Moody's Investors Service Global Credit Research Report, Sun_Finnerty00000537 |
| Exhibit L | 5/21/07 Goldman Sachs Company Update Indalex Holdings, Sun_Finnerty00000567 |
| Exhibit M | 3/31/16 Expert Report of John D. Finnerty |
| Exhibit N | 3/30/08 Crowe Horwath Workpaper, CH001481-92 |
| Exhibit O | 2/29/12 Deposition Transcript of Alexander Wodka (excerpts) |
| Exhibit P | 5/3/16 Deposition Transcript of John Finnerty (excerpts) |
| Exhibit Q | 4/13/12 Deposition Transcript of Timothy Stubbs (excerpts) |
| Exhibit R | 2007 Audit Results Report to the Audit Committee Indalex Holdings Finance, Inc. dated as of March 24, 2008, CH001459 |
| Exhibit S | 4/9/07 Management Update Meeting Presentation, Sun_Finnerty00003368 |
| Exhibit T | 2/2/06 Security Agreement, IND_KE001352 (excerpts) |
| Exhibit U | 4/24/07 J.P. Morgan Report, Sun_Finnerty00000619 |
| Exhibit V | 8/24/07 Goldman Sachs Company Update Indalex Holdings, Sun_Finnerty00000603 |
| Exhibit W | 10/2/06 Duff & Phelps Report, D00014974 |
| Exhibit X | 2/2/06 Duff & Phelps Report, SUN_IND00067883 |
| Exhibit Y | 6/15/12 Corrected Expert Report of Alan A. Schachter |
| Exhibit Z | 7/24/07 Email from R. Stafford re Flash Report 7-20-07, Pl.'s Dep. Ex. 200 |
| Exhibit AA | 3/26/12 R. Braun Deposition Tr. (excerpts) |
| Exhibit BB | 3/31/06 Expert Report of Jorge Vazquez |
| Exhibit CC | Bloomberg Bond Rating for Indalex Holding Corp., Sun_Finnerty00021225 |
| Exhibit DD | 6/22/07 Moody's Global Credit Research Issuer Comment, Sun_Finnerty00000505 |

3

| Exhibit EE | 11/16/07 Goldman Sachs Company Update Indalex Holdings, Sun_Finnerty00000611 |
|------------|------------------------------------------------------------------------------|

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: June 10, 2016                    By: _____
                                             Michael A. Duffy