# Exhibit A

George L. Miller, Chapter 7 Trustee

v.

Sun Capital Partners, Inc. et al

Case No. 13-CV-01996-RGA

Expert Report of Yvette R. Austin Smith

January 29, 2016

Highly Confidential

Pursuant to Protective Order

*Highly Confidential*

Case No. 13-CV-01996-RGA                                    Expert Report of Yvette R. Austin Smith

## Table of Contents

I. Executive Summary ........................................................................................................ 1

II. Expert Qualifications .................................................................................................... 2

III. Compensation ............................................................................................................... 3

IV. Assumptions and Limiting Conditions ...................................................................... 3

V. Scope of Assignment ..................................................................................................... 3

VI. Indalex Background ....................................................................................................... 4

    A. Sun Capital Acquisition ........................................................................................ 7

    B. Sale of Asia Aluminum Group (AAG) Interest ................................................. 8

    C. Industry and Indalex Business Trends as of June 2007 ................................... 9

VII. Dividend Payment ....................................................................................................... 13

VIII. Framework for Indalex Solvency Analysis .............................................................. 15

IX. Capital Structure Analysis .......................................................................................... 16

    A. Indalex Leverage Ratios Increased Immediately Upon Payment of the Dividend ....... 17

    B. Assets of Indalex Limited Provided Weak Credit Support ............................ 20

    C. Cross Default on Debt Ensured the Insolvency of Indalex Consolidated ..... 22

    D. The Combination of High Leverage and Limited Credit Support Increased Risk of Insolvency ....... 22

X. Indalex Entities File for Bankruptcy ......................................................................... 23

XI. Definition of Insolvency ............................................................................................. 23

XII. Financial Projections ................................................................................................... 23

    A. Management Projections Are Aggressively Optimistic ................................... 23

        1. Industry Shipment Projections Overstate Growth Rates ...................... 28

        2. Indalex Consolidated 2007 YTD Shipments Contradict 2007 Projections ......... 29

        3. Projections Assume that Indalex Growth Significantly Exceeds the Industry ... 33

        4. Indalex Market Share Assumptions are Unsupportable ....................... 36

        5. Projections Do Not Reflect Contemporaneous Decline in High-Margin Value-Added Extrusions ....... 37

    B. Indalex Downside Projections ............................................................................ 39

XIII. Solvency Analysis ........................................................................................................ 42

    A. Balance Sheet Test ............................................................................................... 43

        1. Discounted Cash Flow Valuation ........................................................... 45

        2. Guideline Public Company Valuation .................................................... 45

Case No. 13-CV-01996-RGA                                    Expert Report of Yvette R. Austin Smith

| | | |
|---|---|---|
| 3. | Precedent Transaction Valuation | 47 |
| 4. | Balance Sheet Test: Valuation Conclusion | 48 |
| B. | Ability to Pay Debts Test | 49 |
| C. | Adequate Capital Test | 49 |

XIV. Conclusion ....... 50

Exhibit 1.    Documents Relied On ....... 52

Exhibit 2.    Curriculum Vitae of Yvette R. Austin Smith ....... 58

Exhibit 3.    Indalex Consolidated DCF Under Management Projections ....... 61

Exhibit 4.    Indalex Consolidated DCF Under Downside Projections ....... 63

Exhibit 5.    Guideline Public Company Analysis Under Management Projections ....... 65

Exhibit 6.    Guideline Public Company Analysis Under Downside Projections ....... 66

Exhibit 7.    Precedent Transactions Analysis ....... 67

Exhibit 8.    Indalex Historical Normalized EBITDA ($ Thousands) ....... 68

Exhibit 9.    Indalex Consolidated Income Statement Under Management Projections ($ Millions) 70

Exhibit 10.   Indalex Consolidated Income Statement Under Downside Projections ($ Millions) 72

Exhibit 11.   Indalex Management Forecast Errors ....... 73

Exhibit 12.   Indalex Consolidated Weighted Average Cost of Capital (WACC) ....... 75

Exhibit 13.   Indalex Consolidated and Indalex U.S. Entities Net Debt at June 1, 2007 ($ Thousands) ....... 77

Exhibit 14.   Segment Information for Comparable Companies ....... 78

Exhibit 15.   Initial Universe of Guideline Public Companies ....... 79

Exhibit 16.   Guideline Public Company Multiples ....... 83

Exhibit 17.   Guideline Public Company Financials ....... 84

Exhibit 18.   Universe of Precedent Transactions ....... 86

## Tables

Table 1: Indalex 2006 Shipment Volume by End Use Market ....... 5

Table 2: Debt-to-Total Capital Before and After the Dividend ($ Thousands) ....... 18

Table 3: Debt-to-Total Assets Before and After the Dividend ($ Thousands) ....... 19

*Highly Confidential*

Case No. 13-CV-01996-RGA                      Expert Report of Yvette R. Austin Smith

Table 4:  Summary of Indalex Management Projections ..................................................25

Table 5: North-American Extrusion Industry Historical Contractions ...........................29

Table 6:  Summary of Indalex Consolidated Downside Projections ...............................41

Table 7: DCF Estimated Equity Value ($ Millions) .......................................................45

Table 8: Guideline Public Company Estimated Equity Value ($ Millions) .....................46

Table 9. Precedent Transactions Estimated Equity Value ($ Millions) ..........................47

Table 10: Equity Value Summary ($ Millions) ...............................................................48

## Figures

Figure 1: Indalex Consolidated Organizational Chart .....................................................6

Figure 2. Indalex Consolidated Historical and Projected EBITDA ($ Thousands)..........27

Figure 3: July-September 2007 Volume Forecast Implied by Management Projections ...............31

Figure 4. September-December 2007 Volume Forecast Implied by Management Projections......32

Figure 5: Annual Shipment Growth: Indalex Consolidated vs. Industry (2001-2011) ...................34

Figure 6. Indalex Consolidated Historical and Projected EBITDA ($ Thousands)..........42

*Highly Confidential*

Case No. 13-CV-01996-RGA                                  Expert Report of Yvette R. Austin Smith

## I.   Executive Summary

1. On June 1, 2007, Indalex Holdings Finance, Inc. (also, the "Company" or "Indalex Holdings Finance") paid a $76.6 million distribution to most of its shareholders, principally entities affiliated with Sun Capital Partners. Based on the analyses contained herein below, it is my opinion that this distribution, taken together with the transactions by which it was financed, resulted in the Balance Sheet insolvency of the Indalex U.S. Entities (as defined below) and the likely Balance Sheet insolvency of Indalex Holdings Finance as of June 1, 2007. In addition, as of June 1, 2007, both the Indalex U.S. Entities and Indalex Holdings Finance were rendered inadequately capitalized.

2. As of June 1, 2007, the U.S. and Canadian aluminum extrusion industry was in the midst of a pronounced contraction, led by significantly decreased demand in residential building and construction and non-automotive transportation end use markets. These end use markets represented nearly 60% of the shipment volume for the operating entities of Indalex Holdings Finance. In addition, the Company was encumbered by high financial and operational leverage.

3. Based on the capital structure of Indalex Holdings Finance as of June 1, 2007, I assessed the solvency of the Company on a fully consolidated basis and on a partially consolidated basis that excluded the Company's non-U.S. subsidiaries. The primary reason for excluding the Company's non-U.S. subsidiaries was that these entities were not obligors on the Company's debt as of, or anticipated as of, June 1, 2007. Thus, from a financial point of view it was not appropriate to look to the assets or cash flows of the non-U.S. subsidiaries to satisfy the obligations of that debt. However, due in part to cross default provisions that governed the Company's debt, a default on the debt by the Company's U.S. entities would have likely triggered the Balance Sheet insolvency of the entire Company.

4. This Executive Summary is qualified, in its entirety, by reference to the full report that follows.

Case No. 13-CV-01996-RGA                                              Expert Report of Yvette R. Austin Smith

## II.    Expert Qualifications

5.  I am a Principal in the Litigation and Finance Practice of The Brattle Group. I specialize in M&A and bankruptcy disputes with subject matter expertise in valuation and credit and solvency analysis. I regularly provide testifying and consulting expert services in litigation matters related to mergers and acquisitions, leveraged buyouts, recapitalization, debt recharacterization and avoidance actions. I have a specific expertise in the financial analysis of metals companies, having been a consultant on matters involving Noranda Aluminum and United States Steel Canada.

6.  I hold a Master's Degree in Business Administration from Columbia University's Graduate School of Business. I also hold an undergraduate degree from Harvard College in Philosophy and Government, having graduated with *cum laude* honors. I completed additional graduate coursework in financial mathematics at the Courant Institute of Mathematical Sciences, New York University. I am an instructor at Harvard University Extension School, where I teach the graduate finance course, Business Analysis and Valuation.

7.  I have completed multiple professional education courses, including Developing a Corporate Credit Rationale, sponsored by Standard & Poor's. I am co-chair of the American Bar Association's (the "ABA") Financial Advisor Task Force and a member of the American Bankruptcy Institute's (the "ABI") Business Reorganization Committee. I have written multiple articles on valuation and credit analysis in publications for the ABA, the ABI, Thomson Reuters and Bloomberg Law, among others. I am a contributing author to the Model Merger Agreement for the Acquisition of a Public Company, published by the ABA's Mergers and Acquisitions Committee and a contributing editor to the Committee's forthcoming Dictionary of M&A Terms. I was a contributing researcher to The Standard & Poor's Guide to Fairness Opinions: A User's Guide for Fiduciaries. I have also authored and presented multiple continuing legal education courses and other seminars on valuation, solvency and credit analysis.

8.  A list of materials relied upon is presented in Exhibit 1. My curriculum vitae is attached as Exhibit 2, along with a list of my publications within the previous ten years and of the cases in which I have served as a testifying expert within the previous four years.

9.  I have been retained by Dilworth Paxson LLP, on behalf of its client, George L. Miller, Chapter 7 Trustee in the matter captioned Miller v. Sun Capital Partners, Inc., et al., Civil

*Highly Confidential*

Case No. 13-CV-01996-RGA                                    Expert Report of Yvette R. Austin Smith

Action No 13-1996-RGA pending in the United States District Court for the District of Delaware (the "Litigation").

## III.    Compensation

10. The Brattle Group was compensated at an hourly rate of $625 for my work performed on this matter. I was also assisted by a team of professionals from The Brattle Group, all of whom were compensated at standard industry rates. Neither the amount nor the payment of fees to me or The Brattle Group in connection with this matter is contingent upon the opinions expressed herein or the outcome of the Litigation.[1]

## IV.    Assumptions and Limiting Conditions

11. My conclusions and opinions expressed herein are based on information I have reviewed to-date. I reserve the right to change or supplement my conclusions or opinions should any additional information be provided to me in the future, which I conclude warrants such a change or supplement. I also reserve the right to supplement or amend my conclusions or opinions to address any additional expert opinions offered in the Litigation.

12. My conclusions and opinions are for the stated purpose only and may not be appropriate for any other purpose. This report, my conclusions and my opinions may not be referred to or distributed, in whole or in part, for any other use and this report is solely for use in the Litigation. This report contains confidential information and is subject to a protective order; distribution of this report is limited to those permitted to review it under the terms of the protective order.

## V.    Scope of Assignment

13. I have been asked to provide a financial opinion as to the solvency of two corporate entities, (where each corporate entity is a group of legally recognized companies). The first entity is Indalex Holdings Finance, on a fully consolidated basis ("Indalex Consolidated"). The second

---

[1]    Throughout this report, I use the term "I" when describing who completed the analyses upon which my opinion is based. This is for ease of writing and should be understood to mean me, personally, or other The Brattle Group professionals working under my direction.

entity for which I have been asked to provide an opinion of solvency is Indalex Holdings Finance, on a partially consolidated basis, including all subsidiaries *except* Indalex Limited (and its wholly owned subsidiaries).  Hereinafter this second corporate entity will be referred to in this report as the "Indalex U.S. Entities."[2]  As I understand, the plaintiff in this matter, Mr. George L. Miller, has been appointed as the Chapter 7 Trustee for the entities IH 1, Inc., IH 2, Inc., IH 3, Inc., IH 4, Inc. and IH 5, Inc.  Prior to July 20, 2009, these entities were known as Indalex Holdings Finance, Inc., Indalex Inc., Indalex Holding Corp., Caradon Lebanon, Inc. and Dolton Aluminum Company, Inc. (respectively).[3]  Thus, Mr. Miller is the Trustee for the Indalex U.S. Entities.  For both Indalex Consolidated and the Indalex U.S. Entities, I have been asked to assess solvency (as defined herein, below) as of June 1, 2007 (the "Dividend Date").

## VI.   Indalex Background

14. As of the Dividend Date, Indalex Consolidated was the second largest aluminum extruder and the largest independent aluminum extruder in the United States and Canada, based on shipment volume.[4]  Aluminum extrusion is a process of shaping aluminum into various shapes, either standardized or customized, by heating the aluminum and forcing it to flow through a shaped die at the end of an extrusion press.[5]  In 2006, approximately 59% of Indalex Consolidated's products were delivered to customers as "mill finished" extrusions. The remaining 41% of Indalex Consolidated's 2006 extrusion shipments underwent painting, anodizing or fabrication.[6]  Indalex Consolidated referred to these services as "value added".[7] The Company generated higher profit margins from value-added extrusions than from mill finished extrusions.[8]

---

[2]   The "Indalex U.S. Entities" is equivalent to the Guarantor Company and the Parent Company, as these terms are used in the Company's SEC filings.  Indalex Limited, including subsidiaries, is referred to as the Non-Guarantor Company in the Company's SEC filings.

[3]   This report will use the entity names as they existed prior to July 20, 2009.

[4]   Indalex Consolidated Form 10-K for the Fiscal Year Ended December 31, 2006, p. 3.

[5]   Indalex Consolidated Form 10-K for the Fiscal Year Ended December 31, 2006, p. 11.

[6]   Indalex Consolidated Form 10-K for the Fiscal Year Ended December 31, 2006, p. 12.

[7]   Indalex Consolidated Form 10-K for the Fiscal Year Ended December 31, 2006, pp. 11-12.

[8]   Indalex Consolidated Form 10-K for the Fiscal Year Ended December 31, 2006, p. 9.

*Highly Confidential*

Case No. 13-CV-01996-RGA                                    Expert Report of Yvette R. Austin Smith

15. Indalex Consolidated manufactured soft alloy aluminum extrusions for sale in the United States and Canada. Indalex Consolidated tracked its extrusion shipment volume by end use market. Historically, transportation (exclusive of automotive) and residential building and construction were the largest end use markets for Indalex Consolidated extrusion products. Approximately 31% of Indalex Consolidated's 2006 shipment volume represented components used in trucks, truck trailers and recreational vehicles. An additional 28% of Indalex Consolidated's 2006 shipment volume represented components used in residential building and construction, principally, windows, doors, sunrooms and skylights.[9] In 2006, the Company held the number one market position in the residential building and construction end use market and the number two market position in the transportation end use market.[10] Table 1 shows the complete distribution of Indalex Consolidated's 2006 shipment volume.[11]

### Table 1: Indalex 2006 Shipment Volume by End Use Market

| End use markets served | % of 2006 Shipment Volume |
|---|---|
| Transportation (exclusive of automotive) | 31% |
| Residential building and construction | 28% |
| Distribution channel | 14% |
| Electric and cable | 7% |
| Commercial building and construction | 7% |
| Consumer durables | 6% |
| Machinery and equipment | 5% |
| Automotive | 2% |

Source: Indalex Consolidated Form 10-K for the Fiscal Year Ended December 31, 2006, p. 4.

16. The aluminum extrusion industry is divided into soft alloy and hard alloy extrusions, which target different end use markets. The distinction refers to the materials combined with aluminum to produce the alloy. Hard alloy extrusions have greater weight-bearing and heat tolerant properties than soft alloy extrusions. For these reasons, hard alloy extrusions are

---

[9]  Indalex Consolidated Form 10-K for the Fiscal Year Ended December 31, 2006, p. 4.

[10]  Indalex Consolidated Form 10-K for the Fiscal Year Ended December 31, 2006, p. 4.

[11]  The end use distribution of Indalex Consolidated's 2005 shipment volume did not significantly differ from that of 2006.

*Highly Confidential*

Case No. 13-CV-01996-RGA                    Expert Report of Yvette R. Austin Smith

commonly used in the automotive, aerospace and defense and aircraft industries. Indalex Consolidated did not manufacture hard alloy extrusions.[12]

17. Figure 1, presents an organizational chart for Indalex Consolidated, including subsidiaries as of the Dividend Date. The entities shaded in orange are the Indalex U.S. Entities. The entities shaded in blue are the non-U.S. (indirect) subsidiaries of Indalex Holdings Finance. Indalex Holdings Finance was beneficially owned by affiliates of Sun Capital Partners, Inc. and certain other investors and members of the Indalex Consolidated management team (collectively, the "Equity Investors").

**Figure 1: Indalex Consolidated Organizational Chart**



Sources: Email message from Kevin Shultz to Freddie Reiss dated May 22, 2007, subject "Change in Entities we Are Reviewing for Sun," pdf attachment "orgchartsun.pdf" (FTI_IND0001354 – 1360 at 1359).

18. Indalex Holdings Finance was the primary registrant with the U.S. Securities and Exchange Commission ("SEC"). Although the Company did not issue publicly-traded equity securities, the SEC filings were required in connection with the publicly registered debt issued by Indalex Holding Corp., a wholly-owned subsidiary of Indalex Holdings Finance. Indalex Holdings Finance is referred to as the "Parent Company" in SEC filings. Indalex Holding

---

[12]   Indalex Consolidated Form 10-K for the Fiscal Year Ended December 31, 2006, pp. 9-10.

Case No. 13-CV-01996-RGA                                    Expert Report of Yvette R. Austin Smith

Corp and its U.S. subsidiaries are referred to as the "Guarantor Company" in SEC filings.[13]  As of the Dividend Date, Indalex Inc. was the only operating business within the Guarantor Company.[14]  The non-U.S. subsidiaries of Indalex Holding Corp are referred to as the "Non-Guarantor Company" in the Company's SEC filings.  As of the Dividend Date, the Non-Guarantor Company was primarily comprised of Indalex Limited.

## A.   SUN CAPITAL ACQUISITION

19. On February 2, 2006, Indalex Holding Corp. acquired all of the outstanding capital stock of Indalex Inc. and Indalex Limited from Honeywell International Inc. ("Honeywell" and the "Sun Capital Acquisition").[15]  The total purchase price was approximately $419.1 million in cash ($425.0 million less a $5.9 million post-closing working capital adjustment).[16]  The acquisition consideration (including fees of approximately $21.7 million) was financed by:

- $111.3 million in cash contributed by the Equity Investors;
- $68.8 million drawn on a revolving credit facility, $40.8 million of which was drawn on the U.S. sub-facility and $28.0 million on the Canadian sub-facility; and
- $266.6 million in proceeds from the issuance of 11½% second-priority senior secured notes (the "11½% Notes") by Indalex Holding Corp.[17]

20. The acquisition financing was, in essence, used to capitalize Indalex Inc. and Indalex Limited, following the purchase from Honeywell.  As of December 31, 2006, Indalex Inc. was capitalized with $78 million in equity and $267 million in long-term debt.  In addition,

---

[13]   I note that the "Guarantor Company" is described as "each of the domestic subsidiaries of Indalex Holding Corp."  Although this description would appear to *exclude* Indalex Holding Corp from the "Guarantor Company," I also note that the 11½% Notes are recorded on the balance sheet of the "Guarantor Company." (For example, see the Company's Form 10-K for the Fiscal Year Ended December 31, 2006, p. F-47.)  As Indalex Holding Corp was the issuer of the Notes, this would imply that Indalex Holding Corp must be included in the "Guarantor Company."  This implication is further supported by the definition of "Parent Company" and "Non-Guarantor Company" in the Company's SEC filings.

[14]   The subsidiaries of Indalex Inc. were Caradon Lebanon and Dolton Aluminum Company.  As of the Date of Filing, neither subsidiary was active.  Deposition of Mike Alger Volume II, 211:10, April 26, 2012.

[15]   Honeywell acquired the former parent company of Indalex Consolidated, Novar plc, on March 31, 2005.  Indalex Consolidated Amendment No. 3 to Form S-4, February 8, 2007, p. 3.

[16]   Indalex Consolidated Amendment No. 3 to Form S-4, February 8, 2007, p. 4.

[17]   Indalex Consolidated Amendment No. 3 to Form S-4, February 8, 2007, p. 4.

*Highly Confidential*

Case No. 13-CV-01996-RGA                              Expert Report of Yvette R. Austin Smith

Indalex Inc. carried a revolver balance of $40.9 million at December 31, 2006. As of the same date, Indalex Limited was capitalized with $32.7 million in equity and it carried a revolver balance of $15.6 million. As of December 31, 2006, Indalex Limited did not record any third-party long-term debt. However, Indalex Limited did record a "Notes payable to affiliates" of $156.7 million. Similarly, the Indalex U.S. Entities recorded a "Note receivable from affiliates" of the same amount.[18] This intercompany note represents a loan extended by Indalex Holding Corp. to Indalex Limited, at the time of the Sun Capital Acquisition, from the $266.6 million in proceeds of the 11½% Notes.[19]

## B.   SALE OF ASIA ALUMINUM GROUP (AAG) INTEREST

21. At the time of the Sun Capital Acquisition, Indalex Consolidated owned a 25.01% equity interest in Asia Aluminum Group ("AAG"), a large aluminum extruder operating five production facilities in China.[20] The equity interest in AAG was owned directly by Indalex UK Limited, a wholly-owned subsidiary of Indalex Limited.

22. As part of its "Asia Secure" program, Indalex Consolidated sought "to take advantage of the lower cost structure of Chinese extruders and to provide additional capacity during periods of peak demand."[21] In 2006, Indalex Consolidated purchased 93% of its total import volume from AAG and sales of these imports represented approximately 4% of Indalex Consolidated's total net sales.[22] The supply agreement with AAG was non-exclusive, provided for arms-length pricing and did not contain minimum supply or purchase requirements.[23]

---

[18]   Indalex Consolidated Form 10-K for the Fiscal Year Ended December 31, 2006, p. F-47.

[19]   See Indalex Consolidated Form 10-K for the Fiscal Year Ended December 31, 2006, Note 25, Borrowing on long-term debt, acquisition ($160.15 million), p. F-52; Closing Sequence and Flow of Funds Memorandum, February 2, 2006, Article II (IND_KE004200 – 4207 at 4202). The loan was denominated in Canadian Dollars (CAD) in an amount equivalent to $160.15 million as of the date of the Sun Capital Acquisition. The difference of approximately $3.4 million reflects the change in the CAD/USD exchange rate between February 2 and December 31, 2006.

[20]   Indalex Consolidated Amendment No. 3 to Form S-4, February 8, 2007, p. 3.

[21]   Indalex Consolidated Amendment No. 3 to Form S-4, February 8, 2007, p. 3.

[22]   Indalex Consolidated Form 10-K for the Fiscal Year Ended December 31, 2006, p. 17; Indalex Consolidated Form 10-Q for the Quarter Ended July 1, 2007, p. 12.

[23]   Indalex Consolidated Form 10-K for the Fiscal Year Ended December 31, 2006, p. 5.

*Highly Confidential*

Case No. 13-CV-01996-RGA                                    Expert Report of Yvette R. Austin Smith

23. The equity interest in AAG entitled Indalex Consolidated to receive an annual cash dividend equal to its pro rata share of at least 40% of the net realized profits of AAG.[24] In 2005 and 2006, respectively, Indalex Consolidated received $4.6 million and $4.9 million in cash dividends from AAG.[25] In 2007 (through July 1st), Indalex Consolidated received $5.9 million in cash dividend payments from AAG.[26] In addition, under the equity method of accounting, Indalex Consolidated recorded income from the investment in AAG of $10.9 million, $12.5 million and $8.9 million in 2005, 2006 and 6 months ended July 1, 2007, respectively.[27]

24. On May 15, 2007 Indalex UK Limited sold its 25.01% interest in AAG to OK Spring Roll Limited Partnership, an investment vehicle associated with ORIX Corporation. The Company received $151.22 million in cash (net of transaction costs) and recorded a book gain before tax of $51.246 million related to the sale.[28]

25. The sale of AAG was contemplated by Indalex Consolidated at the time of the Sun Capital Acquisition. The indenture governing the 11½% Notes contains provisions that address the distribution of proceeds specifically upon the sale of the AAG equity interest. In summary, the first $50 million in proceeds from the sale of the AAG equity interest *plus* an additional 25% of the proceeds in excess of $50 million was required to be used to offer to redeem the 11½% Notes at a price of 105 plus accrued interest. The balance of the proceeds from a sale of the AAG equity interest could be paid as a restricted payment (i.e., a dividend) to stockholders of Indalex Holdings Finance. Indalex Consolidated had an approximately one-year period, following the sale of the interest in AAG, during which it could have paid a dividend.[29]

## C.   INDUSTRY AND INDALEX BUSINESS TRENDS AS OF JUNE 2007

26. As of June 2007, the United States and Canadian aluminum extrusion markets were in a clearly identified contraction. The end use markets with the most pronounced declines were

---

[24]   Indalex Consolidated Form 10-K for the Fiscal Year Ended December 31, 2006, p. 5.

[25]   Indalex Consolidated Form 10-K for the Fiscal Year Ended December 31, 2006, pp. 44-45.

[26]   Indalex Consolidated Form 10-Q for the Quarter Ended July 1, 2007, p. 5.

[27]   Indalex Consolidated Form 10-Q for the Quarter Ended July 1, 2007, p. 43.

[28]   Indalex Consolidated Form 10-K for the Fiscal Year Ended December 31, 2007, p. F-21.

[29]   Indalex Consolidated Form 8-K, May 14, 2007, p. 14; Indalex Holding Corp., "11½% Second-Priority Senior Secured Notes due 2014 Indenture," Article 4.04 (b)(15) (IND_KE000424-583 at 488).

*Highly Confidential*

Case No. 13-CV-01996-RGA                                    Expert Report of Yvette R. Austin Smith

residential building and construction and non-automotive transportation – representing nearly 60% of Indalex Consolidated's shipment volume. According to the Aluminum Association, for the first three months of 2007, U.S. and Canadian shipments of aluminum extruded products were down 13.8% compared to the same period in 2006.[30] Another industry source, CRU, described the North American extrusion market as "weak" in May of 2007, with year-over-year declines in shipment volume of 20%.[31] In June 2007, American Metal Market described the North American extrusion market as being "in the gutter" with residential building and construction as the "greatest drag on the [U.S.] extrusions sector."[32] An industry analyst endorsed by Indalex Consolidated's CFO concurred that residential construction was significantly to blame for the downturn in the U.S. and Canadian aluminum extrusion market. In March 2007, the analyst reported: "So far we have not seen any indication that Residential Construction is recovering and some of our contacts are not sure that it has bottomed, at least when we analyze extrusion demand."[33]

27. However, the data reported by industry analysts revealed what extruders already knew and had publicly disclosed by June 2007: the U.S. and Canadian extrusion markets were in a deep decline, largely due to significantly reduced demand in residential building and construction and non-automotive transportation end use markets. A review of contemporaneous disclosures made by aluminum extruders is instructive.

28. Alcoa is a global company that is active in all major sectors of the aluminum industry. As of December 2006, one of Alcoa's business segments was Extruded and End Products, from which it generated $4.4 billion in revenue in 2006. This segment consisted of extruded

---

[30] AA Situation Report, May 2007, p. 2. The Aluminum Association is a trade association that provides global standards, industry statistics, and expert knowledge. It represents U.S. and foreign producers of aluminum, recyclers, producers of fabricated products, and industry suppliers. See *http://www.aluminum.org/about-association.*

[31] CRU Monitor: Extruded Aluminum Products, p. 2. Data is for extruded shapes, which corresponds to Indalex Consolidated's predominant end use markets. CRU is an independent, privately owned company that provides market analysis and management consultancy in the mining, metals, and fertilizers industries. See *http://www.crugroup.com/.*

[32] "Extrusion market in gutter; a few see signs of an upturn," *American Metal Market,* June 5, 2007.

[33] Aluminum Industry Insights, March 2007, published by Commodity Metals Management Company, p. 24. Emailed by Mike Alger, Indalex CFO, on March 16, 2007 to Sun Capital representatives, with cover message reading: "Check out page 21-24 to get an update on the extrusion market...this guy is usually very on point and I think this highlights some of the challenges in the market."

products, some of which were further fabricated into a variety of end products, and included hard and soft alloy extrusions and architectural extrusions. These products primarily served the building and construction, distribution, aerospace, automotive, and commercial transportation markets.[34]

29. In April 2006, Alcoa announced plans to divest its home exteriors business. This business manufactured and marketed products for the residential construction and remodeling market in the United States and was part of Alcoa's Extruded and End Products segment.[35] Subsequently, in July 2006, Alcoa announced that it was "reviewing options" for its soft alloy extrusion business.[36] Notwithstanding a relative improvement in Alcoa's soft alloy extrusion business during the second quarter of 2006, Alcoa continued to refer to this business as "underperforming."[37] By the end of 2006 Alcoa had decided to exit the soft alloy extrusion business by contributing most of the related assets to a minority-owned joint venture and by an outright divestiture of the remaining related assets.[38] Upon the divestiture of the soft alloy extrusion assets, Alcoa recorded an asset impairment charge of $301 million, reducing the carrying value of the assets by approximately 20%.[39] Through December 31, 2006, Alcoa had recorded $318 million in restructuring charges for its Extruded and End Products segment.[40]

30. As of June 2007, Tredegar Corporation manufactured soft alloy aluminum extrusions primarily for building and construction, distribution, transportation, machinery and equipment, electrical and consumer durables markets. The company produced mill (unfinished), anodized (coated) and painted aluminum extrusions for sale directly to fabricators and distributors. Tredegar extrusion sales were primarily in the United States and

---

[34]   Alcoa Inc., Annual Report for the Fiscal Year Ended December 31, 2006, p. 22.

[35]   Alcoa Inc., Form 10-Q for the Quarter Ended March 31, 2006, p. 14 ("Subsequent Event").

[36]   "2nd Quarter 2006 Analyst Conference," Alcoa Inc., Form 8-K Current Report, July 10, 2006, Exhibit 99.2, slide 8.

[37]   Conference Call Transcript, "AA – Q3 2006 ALCOA Inc. Earnings Conference Call," Alcoa Inc., Form 8-K Current Report, October 10, 2006, p. 14.

[38]   Alcoa Inc., Form 10-K for the Fiscal Year Ended December 31, 2006, p. 13.

[39]   Estimated as impairment charge for Alcoa's soft alloy extrusion business assets ($301 milion) *divided by* total assets of Extruded and End Products segment that had been reclassified as discontinued operations or as assets held for sale as of December 31, 2006 ($1,178 million) *plus* the impairment charge ($301 million). Alcoa Inc., Annual Report for the Fiscal Year Ended December 31, 2006, pp. 52-53, 60.

[40]   Alcoa Inc., Annual Report for the Fiscal Year Ended December 31, 2006, p. 54.

Canada. In 2006, Tredegar Corporation generated \$577 million in net sales from its Aluminum Extrusions segment.[41]   Indalex Consolidated regularly monitored Tredegar's extrusion business, frequently comparing its results to those of Tredegar in internal documents and emails.

31. In announcing its 2006 annual financial results, Tredegar disclosed that extrusion shipments for residential construction had declined from 2005 to 2006.[42]  Although the company's total extrusion shipments increased over this period, this was driven by end use markets – commercial construction and hurricane protection – in which Indalex Consolidated's shipment volume was very low.[43]

32. In May 2007, Tredegar reported that the decline in extrusions for residential construction accelerated during the first quarter of 2007.  Tredegar's total shipment volume for the first quarter of 2007 was down 9.4% compared to the first quarter of 2006.  The lower shipments were attributed to "declines in demand for extrusions used in hurricane protection products and residential construction."[44]  Tredegar's disclosure also highlighted that its extrusion business was likely to experience continued weakness, noting that the backlog for the extrusion business was at the "lowest quarterly level since … December 2003."[45] Notwithstanding Tredegar's declining results, Indalex Consolidated's Director of Investor Relations, Scott C. Williams, relayed to Indalex Consolidated's management team, including the CEO and CFO, that Tredegar's extrusion business:  "clearly benefited from Commercial B&C [building and construction], with a much smaller volume and profit drop than we experienced.  Also notable is the increase in selling price, as mix apparently improved."[46]

33. As of June 2007, Aleris International manufactured soft and hard alloy extruded aluminum profiles targeted at end uses such as the building and construction, electrical, mechanical

---

[41]   Tredegar Corporation, Form 10-K for the Fiscal Year Ended December 31, 2006, pp. 2, 17.

[42]   Tredegar Corporation, Form 10-K, for the Fiscal Year Ended December 31, 2006, p. 17.

[43]   See Table 1 and Final Transcript of Earnings Call for Indalex Inc: Indalex Quarter 2 2007 Results, August 14, 2007, p. 2.

[44]   Tredegar Corporation, Form 10-Q for the Quarter Ended March 31, 2007, p. 12.

[45]   Tredegar Corporation, Form 10-Q for the Quarter Ended March 31, 2007, p. 12.

[46]   Email message from Scott C. Williams to Tim Stubbs (and others) dated May 3, 2007, subject "Tredegar reports Q1 earnings; volume down 9.4% yoy; extrusion profit down 28.6%," PDF attachment "Tredegar vs IASquarterlycomp – Q1 2007.pdf."

Case No. 13-CV-01996-RGA                                    Expert Report of Yvette R. Austin Smith

engineering and transportation sectors. Aleris operated five extrusion production facilities in Europe and China and sold product globally. In 2006, Aleris generated $4.0 billion in revenue from its Global Rolled and Extruded Products segment (a segment that included rolled aluminum products for use in aerospace, automotive and building and construction end use markets).[47] In announcing its 2006 financial results, Aleris disclosed that shipment volume for its Global Rolled and Extruded Products business had decreased by 5% from the years 2005 to 2006.[48] As with Tredegar, Aleris' decline in shipments accelerated during the first quarter of 2007. Shipment levels for the Global Rolled and Extruded Products business decreased by 12% for the three months ended March 31, 2007, as compared to the prior year.[49] Aleris' reduction in shipments was attributed to reduced demand in the North American housing market and across "most other industry segments served by [the company's] North American operations."[50]

34. The disclosures from Alcoa, Tredegar and Aleris are representative of the challenges facing the aluminum extrusion industry in the United States and Canada as of June 2007. Indalex Consolidated was the second largest aluminum extruder, and the largest independent aluminum extruder, in the United States and Canada. In addition, the Company held the number one market position in the residential building and construction end use market and the number two market position in the transportation end use market. Thus, as was noted by Mr. Williams in comparison to Tredegar, these challenges were felt even more acutely by Indalex Consolidated.[51]

## VII.    Dividend Payment

35. On June 1, 2007, Indalex Consolidated paid a distribution of $76.6 million to most of the shareholders of Indalex Finance Holdings, principally affiliates of Sun Capital Partners (the

---

[47]   Aleris International, Inc., Form 10-K for the Fiscal Year Ended December 31, 2006, p. 5.

[48]   Aleris International, Inc., Form 10-K for the Fiscal Year Ended December 31, 2006, p. 36. Excludes the impact of acquisitions that occurred during the fiscal year.

[49]   Aleris International, Inc. Form 10-Q for the Quarter Ended March 31, 2007, p. 23.   Decline in shipment volume for 1Q2007 excludes the impact of the acquisition of Corus Aluminum in August 2006.

[50]   Aleris International, Inc. Form 10-Q for the Quarter Ended March 31, 2007, pp. 20, 23.

[51]   See discussion of Indalex performance in Section XII.A.

Case No. 13-CV-01996-RGA                    Expert Report of Yvette R. Austin Smith

"Dividend"). The Dividend was paid from the Indalex U.S. Entities, ultimately, from proceeds from the sale of the AAG equity interest and from additional borrowings under the revolving credit facility.

36. In connection with the Dividend, Indalex Consolidated[52] retained FTI Capital Advisors to "perform an analysis and render a written report" (the "FTI Report") as to whether:

- "the Present Fair Saleable Value of the Companies' assets would exceed the Companies' Stated Liabilities and Identified Contingent Liabilities;

- the Companies Should be Able to Pay their Debts as They Become Absolute and Mature; and

- the Capital remaining in the Companies after the Transaction would not be unreasonably small for the business in which the Companies are engaged as management has indicated it is now conducted and is proposed to be conducted following the consummation of the Transaction."[53]

37. In my experience, the FTI Report mimics the language of a solvency opinion. That is, it attests to solvency, as solvency is defined under the U.S. Bankruptcy Code. However, FTI and/or counsel to Indalex Consolidated appear to have been reluctant to describe the FTI Report as a "solvency opinion". In an earlier draft of the FTI Report counsel to Sun Capital and Indalex Consolidated requested that FTI "render a written opinion as to the solvency and capital adequacy of each Company as a going concern."[54] However, this language does not appear in the final FTI Report.[55] In fact, during the 24-hour period prior to the issuance of the final FTI Report the language of the report appears to have been the subject of significant controversy between FTI, Indalex Consolidated, Sun Capital and counsel for Indalex Consolidated and Sun Capital. Multiple emails (and it appears, additional phone calls) were

---

[52]  The FTI letter was ultimately addressed to the Boards of Directors for both Indalex Holdings Finance, Inc. and Indalex Holding Corp.

[53]  Letter dated June 1, 2007 from FTI Capital Advisors to the Board of Directors of Indalex Holdings Finance, Inc. and Indalex Holding Corp (FTI_IND0002356-2269 at 2256). The letter defined the term Companies to refer to Indalex Holdings Finance, Inc. and Indalex Holding Corp.

[54]  See: Email message from Kevin Shultz to Bob Kavanaugh (and others) dated May 30, 2007, subject "FW: Revised Draft Report," (FTI_IND0001941-1954 at 1945); Email message from Bob Kavanaugh to Kevin Shultz (and others) dated May 31, 2007, subject "Re: FW: Revised Draft Report," (FTI_IND0001956-1973 at 1964); Email from Rick Braun to Kevin Shultz (and others) dated May 31, 2007, subject "Indalex Draft," (FTI_IND0002042-2064 at 2044).

[55]  See: Email message from Dominic Santos to Steven Liff (and others) dated June 1, 2007, subject "Final FTICA Report," (FTI_IND0002355-2269 at 2256-2259).

Case No. 13-CV-01996-RGA

Expert Report of Yvette R. Austin Smith

exchanged between the parties regarding the definition of "value" and "liabilities" used in the FTI Report. [56]   At one point, Mr. Steven Liff of Sun Capital states in an email to FTI that it may be necessary to "discuss our fees as we'll need to get another opinion done."[57]   In internal emails, FTI describes having "accommodated Indalex on several points" but still facing a "full court press" to make additional changes to the language of the FTI Report.[58] This, notwithstanding that that FTI was "very clear early on with Sun [Capital] about the language we were using."[59]

38. The scope of the FTI Report was limited to assessing the solvency of Indalex Consolidated. The opinion did not separately assess the solvency of the Indalex U.S. Entities, the corporate entities for which Mr. Miller was appointed Trustee.  In final form, the FTI Report concluded that Indalex Holdings Finance and Indalex Holding Corp would satisfy the tests of solvency (as set forth in the FTI Report) upon the repayment of at least $37.8 million in debt and payment of the remaining proceeds from the AAG sale as dividends.[60]

## VIII.   Framework for Indalex Solvency Analysis

39. There are two methods to assess the solvency in this matter.  The most straight-forward approach is to assess the solvency of Indalex Consolidated.  If Indalex Consolidated is found to be insolvent, no further analysis is necessary.  However, if Indalex Consolidated is facially

---

[56]   For example, see: Email message from Steven Liff to Kevin Shultz (and others) dated June 1, 2007, subject "RE: Final FTICA Report," (FTI_IND0002229-2230 at 2229); Email message from Kevin Shultz to Freddie Reiss (and others) dated June 1 2007, subject "Sun Capital/Indalex Report – IMPT," (FTI_IND0002297-2311 at 2297); Email message from Kevin Shultz to Steven Liff (and others) dated June 1, 2007, subject "RE: Final FTICA Report," (FTI_IND0002244-2248 at 2244); Email message from Kevin Shultz to Freddie Reiss (and others) dated June 1, 2007, subject "I am sending to you again the email request last night from Steve Liff.  We accommodated his request as it was consistent with our conclusions.  Now K&E wants more. Kevin," (FTI_IND0002312-2214 at 2212).

[57]   Email message from Steven Liff to Kevin Shultz (and others) dated June 1, 2007, subject "RE: Final FTICA Report," (FTI_IND0002229-2230 at 2229).

[58]   Email message from Kevin Shultz to Freddie Reiss (and others) dated June 1 2007, subject "Sun Capital/Indalex Report – IMPT," (FTI_IND0002297-2311 at 2297).

[59]   Email message from Kevin Shultz to Freddie Reiss (and others) dated June 1 2007, subject "Sun Capital/Indalex Report – IMPT," (FTI_IND0002297-2311 at 2297).

[60]   FTI Report, p. 4. In its calculations, FTI assumed that Indalex Consolidated would use $37.8 million of the $152.2 million AAG proceeds to repay interest bearing debt and the rest would be paid out as a dividend to shareholders (FTI Report, p. 1).

Case No. 13-CV-01996-RGA                        Expert Report of Yvette R. Austin Smith

found to be solvent, additional analysis must be undertaken to determine if an opinion of solvency can ultimately be sustained.

40. Assets and cash flow may not be fully transferable among legal entities of a corporate structure. For example, assume Entity A and Entity B are separate legal entities of the same corporate structure. Entity A or Entity A's creditors may not be able to compel the cash flow or assets of Entity B to satisfy the liabilities of Entity A. In such a case, consolidating the liabilities (on one hand) and the assets and cash flows (on the other hand) of the two entities may not accurately assess the solvency of the corporate structure. If Entity A's cash flows or assets are insufficient to meet its liabilities on a stand-alone basis, this may cause an event of default at Entity A that triggers an insolvency for the entire corporate structure. Thus, a second method for assessing the solvency of Indalex Consolidated as of June 1, 2007 is to analyze the transferability of assets and cash flows among the legal entities of the Indalex Consolidated corporate structure. For this entity-level analysis, I have analyzed the liabilities and transferability of assets and cash flows between the Indalex U.S. Entities[61] and Indalex Limited.

## IX.   Capital Structure Analysis

41. To assess the solvency of Indalex Consolidated, either on a fully or partially consolidated basis, it is critical to understand the capital structure of the company. As discussed below, a comparison of the capital structures before and after payment of the Dividend is instructive. This comparison shows that financial leverage increased significantly for the Indalex U.S. Entities following payment of the Dividend. In contrast, leverage decreased significantly for Indalex Limited. However, given the structure of the Indalex Consolidated debt, the inherently higher risk of an Indalex Consolidated insolvency, arising from the increased financial leverage of the Indalex U.S. Entities, was *not* offset by a reduction in risk resulting from the decreased financial leverage of Indalex Limited.

---

[61] The Indalex U.S. Entities is an economic unit of analysis, for the purpose of this report, based on the obligors of the Company's debt (as explained above). The assets and cash flows for the Indalex U.S. Entities reflect the assets and cash flows of the legal entities within this economic unit of analysis. See paragraph 13.

## A. INDALEX LEVERAGE RATIOS INCREASED IMMEDIATELY UPON PAYMENT OF THE DIVIDEND

42. A company's assets are financed by a combination of debt and equity.   One measure of financial leverage is the portion of financing comprised of debt (versus equity).   Thus, a common ratio to measure leverage is debt-to-total capital, where total capital equals the sum of debt and equity.[62] Unlike equity, for which a company can choose to pay dividends but is not obligated to do so, debt financing imposes on the company an obligation to make scheduled interest and principal payments to its lenders. Failure to do so can trigger insolvency. Therefore, all else constant, as a company uses more debt financing, it increases its vulnerability to downturns in its performance and ultimately faces a higher risk of default and insolvency.

43. Table 2 displays the capitalization, including long-term affiliate financing, of Indalex Consolidated, the Indalex U.S. Entities and Indalex Limited as of April 1, 2007 and July 1, 2007.   The dates correspond to the end of Indalex Consolidated's first and second quarters for the 2007 fiscal year, respectively, the quarters before and after payment of the Dividend.[63] As shown in Table 2, the debt-to-total capital ratio increased for Indalex Consolidated and for the Indalex U.S. Entities after the Dividend.  In fact, the book value of equity for the Indalex U.S. Entities is negative as of July 1, 2007, as total liabilities exceed shareholders' equity. Only Indalex Limited demonstrates lower financial leverage after payment of the Dividend.

---

[62]   An equivalent leverage ratio is debt-to-equity.

[63]   The payment date of the Dividend was June 1, 2007.   This is the date on which I have opined on the solvency of Indalex Consolidated and the Indalex U.S. Entities.   However, I am of the opinion that a general credit analysis of Indalex Consolidated would not meaningfully differ between June 1, 2007 and July 1, 2007.   The primary factors considered in such an analysis were the sale of the AAG equity interest, payment and financing of the Dividend and redemption of a portion of the 11½% Notes. These transactions were all consummated or contemplated as of June 1, 2007.  Moreover, although during the month of June, Indalex Consolidated reduced its net debt by $9.7 million, which would slightly reduce its leverage relative to June 1, it also incurred a net loss of $10.2 million, which would increase its leverage by reducing equity (for the change in debt, see email message from Scott C. Williams dated July 24, 2007, subject "Flash Report 7-20-07," attachment "IAS Flash Report 7-20-07.xls," "Historical Flash Reports.xls," Plaintiffs Exhibit No. 200, calculated as the change in revolver balance less the change in cash balance; for the June net loss, see email message from Bob Kavanaugh to Sun Capital dated July 6, 2006, subject "Indalex EBITDA Flash June 2007, Excel attachment "ebita&avaijune2007v.xls.").

Case No. 13-CV-01996-RGA                                    Expert Report of Yvette R. Austin Smith

## Table 2:  Debt-to-Total Capital Before and After the Dividend ($ Thousands)

|  | As of April 1, 2007 | | | As of July 1, 2007 | | |
|---|---|---|---|---|---|---|
|  | Indalex Consolidated | Indalex U.S. Entities | Indalex Limited | Indalex Consolidated | Indalex U.S. Entities | Indalex Limited |
| Notes Receivable from Affiliates [1] | - | 158,194 | - |  | 44,555 | - |
| Notes Payable to Affiliates [1] | - | - | 158,194 |  | - | 44,555 |
| Revolving Credit Facility | 98,260 | 77,950 | 20,310 | 107,500 | 107,500 | - |
| 11 1/2% Notes | 267,064 | 267,064 | - | 195,980 | 195,980 | - |
| Capital Lease Obligation | 5,636 | 2,706 | 2,930 | 5,556 | 2,588 | 2,968 |
| Total Debt [2] | 370,960 | 189,526 | 181,434 | 309,036 | 261,513 | 47,523 |
| Shareholders' Equity [3] | 82,762 | 47,729 | 35,033 | 36,520 | (33,745) | 70,265 |
| Total Capital [4] | 453,722 | 237,255 | 216,467 | 345,556 | 227,768 | 117,788 |
| Debt as % of Total Capital | 81.8% | 79.9% | 83.8% | 89.4% | 114.8% | 40.3% |

Source: Indalex Consolidated Form 10-Q for the Quarter Ended July 1, 2007, p. 28; Indalex Consolidated Form 10-Q for the Quarter Ended April 1, 2007, p. 27.

Notes:

[1]: For Indalex Consolidated, eliminated on consolidation.

[2]: Equals the sum of Notes Payable to Affiliates, Revolving Credit Facility, 11½% Notes and Capital Lease Obligation less Notes Receivable from Affiliates.

[3]: For Indalex U.S. Entities, equals Indalex Consolidated less Indalex Limited.

[4]: Sum of [2] and [3].

44. It should be noted that leverage increased for Indalex Consolidated and the Indalex U.S. Entities notwithstanding that the balance of the 11½% Notes decreased from April to July.[64] This is because leverage is not meaningfully measured as the absolute amount of a company's debt.  To meaningfully assess a company's leverage, debt should be considered relative to other sources of financing and relative to the company's assets.

45. Properly measured, the increase in leverage can be attributed to three causes:

- **The deteriorating operating performance of Indalex Inc.**  Over the first six months of 2007, the Indalex U.S. Entities recorded an operating cash *loss* of $28.8 million.  This compares to an operating cash loss of only $7.8 million over the first six months of 2006.[65] Operating losses reduce shareholders' equity.

---

[64]  Due to the mandatory offer to redeem, upon the sale of the AAG equity interest.

[65]  Indalex Consolidated Form 10-Q for the Quarter Ended July 1, 2007, pp. 35, 38-39.

Case No. 13-CV-01996-RGA                                      Expert Report of Yvette R. Austin Smith

- **Indalex Inc. increased its borrowings under the revolving credit facility by $29.6 million.** The balance under the revolving credit facility increased from $77.9 million to $107.5 million between April 1st and July 1st of 2007.[66]

- **Long-term debt <u>owed to</u> the Indalex U.S. Entities by Indalex Limited decreased by $113.6 million.** The affiliate debt was a receivable that effectively reduced the debt of the Indalex U.S. Entities. Recall that when the 11½% Notes were issued, Indalex Holding Corp. loaned $160.15 million of the proceeds to Indalex Limited.[67] Between April 1st and July 1st of 2007, Indalex Limited repaid $113.6 million of this loan; however, the repayment was not used to reduce the balance of the Notes.[68]

46. A second measure of leverage is debt-to-total assets. The lower the value of assets relative to the debt (i.e., the greater the debt-to-total assets ratio) the more leveraged the company. When assessing debt-to-total assets ratios, it may be helpful to bear in mind that "debt" is not equivalent to total liabilities. Total liabilities includes debt and other financial obligations, such as accounts payable and accrued expenses. Total liabilities, not just capital structure debt, needs to be compared to a company's assets in order to assess solvency.

47. Table 3 compares debt-to-total asset ratios for Indalex Consolidated, the Indalex U.S. Entities and Indalex Limited before and after the Dividend.

### Table 3:  Debt-to-Total Assets Before and After the Dividend ($ Thousands)

|  | As of April 1, 2007 | | | As of July 1, 2007 | | |
|---|---|---|---|---|---|---|
|  | Indalex Consolidated | Indalex U.S. Entities | Indalex Ltd. | Indalex Consolidated | Indalex U.S. Entities | Indalex Ltd. |
| Cash | 3,950 | 1,489 | 2,461 | 2,411 | 982 | 1,429 |
| Total Current Assets | 249,532 | 184,995 | 78,462 | 257,858 | 182,518 | 100,218 |
| Total Assets [1] | 644,399 | 404,272 | 283,654 | 545,105 | 400,276 | 199,309 |
| Total Debt [2] | 370,960 | 189,526 | 181,434 | 309,036 | 261,513 | 47,523 |
| **Debt-to-Total Assets** | **0.58** | **0.47** | **0.64** | **0.57** | **0.65** | **0.24** |

Sources: Indalex Consolidated Form 10-Q for the Quarter Ended July 1, 2007, p. 28; Indalex Consolidated Form 10-Q for the Quarter Ended April 1, 2007, p. 27; Indalex Consolidated Form 10-K for the Fiscal Year Ended December 31, 2006, pp. F-47 to F-52.
Notes:

---

[66]   Indalex Inc. is reported under "Guarantor Company". Indalex Consolidated Form 10-Q for the Quarter Ended July 1, 2007, p. 28; Indalex Consolidated Form 10-Q for the Quarter Ended April 1, 2007, p. 27.

[67]   See ¶ 20, above.

[68]   See additional description at ¶ 48.

[1]: Total Assets for Indalex U.S. Entities calculated as Guarantor Total Assets *less* Guarantor Notes Receivable from Affiliates *plus* the portion of Parent Investment in Affiliates that reflects the equity investment in Indalex Limited.

[2]: Total Debt as calculated in Table 2.

48. As shown in Table 3, debt-to-total assets increased for the Indalex U.S. Entities following the payment of the Dividend. Although on a consolidated basis, Indalex Consolidated's debt-to-total assets ratio was virtually unchanged, leverage shifted significantly from Indalex Limited to the Indalex U.S. Entities. This increase in leverage demonstrates that although the Indalex U.S. Entities incurred additional debt, this debt was not used to finance additional assets. For example, if the Indalex U.S. Entities had increased borrowings under the revolving facility to finance current assets (e.g., inventory or accounts receivable), the debt-to-total assets ratio would have remained constant. In fact, the current assets for the Indalex U.S. Entities *decreased* slightly from April 1st to July 1st. Similarly, had the Indalex U.S. Entities used the debt repayments from Indalex Limited to reduce debt (e.g., repay the revolving facility or additional redemptions of the 11½% Notes), the debt-to-total assets ratio would have remained unchanged. In contrast, the Indalex U.S. Entities used the additional debt to fund the Dividend.

## B.   ASSETS OF INDALEX LIMITED PROVIDED WEAK CREDIT SUPPORT

49. As discussed above, the Indalex U.S. Entities were significantly leveraged after payment of the Dividend. Although leverage decreased for Indalex Limited, this did not meaningfully reduce the risk of an Indalex Consolidated insolvency. This is because the assets and cash flows of Indalex Limited provided only weak credit support for the Indalex Consolidated outstanding debt as of July 1, 2007.

50. As shown in Table 2, Indalex Consolidated was financed with two types of third-party debt: the 11½% Notes and the revolving credit facility. As of July 1, 2007, the outstanding balance of the 11½% Notes was $196 million and the outstanding balance under the revolving credit facility was $107.5 million.[69] Indalex Holding Corp was the issuer for the 11½% Notes and a direct borrower under the revolving credit facility.

51. The maximum borrowing under the revolving credit facility was $200 million, subject to a borrowing base of eligible assets. The credit facility was comprised of two sub-facilities, a U.S. sub-facility and a Canadian sub-facility. Although the maximum borrowing was

---

[69]   Indalex Consolidated Form 10-Q for the Quarter Ended July 1, 2007, p. 28.

*Highly Confidential*

Case No. 13-CV-01996-RGA                    Expert Report of Yvette R. Austin Smith

available under the U.S. sub-facility, the Canadian sub-facility was subject to a sub-cap of $80 million.[70]   As of July 1, 2007, the entire outstanding balance under the revolving credit facility was under the U.S. sub-facility.[71]

52. The outstanding balance of the revolving credit facility, as of July 1, 2007, was guaranteed on a first-priority secured basis by Indalex Inc. and Indalex Holdings Finance.  Indalex Limited was not an obligor under any portion of the outstanding balance of the revolving credit facility as of July 1, 2007.[72]  The 11½% Notes were guaranteed on a second-priority secured basis by Indalex Inc. and Indalex Holdings Finance.  Indalex Limited was not an obligor under the 11½% Notes.

53. As of July 1, 2007, the 11½% Notes and the revolving credit facility were guaranteed by substantially all of the assets of the guarantors.  As of July 1, 2007, the only assets of Indalex Holdings Finance and Indalex Holding Corp. were the capital stock of subsidiaries.  As an operating entity, Indalex Inc. was the only entity within the Indalex U.S. Entities that recorded assets other than capital stock.

54. Further, the applicable portion of the capital stock of (i) Indalex Holding Corp. (the only asset of Indalex Holdings Finance) and (ii) Indalex Inc. (an asset of Indalex Holding Corp.) was contractually limited to $39.6 million as of July 1, 2007.[73]  This represented slightly less than 35% of the book value of the combined capital stock of Indalex Holding Corp and Indalex Inc.[74]  The capital stock of Indalex Limited was an additional asset of Indalex Holding Corp; however, only 65% of the value of the Indalex Limited capital stock constituted collateral for either of the Canadian sub-facility or the 11½% Notes.[75]  Therefore, the only link between the assets or cash flow of Indalex Limited and the outstanding balance of Indalex Consolidated debt at July 1, 2007 was a 65% equity interest in Indalex Limited, an interest

---

[70]   Indalex Consolidated Form 10-Q for the Quarter Ended July 1, 2007, p. 42.

[71]   Indalex Consolidated Form 10-Q for the Quarter Ended July 1, 2007, pp. 27-28.

[72]   Indalex Limited was an obligor of only the Canadian sub-facility, the balance of which was zero at July 1, 2007.

[73]   This limitation was imposed by the "collateral cutback provision". See Indalex Consolidated Form 10-Q for the Quarter Ended July 1, 2007, pp. 56-57.

[74]   As of July 1, 2007, the book value of the capital stock of Indalex Holding Corp was $33.1 million. As of the same date, the book value of the capital stock of Indalex Inc. was $80.9 million.  Indalex Consolidated Form 10-Q for the Quarter Ended July 1, 2007, p. 57.

[75]   Indalex Consolidated Form 10-Q for the Quarter Ended July 1, 2007, p. 57.

*Highly Confidential*

Case No. 13-CV-01996-RGA    Expert Report of Yvette R. Austin Smith

that would be subordinate to Indalex Limited creditor obligations in the event of bankruptcy. This is particularly notable in light of the fact that Indalex Limited had, effectively, borrowed $158.1 million of the 11½% Notes as of April 1, 2007.[76]

### C. CROSS DEFAULT ON DEBT ENSURED THE INSOLVENCY OF INDALEX CONSOLIDATED

55. Both the 11½% Notes and the revolving credit facility contained cross default provisions. Thus, a default on the 11½% Notes would first trigger a guarantor obligation (within the Indalex U.S. Entities), which, if left uncured, would subsequently trigger a default under the revolving credit facility. A default under the revolving credit facility would terminate access to both the U.S. and Canadian sub-facilities and would entitle the lender to accelerate the repayment of any outstanding balance of the sub-facilities. Similarly, a default under the revolving credit facility would, if left uncured, trigger a default and entitle the lenders to accelerate the repayment of principal (and interest, as applicable) under the 11½% Notes. Thus, a default by the Indalex U.S. Entities on either the 11½% Notes or the revolving credit facility would trigger the insolvency of Indalex Consolidated, as the Company would be unable to pay the accelerated principal and interest payments. Further, the Company would lose its primary source of working capital funding (i.e., the revolving credit facility). Under such a scenario, the capital stock pledged as collateral by Indalex Holdings Finance and Indalex Holding Corp would be, effectively, worthless. The assets of Indalex Inc. would be the only collateral of appreciable value for the debt outstanding at July 1, 2007.

### D. THE COMBINATION OF HIGH LEVERAGE AND LIMITED CREDIT SUPPORT INCREASED RISK OF INSOLVENCY

56. The combination of high financial leverage and weak credit support from Indalex Limited significantly increased the risk of an Indalex Consolidated insolvency as of July 1, 2007, especially when compared to April 1, 2007. This increase in leverage for the Indalex U.S. Entities, coupled with the decision to use the debt proceeds to fund the Dividend instead of acquiring valuable assets, precipitated the insolvency. Furthermore, the increase in leverage

---

[76]  This amount represents the USD value as of April 1, 2007 of the loan in CAD made at the time of the Sun Capital Acquisition (see ¶ 20).

and payment of the Dividend occurred at time during which the company CFO was warning of a "deep extrusion recession."[77]

## X.   Indalex Entities File for Bankruptcy

57. On March 20, 2009 the Indalex U.S. Entities filed for protection under Chapter 11 of the U.S. Bankruptcy Code.  March 20, 2009 is referred to hereinafter as the "Date of Filing".

58. In April 2009, Indalex Limited and certain related entities sought and received protection from their creditors under the Companies' Creditors Arrangement Act in Canada.

## XI.   Definition of Insolvency

59. To assess the solvency of Indalex Consolidated and the Indalex U.S. Entities, I analyzed the following questions as of June 1, 2007, giving effect to the payment of the Dividend:

- Did the present fair saleable value of each entity's assets exceed each entity's liabilities, including contingent liabilities?

- Was each entity able to pay its debts as the debts were anticipated to become absolute and mature?

- Was the capital of any entity unreasonably small for the businesses in which the entity was engaged or was anticipated by management to be engaged?

## XII.   Financial Projections

### A.   MANAGEMENT PROJECTIONS ARE AGGRESSIVELY OPTIMISTIC[78]

60. The management of Indalex Consolidated provided FTI with 5-year financial projections to serve as the basis for the FTI Report (the "Indalex Management Projections").[79]  The Indalex

---

[77]  Email message from Mike Alger to Doug Carlson dated March 26, 2007, subject "Re: Fw: L11 Shipment from AA".

[78]  Throughout this section, reference is made to Indalex Consolidated financial results for the three-month period ended July 1, 2007 (i.e., 2Q07).  As of the date of the solvency determination, June 1, 2007, 2 months of the three-month period had elapsed.  Therefore, where reference is made 2Q07 results, it is my opinion that the company's operating trends over that quarter were evident by June 1, 2007. Furthermore, Indalex Consolidated regularly prepared 30-day rolling forecasts.  For example, see Plaintiff's Deposition Exhibit No. 165, Plaintiff's Deposition Exhibit No. 166.

Case No. 13-CV-01996-RGA                                      Expert Report of Yvette R. Austin Smith

Management Projections were finalized in May 2007 and forecast annual results for fiscal years 2007 through 2011. The projections reflect Indalex Consolidated's business operations.

61. Upon receipt of the Indalex Management Projections, FTI raised several questions about underlying assumptions and apparent data inconsistencies. For example, the projected balance sheet did not balance and the management fee did not equal 2% of EBITDA, notwithstanding such a specification in the Management Services Agreement.[80] Management of Indalex Consolidated then provided FTI with certain key underlying assumptions[81] and with a copy of the Indalex Management Projections restated to show net sales, material costs and variable costs on a *per pound* basis.[82] After additional communications between FTI and Indalex Consolidated, Indalex Consolidated's forecasted shipment volume was restated as the product of (i) projected industry shipment volume and (ii) Indalex Consolidated's projected market share.[83] Although the Indalex Management Projections were restated, projected shipment volume, net sales and operating profit remained unchanged. Table 4 summarizes the Indalex Management Projections.

---

Continued from previous page

[79] See: email message from Scott C. Williams to Dominic Santos (and others) dated May 22, 2007, subject "Indalex 5 year projections," (FTI IND0001349 – 1353 at 1349); and Deposition of Scott Williams, 204:5-24, November 24, 2014.

[80] See email message from Dominic Santos to Rick Braun (and others) dated May 25, 2007, subject "Indalex: 1st Draft (Very Rough) of Live Model," excel attachment "Indalex_Model.xls," (FTI IND0001757 – 1759).

[81] In the course of my review, I noted multiple inconsistencies between stated assumptions from Indalex Consolidated management and assumptions reflected in the final FTI model. Unless explicitly stated, my analysis of the FTI Report assumes the final FTI model, which reflects the restated Indalex Management Projections.

[82] For example see email message from Scott C. Williams to Rick Braun (and others) dated May 24, 2007, subject "RE: Indalex 5 year projections," excel attachment "Budget Assumptions – 2007 – 2009 as of 5 23 2007.xls," (FTI_IND0001748 – 1749).

[83] Email message from Dominic Santos to Rick Braun (and others) dated May 25, 2007, subject "Indalex: 1st Draft (Very Rough) of Live Model," excel attachment "Indalex_Model.xls," (FTI IND0001757 – 1759 at 1759).

### Table 4: Summary of Indalex Management Projections

|  | 2007 | 2008 | 2009 | 2010 | 2011 |
|---|---|---|---|---|---|
| Market Shipment Volume (000's lbs) | 3,710,973 | 3,855,113 | 3,982,751 | 4,142,061 | 4,307,744 |
| *Market Growth* | *-9.5%* | *3.9%* | *3.3%* | *4.0%* | *4.0%* |
| Indalex Market Share | 16.5% | 17.0% | 17.5% | 17.5% | 17.5% |
| Indalex Shipment Volume (000's lbs) | 611,955 | 655,000 | 696,600 | 724,464 | 753,443 |
| Net Sales Per Pound | $ 1.877 | $ 1.873 | $ 1.873 | $ 1.873 | $ 1.873 |
| Gross Value Added Per Pound | $ 0.655 | $ 0.658 | $ 0.665 | $ 0.665 | $ 0.665 |
| Total Variable Cost Per Pound | $ 0.350 | $ 0.346 | $ 0.343 | $ 0.343 | $ 0.343 |
| Total Fixed Cost | $ 167,933 | $ 169,000 | $ 169,360 | $ 170,000 | $ 170,000 |
| Capital Expenditures | $ 28,000 | $ 35,000 | $ 30,000 | $ 30,000 | $ 30,000 |
| Change in Working Capital | $ (10,000) | $ 4,300 | $ 4,500 | $ 4,560 | $ 4,742 |

Sources: Email message from Scott C. Williams to Dominic Santos (and others) dated May 22, 2007, subject "Indalex 5 year projections," excel attachment "new forecast EBITDA – As of 5 21 2007.xls," (FTI IND0001349 – 1353 at 1353); Email message from Scott C. Williams to Rick Braun (and others) dated May 24, 2007, subject "RE: Indalex 5 year projections," excel attachment "Budget Assumptions – 2007 – 2009 as of 5 23 2007.xls," (FTI_IND0001748 – 1749); Email message from Dominic Santos to Rick Braun (and others) dated May 25, 2007, subject "Indalex: 1st Draft (Very Rough) of Live Model," excel attachment "Indalex_Model.xls," (FTI IND0001757 – 1759).

62. I began the solvency analysis for this report with a review of the Indalex Management Projections. Key observations are:

- Indalex Consolidated assumed that over the forecast period its annual growth rate in shipment volume would exceed that of the overall aluminum extrusion industry;

- Indalex Consolidated assumed its market share would increase by 0.5% per year over the first three years of the forecast period.[84] At no point of the forecast period did Indalex Consolidated assume it would lose market share;

- After assuming a decline in shipment volume from 2006 to 2007, Indalex Consolidated assumed its shipments would approximately return to the peak 2006 levels by 2008. In 2006, shipping volume for Indalex Consolidated was the highest recorded by the company since 2000;[85]

---

[84] This explains why Indalex's annual growth rate in shipment volume is assumed to exceed that of the industry.

[85] Shipment volume from 2000 to 2005 from Email message from Bob Kavanaugh to Mike Alger dated January 25, 2006, subject "5 year pl," PDF attachment "*20060125153535.pdf*". Shipment volume for 2006 from Email message from Bob Kavanaugh to Rick Braun (and others) dated May 21, 2007, subject "Cost Structure," excel attachment "coststructurev.xls," (FTI_IND0001230 – 1231 at 1231).

*Highly Confidential*

Case No. 13-CV-01996-RGA                                    Expert Report of Yvette R. Austin Smith

- After averaging an operating profit margin of 0.8% for 2005 and 2006, the operating profit margin was projected to increase from 1.8% (in 2007) to 5.2% (in 2011).[86] By 2011, Indalex Consolidated's operating profit margin was projected to be higher than in any year since 2000.[87]

63. When comparing the Indalex Management Projections to contemporaneously known and readily available data and information, it is my opinion that the Indalex Management Projections are aggressively optimistic. The Indalex Management Projections do not reasonably represent expected value cash flows as of the Dividend Date.[88] Figure 2 displays historical annual EBITDA for Indalex Consolidated for the years 2002 to 2006.[89] For the years 2007 to 2011, Figure 2 shows annual EBITDA as forecasted by the Indalex Management Projections.[90] The Indalex Management Projections show a significantly higher EBITDA and rate of EBITDA growth as compared to the company's historical experience.

---

[86] Email message from Dominic Santos to Rick Braun (and others) dated May 25, 2007, subject "Indalex: 1st Draft (Very Rough) of Live Model," excel attachment "Indalex_Model.xls," (FTI IND0001757 – 1759 at 1759).

[87] Email message from Bob Kavanaugh to Mike Alger dated January 25, 2006, subject "5 year pl," PDF attachment "*20060125153535.pdf*".

[88] The expected value is the probability-weighted average of possible future outcomes.

[89] I calculated EBITDA by starting from the same method management used to calculate the External EBITDA in the Indalex Management Projections and then adjusting it to exclude the impact of one-time expenses, including restructuring charges, impairments to long-lived assets, and gains or losses on the disposal of assets. Although I have adjusted the EBITDA to exclude the impact of changes in the value of assets (whether unrealized or realized), I note that Indalex recorded losses from such changes in each of the previous five years (see Exhibit 8). Such losses may reflect a significant and sustained devaluation of the company's assets, which would likely be inconsistent with a growing and healthy business and would be expected to negatively impact enterprise value going forward. I also excluded restructuring charges from EBITDA, although management projected some restructuring expenses in each of the five years of the projection period.

[90] Years 2007 to 2011 represent management's calculation of "External EBITDA".

Case No. 13-CV-01996-RGA                                          Expert Report of Yvette R. Austin Smith

**Figure 2. Indalex Consolidated Historical and Projected EBITDA ($ Thousands)**



Source: See Historical Normalized EBITDA in Exhibit 8 and Management Projections External EBITDA in Exhibit 9.

64. In light of my assessment of the Indalex Management Projections, I assessed the solvency of Indalex Consolidated as of June 1, 2007 under two scenarios. Under the first scenario, I assumed the Indalex Management Projections as given. Under the second scenario, I assessed the solvency of Indalex Consolidated assuming a reasonable downward revision to the Indalex Management Projections (the "Indalex Downside Projections"). The Indalex Downside Projections not only provided an alternative conclusion of equity value, they also facilitated an assessment of the adequacy of capital for Indalex Consolidated. I also note that contrary to standard industry practice, there is no indication that the FTI Report incorporated a sensitivity analysis of the Indalex Management Projections.[91]

---

[91] While employed at Duff & Phelps and Stout Risius Ross, I conducted or served on the firm's review committee for many solvency and fairness opinions. I have also reviewed third-party solvency opinions as a consulting or testifying expert in litigation. FTI's omission of a sensitivity analysis may result from the fact that FTI had not previously issued solvency opinions. For example, see Email message from Rick Braun to Kevin Shultz dated May 14, 2007, subject "RE: What time is your return

Continued on next page

Case No. 13-CV-01996-RGA                                      Expert Report of Yvette R. Austin Smith

### 1.    Industry Shipment Projections Overstate Growth Rates

65. The Indalex Management Projections assume a 9.5% decline in U.S. and Canadian aluminum extrusion shipments from 2006 to 2007. For the years 2008 through 2011, the Indalex Management Projections assume an average annual growth rate in industry shipment volume 3.8%. If the measurement period is lengthened to include the significant decline in shipment volume from 2006 to 2007, industry shipment volume is assumed to increase at a compound annual growth rate ("CAGR") of 1% (over the period 2006 to 2011). However, when the projected industry contraction, beginning in 2006, is compared to six similar contractions in the U.S. and Canadian extrusion industry,[92] the projected industry growth rates cannot be supported.

66. The most recent industry contraction occurred following 2000. Indalex Consolidated estimates that shipment volume for the U.S. and Canadian extrusion markets declined by 22% from 2000 to 2001.[93] Over the five year period from 2000 to 2005, industry shipment volume grew at a CAGR of *negative* 1.5%. Table 5 shows the data for all six industry contractions since 1966. Measuring from the peak year before each contraction, the average 5-year CAGR for industry shipment volume was *negative* 0.1% – compared to the 1.0% assumed by the Indalex Management Projections. For multiple periods, including the most recent contraction following 2000, the 5-year CAGR is significantly more negative. A five-year measurement period, beginning with a peak year, was chosen to replicate the five-year projection period following the peak year of 2006.

---

Continued from previous page

flight Wednesday?" (FTI_IND0002899) (stating that FTI had never issued a solvency opinion) and Preliminary Draft Engagement Letter - K&E Comments 5/30/07, (FTI_IND0001984 – 1993 at 1988) (in which language that states that FTI is "regularly engaged" to provide financial opinions is deleted from the FTI engagement letter).

[92]    Data for the first five contractions is for U.S. shipments only. Data for the sixth contraction is for U.S. and Canada.

[93]    Indalex Consolidated Form 10-K for the Fiscal Year ended December 31, 2006, p. 31.

*Highly Confidential*

Case No. 13-CV-01996-RGA                                    Expert Report of Yvette R. Austin Smith

### Table 5: North-American Extrusion Industry Historical Contractions

| Source | Range | Start Year Volume | End Year Volume | First Year Drop | 5 Year CAGR |
|---|---|---|---|---|---|
| Management | 2006 - 2011 | 4,100 | 4,308 | -9.5% | 1.0% |
| **Historical Contractions** | | | | | |
| Historical US & Canada | 2000 - 2005 | 4,933 | 4,566 | -22.0% | -1.5% |
| Historical US | 1988 - 1993 | 3,067 | 3,089 | -3.1% | 0.1% |
| Historical US | 1978 - 1983 | 2,839 | 2,406 | -2.9% | -3.3% |
| Historical US | 1973 - 1978 | 2,914 | 2,839 | -9.0% | -0.5% |
| Historical US | 1969 - 1974 | 2,149 | 2,651 | -9.3% | 4.3% |
| Historical US | 1966 - 1971 | 2,087 | 2,129 | -10.0% | 0.4% |
| **Average** | | | | **-9.4%** | **-0.1%** |

Sources:

Email message from Scott C. Williams to Rick Braun (and others) dated May 21, 2007, subject "Data for solvency opinion," excel attachment "Table 12 – Shipments by Major Market 1960-2006.xls," (FTI_IND0001232 – 1312 at 1234); US & Canada market drop in 2001 estimated to be 22% based on Indalex Consolidated Form 10-K for the Fiscal Year Ended December 31, 2006, p. 31; Indalex Management Projections data from Table 4.

Notes:

Each contraction starts with the year in which the annual change in industry shipment volume changes from positive to negative.

Starting in 2001, the AA industry shipment volume data is reported for the U.S. and Canada. For prior years, the industry volume includes only the U.S. I estimated the North American industry volume for 2000 by reference to the industry volume for 2001 and the 22% drop in volume estimated by Indalex.

## 2. Indalex Consolidated 2007 YTD Shipments Contradict 2007 Projections

67. The Indalex Management Projections assume that Indalex Consolidated's shipment volume would decrease by only 6.7% from 2006 to 2007.[94]  This assumption is contradicted by Indalex Consolidated's year-to-date shipments for 2007.  For the period January 2007 to May 2007, Indalex Consolidated shipments of extruded products totaled 242.7 million pounds.  This was 14.7% less than the shipment volume for the same period in the prior year (January

---

[94]  Email message from Dominic Santos to Rick Braun (and others) dated May 25, 2007, subject "Indalex: 1st Draft (Very Rough) of Live Model," excel attachment "Indalex_Model.xls," (FTI IND0001757 – 1759 at 1759).

Case No. 13-CV-01996-RGA                                    Expert Report of Yvette R. Austin Smith

2006 to May 2006).[95]  By the end of June, Indalex Consolidated's year-to-date 2007 shipments were trailing 2006 shipments by 15.6%.[96]  Notwithstanding these results, the Indalex Management Projections assume that full-year 2007 shipments would lag 2006 shipments by only 6.7% as of December 31, 2007.[97]

68. Figure 3 is a graphical representation of this assumption.  The blue bars show the percentage by which actual 2007 monthly Indalex Consolidated shipment volume lagged 2006 monthly volume, for the period January through June.  For example, Indalex Consolidated shipment volume in April 2007 was 16.8% *less than* Indalex Consolidated shipment volume in April 2006.  The red bars show projected 2007 monthly Indalex Consolidated shipment volume relative to actual 2006 monthly shipment volume, for the period July through December.[98] After significantly trailing 2006 shipment volume through June 2007, the Indalex Management Projections assume that 2007 monthly shipment volume would suddenly and consistently exceed 2006 monthly shipment volume, by an average of 4%, for the remainder of 2007 (July through December).

---

[95]  Email message from Bob Kavanaugh dated June 2, 2007, subject "Indalex May EBITDA Flash," Excel attachment "ebitda&avaimay2007v.xls". Note 14.7% = 242.7 (2007 Volume) / 284.6 (2006 Volume) − 1.

[96]  I have assumed that Indalex Consolidated management had reasonable visibility as to June shipments as of June 1, 2007. The forecast for the June shipment volume made as of May 14 (57.9 million lbs – Email message from Scott C. Williams to Bill Peterson (and others) dated May 14, 2007, subject "3MRF – June-August 2007," attachment "June-August 2007 Final Sales Forecast.zip," (Plaintiff's Exhibit 191)) was virtually equal to the actual June shipment volume (57.5 million lbs – see Email message from Bob Kavanaugh to Sun Capital dated July 6, 2007, subject "Indalex EBITDA Flash June 2007," Excel attachment "ebitda&avaijune2007v.xls"). In general, management forecasts were relatively accurate for 30-day ahead periods but quickly worsened - see Exhibit 11.

[97]  The Indalex Management Projections forecasted total 2007 shipments of 612 million pounds versus 2006 shipments totaling 655.6 pounds.

[98]  Monthly shipments for July through December 2007 were estimated by calculating the total shipments (in pounds) necessary between July 1st and December 31st to achieve total 2007 shipments of 612 million (i.e., 6.7% less than total 2006 shipment volume).  This total amount was then prorated over each remaining month (i.e., July to December) by assuming the same percentage of annual sales, for that month, as was experienced during the July to December period in 2006.

*Highly Confidential*

Case No. 13-CV-01996-RGA        Expert Report of Yvette R. Austin Smith

**Figure 3: July-September 2007 Volume Forecast Implied by Management Projections**



Source: Based on shipment volume data from: Email message from Bob Kavanaugh to Sun Capital dated February 3, 2007, subject "Indalex January 2007 EBITDA Flash, Excel attachment "ebita&availjan2007v.xls"; Email message from Bob Kavanaugh to Sun Capital dated March 3, 2007, subject "Indalex Feb 2007 EBITDA Flash, Excel attachment "ebita&availfeb2007v.xls"; Email message from Bob Kavanaugh to Sun Capital dated April 7, 2007, subject "Indalex Mar 2007 EBITDA Flash, Excel attachment "ebita&avaimar2007v.xls"; Email message from Bob Kavanaugh to Sun Capital dated May 5, 2007, subject "Indalex April 2007 EBITDA Flash, Excel attachment "ebita&avaiapril2007v.xls"; Email message from Bob Kavanaugh to Sun Capital dated June 2, 2007, subject "Indalex May EBITDA Flash," Excel attachment "ebitda&avaimay2007v.xls"; Email message from Bob Kavanaugh to Sun Capital dated July 6, 2007, subject "Indalex EBITDA Flash June 2007, Excel attachment "ebita&avaijune2007v.xls"

69. The aggressiveness of the Indalex Management Projections for 2007 is even more visible when combining them with the management's own short-term forecasts. Unlike the Indalex Management Projections, these short term forecasts appear to have been regularly prepared in the ordinary course of business. The short-term forecast for July and August 2007 was prepared in mid-May 2007, just prior to the Dividend Date and *effectively the same time as the Indalex Management Projections*. By mid-May 2007, management was already forecasting that July and August shipment volumes would be lower than those for the corresponding months in 2006. Thus, an even more striking reversal would be necessary to

achieve the 2007 volume assumed by the Indalex Management Projections. Specifically, as shown in Figure 4, to achieve a 2007 annual decline of only 6.7% relative to 2006, shipment volume in the September-December 2007 period would have to exceed the corresponding 2006 volume by an average of 9%.

**Figure 4. September-December 2007 Volume Forecast Implied by Management Projections**



Source: Based on shipment volume data from: Email message from Scott C. Williams to Bill Peterson (and others) dated May 14, 2007, subject "3MRF – June-August 2007," attachment "June-August 2007 Final Sales Forecast.zip," (Plaintiff's Exhibit 191); Email message from Bob Kavanaugh to Sun Capital dated February 3, 2007, subject "Indalex January 2007 EBITDA Flash, Excel attachment "ebita&availjan2007v.xls"; Email message from Bob Kavanaugh to Sun Capital dated March 3, 2007, subject "Indalex Feb 2007 EBITDA Flash, Excel attachment "ebita&availfeb2007v.xls"; Email message from Bob Kavanaugh to Sun Capital dated April 7, 2007, subject "Indalex Mar 2007 EBITDA Flash, Excel attachment "ebita&avaimar2007v.xls"; Email message from Bob Kavanaugh to Sun Capital dated May 5, 2007, subject "Indalex April 2007 EBITDA Flash, Excel attachment "ebita&avaiapril2007v.xls"; Email message from Bob Kavanaugh to Sun Capital dated June 2, 2007, subject "Indalex May EBITDA Flash," Excel attachment "ebitda&avaimay2007v.xls"; Email message from Bob Kavanaugh to Sun Capital dated July 6, 2007, subject "Indalex EBITDA Flash June 2007, Excel attachment "ebita&avaijune2007v.xls"

70. I was unable to identify any support for this assumption among the documents produced in this matter or based on independent research conducted in connection with this matter. To

*Highly Confidential*

Case No. 13-CV-01996-RGA                                    Expert Report of Yvette R. Austin Smith

the contrary, Indalex internal data on customer orders show that at the end of May 2007, year-to-date total orders were down relative to 2006 by approximately 23%.[99] As orders would translate into future shipments, the substantial decrease in orders as of the Dividend Date, indicates that shipments in the subsequent months of 2007 would continue to be less than the previous year.   This is directly contrary to the end-of-the-year "reversal" implied by the Indalex Management Projections.

### 3.   Projections Assume that Indalex Growth Significantly Exceeds the Industry

71. The Indalex Management Projections assume that Indalex Consolidated shipment volume will grow at a CAGR of 2.8% from 2006 to 2011.   In contrast, total industry shipments of extruded product are forecasted to grow at a CAGR of only 1.0% over this same period.   The assumption that Indalex Consolidated's shipments would grow at a rate substantially higher than that of industry shipments is contradicted by historical shipment data.

72. Figure 5 displays the annual growth rate for Indalex Consolidated shipment volume (the dark blue line) versus the overall industry (the light blue line).   The graph displays both the historical period, from 2001 to 2006 and the projected period (2006 to 2011), utilizing the Indalex Management Projections.   From 2001 to 2006, Indalex Consolidated shipment volume grew at an average annual rate that was 1.6x the U.S. and Canadian extrusion industry.   From 2006 to 2011, Indalex Consolidated was forecast to grow at an annual average rate that was 2.8x the industry.

---

[99]   Email message from Scott C. Williams dated May 24, 2007, subject "IAS orders by segment through 5/23", Excel attachment, worksheet "Primary", rows 63-67. A similar decline is observed in month-to-date orders at the same date.

Case No. 13-CV-01996-RGA                    Expert Report of Yvette R. Austin Smith

**Figure 5: Annual Shipment Growth: Indalex Consolidated vs. Industry (2001-2011)**



Sources: Historical US & Canada Industry data based on Email message from Scott C. Williams to Rick Braun (and others) dated May 21, 2007, subject "Data for solvency opinion," excel attachment "Table 12 – Shipments by Major Market 1960-2006.xls," (FTI_IND0001232 – 1312 at 1234). US & Canada Industry Volume in 2000 is based on volume in 2001 and a 22% decline between 2000 to 2001 reported in Indalex Consolidated Form 10-K for the Fiscal Year Ended December 31, 2006, p. 31.Historical Indalex Consolidated shipments are from Email message from Bob Kavanaugh to Mike Alger dated January 25, 2006, subject "5 year pl," PDF attachment *"20060125153535.pdf"*. Industry and Indalex Consolidated growth based on Management Projections in Email message from Scott C. Williams to Dominic Santos (and others) dated May 22, 2007, subject "Indalex 5 year projections," excel attachment "new forecast EBITDA – As of 5 21 2007.xls," (FTI IND0001349 – 1353 at 1353).

73. The projected improvement in Indalex Consolidated shipment volume, relative to the industry, is not supported by the data available at the Dividend Date. At the end of 2006, Indalex Consolidated disclosed that the residential building and construction end use market – a market representing nearly 30% of the company's shipment volume – had "slowed considerably during the second half of 2006."[100]  On a year-over-year basis, Indalex

---

[100]    Indalex Consolidated Form 10-K for the Fiscal Year Ended December 31, 2006, p. 50.

*Highly Confidential*

Case No. 13-CV-01996-RGA                                    Expert Report of Yvette R. Austin Smith

Consolidated's shipment volume to this market declined by 26% in the fourth quarter of 2006.[101] The decline continued into 2007. For the first quarter of 2007, Indalex Consolidated residential building and construction shipments were down 25% compared to the first quarter of 2006.[102] One quarter later, Indalex Consolidated was still describing residential building and construction as "the worst performing segment," ending the second quarter of 2007 with shipments down 23% year-over-year.[103]

74. By the beginning of 2007, Indalex Consolidated's largest end use market, transportation, was also in decline. For the first quarter of 2007, Indalex Consolidated transportation shipments were down 15% as compared to the previous year. [104] The trend continued into the second quarter of 2007. For the second quarter of 2007, Indalex Consolidated's transportation shipments were down 16% versus the previous year.[105]

75. In total, Indalex Consolidated shipment volume for all end use markets was down 12.6%[106] in the fourth quarter of 2006, 14.6%[107] for the first quarter of 2007 and 16.6%[108] for the second quarter of 2007, all on a year-over-year comparison. Total shipment volume for the U.S. and Canadian extrusion markets was also down over this period. Year-over-year industry shipment comparisons for 4Q06, 1Q07 and 2Q07 were down 10.1%, 15.1%, and 17.9%, respectively. Thus, as of June 2007, there appears to be insufficient support for an assumption that Indalex Consolidated's growth, from 2007 to 2011, would improve relative to the industry. Indalex Consolidated's shipment volume was declining in line with the industry.

---

[101]  Indalex Consolidated Form 10-K for the Fiscal Year Ended December 31, 2006, p. 50.

[102]  Fisher, Justine and Jason Moloff, "Security and liquidity keep us positive despite weak demand," Goldman Sachs, May 21, 2007, p. 2. Email message from Scott C. Williams to Tim Stubbs dated May 15, 2007, subject "q1 zingers," Word attachment, "Q1 2007 Notes.doc," p. 2.

[103]  "Final Transcript: Indalex Inc: Indalex Consolidated Quarter 2 2007 Results," August 14, 2007.

[104]  Fisher, Justine and Jason Moloff, "Security and liquidity keep us positive despite weak demand," Goldman Sachs, May 21, 2007, p. 2. Email message from Scott C. Williams to Tim Stubbs dated May 15, 2007, subject "q1 zingers," Word attachment, "Q1 2007 Notes.doc," p. 2.

[105]  Fisher, Justine, "2007 should remain tough, but manageable," Goldman Sachs, August 24, 2007, p. 2.

[106]  Email message from Scott C. Williams dated February 17, 2007, subject "Tredegar announces Q4 earnings," PDF attachment "tredegar vs IASquarterlycomp – Q4 2006.pdf".

[107]  Justine Fisher, "Security and liquidity keep us positive despite weak demand," Goldman Sachs, May 21, 2007, p. 2. Email message from Scott C. Williams to Tim Stubbs dated May 15, 2007, subject "q1 zingers," Word attachment, "Q1 2007 Notes.doc," p. 1.

[108]  Final Transcript, "Indalex Inc: Indalex Quarter 2 2007 Results," August 14, 2007.

Case No. 13-CV-01996-RGA                                  Expert Report of Yvette R. Austin Smith

## 4.   Indalex Market Share Assumptions are Unsupportable

76. The Indalex Management Projections assume that the company's initial market share is 16%, where share is measured relative to total industry shipments of extruded product in the United States and Canada.[109] The projections further assume that Indalex Consolidated will increase its market share by 0.5% for each of the years 2007 to 2009, resulting in the company's market share increasing to 17.5% in 2009.[110]   However, documents produced in the matter indicate that Indalex Consolidated's initial market share (i.e., 16%) may have been overstated as of June 2007.  Furthermore, the assumption that Indalex Consolidated would be able to increase market share is not supported by the contemporaneous data.  By June 2007, foreign imports of aluminum extrusions were gaining market share in the United States and Canada.  In addition, and as discussed above, Indalex Consolidated was experiencing the same contraction as the overall industry.

77. In May 2007 Scott C. Williams, Director of Investor Relations, alerted Indalex Consolidated's senior management team of a change in the company's estimated market share.[111] Historically, calculation of the company's market share was based on U.S. and Canadian industry shipment data reported monthly by the Aluminum Association.  In April 2007, the Aluminum Association revised the industry data upon which Indalex Consolidated based its market share calculation.  Instead of reporting just industry shipment volume, the Aluminum Association began reporting U.S. and Canadian soft alloy extrusion market demand as measured by:

Domestic Shipments − Hard Alloy Ext. + Foreign Imports − Exports

78. The Aluminum Association revised its industry data to reflect net imports of aluminum extruded products into the U.S. and Canada markets.  The data contained in Mr. Williams' email underscores the dramatic impact of foreign imports.  For the period January 2007 through April 2007, total U.S. and Canadian shipments were *down* 17% when compared to

---

[109]  Email message from Scott C. Williams to Rick Braun (and others) dated May 24, 2007, subject "RE: Indalex 5 year projections" (FTI_IND0001748 – 1749 at 1748).

[110]  Email message from Scott C. Williams to Dominic Santos (and others) dated May 22, 2007, subject "Indalex 5 year projections," excel attachment "new forecast EBITDA – As of 5 21 2007.xls," sheet "Assumptions" (FTI IND0001349 – 1353 at 1353).

[111]  Email message from Scott C. Williams to Mike Alger (and others) dated May 31, 2007, subject "Extrusion Demand down 15.4% YoY in April – IAS share up 1.0 pts in April; up 0.2 pts YTD."

*Highly Confidential*

Case No. 13-CV-01996-RGA                                    Expert Report of Yvette R. Austin Smith

the same period in 2006. However, foreign imports to the U.S. and Canadian market were *up* 18% based on the same prior year comparison.[112] As Mr. Williams stated in his email: "Because imports are growing rapidly, this has the impact of reducing our [market] share gain."[113] In fact, by May 2007 Mr. Williams reported that Indalex Consolidated's year-to-date market share was down to 15.5%, nearly 1% lower than the company's estimated market share as of December 31, 2006.[114]

79. The impact of imports was well known by extrusion companies operating in the U.S. and Canadian markets. For example, in March 2007, Tredegar Corporation disclosed that "[f]oreign imports, primarily from China, represent a growing portion of the North American aluminum extrusion market. Foreign competition to date has been primarily large volume, standard extrusion profiles that impact some of our less strategic end use markets. Market share erosion in other end use markets remains possible."[115]

## 5.   Projections Do Not Reflect Contemporaneous Decline in High-Margin Value-Added Extrusions

80. As discussed above, approximately 41% of Indalex Consolidated's 2006 shipment volume represented value-added extrusions. Value-added extrusions generated higher profit margins than mill finished extrusions. However, as many of Indalex Consolidated's valued-added extrusions were used in the residential building and construction end use market, the volume decline in that market had a direct impact on Indalex Consolidated's value-added extrusion volume. For the first quarter of 2007 value-added extrusions equaled 37% of Indalex Consolidated total shipment volume. By comparison, valued-added extrusion volume for the

---

[112] Email message from Scott C. Williams to Mike Alger (and others) dated May 31, 2007, subject "Extrusion Demand down 15.4% YoY in April – IAS share up 1.0 pts in April; up 0.2 pts YTD," excel attachment "April 2007 shares.xls."

[113] Email message from Scott C. Williams to Mike Alger (and others) dated May 31, 2007, subject "Extrusion Demand down 15.4% YoY in April – IAS share up 1.0 pts in April; up 0.2 pts YTD."

[114] Email message from Scott C. Williams to Mike Alger (and others) dated January 25, 2007, subject "Re: Extrusion Market down 15.7% YoY in December – IAS share down 1.2 pts in December; up 1.0 pts YTD," excel attachment "December 2006 shares.xls." Year-to-date market share as of December 31, 2006 is reported as 16.4%.

[115] Tredegar Corporation Form 10-K for the Fiscal Year Ended December 31, 2006, p. 5.

*Highly Confidential*

Case No. 13-CV-01996-RGA                           Expert Report of Yvette R. Austin Smith

first quarter of 2006 equaled 42% of total shipment volume.[116]   Value-added extrusions continued to decline, as a percent of Indalex Consolidated total shipments, over the second quarter of 2007.  To explain a significant decline in EBITDA for the second quarter of 2007, Indalex Consolidated indicated that a key driver was the "significant [product] mix shift away from our higher value-added products and industries."  For the second quarter of 2007, value-added extrusions were down to just 26% of Indalex Consolidated total shipment volume.[117]

81.  The same pattern of more rapid decline in value-added extrusions was reflected in customer orders as of the end of May 2007. While mill-finished extrusion orders were down 17% from the corresponding year-to-date period in 2006, orders for painted, anodized, and fabricated products were down 29%.[118] Because orders reflect future shipments, this suggests that the decline in the volume of value-added extrusions would continue beyond June 1, 2007.

82.  The Indalex Management Projections assume that net sales per pound are effectively constant over the forecast period.  The projections simultaneously assume that material cost per pound decreases over the forecast period.  As a result, Gross Valued Added – calculated as Net Sales *less* Material Costs – increases over the forecast period.  See Table 4.  However, an assumption of increasing Gross Valued Added (i.e., increasing profitability) is contradicted by Indalex Consolidated's declining volume of value-added extrusions.   As lower margin, mill finished extrusions become a higher percentage of Indalex Consolidated's total shipment volume, margins would decrease, not increase.

83.  There are two principal scenarios by which Indalex Consolidated's sales per pound would increase.  In the first instance, Indalex Consolidated incurs higher material costs, principally aluminum billets and ingot, and passes those costs along to its customers.  In this instance, both sales per pound and material costs per pound increase, leaving Gross Value Added per pound unchanged.  In 2006, approximately 75% of Indalex Consolidated's shipment volume was priced using a formula that allowed Indalex Consolidated to pass through higher

---

[116]  Fisher, Justine and Jason Moloff, "Security and liquidity keep us positive despite weak demand," Goldman Sachs, May 21, 2007, p. 2.

[117]  Final Transcript of Earnings Call for Indalex Inc: Indalex Quarter 2 2007 Results, August 14, 2007, pp. 3, 6.

[118]  Email message from Scott C. Williams dated May 24, 2007, subject "IAS orders by segment through 5/23", Excel attachment, worksheet "Primary", rows 63-67.   A similar pattern is observed in month-to-date orders at the same date.

Case No. 13-CV-01996-RGA                                  Expert Report of Yvette R. Austin Smith

aluminum billets and ingot costs to customers.[119]  The second principal scenario by which Indalex Consolidated's sales per pound would increase is if Indalex Consolidated is able to command higher prices without incurring a comparable increase in material costs per pound. In this second instance, Gross Value Added (i.e., profitability) would increase.  That is, material costs per pound would decrease *relative to* sales per pound.  Indalex Consolidated's sale of value-added extrusions represents this second scenario.

84.  By holding sales per pound constant, the Indalex Management Projections should assume that Indalex Consolidated incurs constant (or nearly so) material costs per pound.  In contrast, the projections assume that material costs per pound *decrease* over the projection period.  Thus, material costs per pound are projected to decrease *relative to* sales per pound. However, if material costs per pound are decreasing relative to sales per pound it would imply that Indalex Consolidated is selling higher margin (more profitable) products.  This is the second scenario described above.  Yet, as of the Dividend Date, exactly the opposite was occurring.  Sales of higher-margin value-added extrusions were declining as a percentage of Indalex Consolidated's shipment volume.  A quote from the company CEO, during the Indalex Consolidated's 2Q07 earnings call is instructive:

> Our value-add, though, is obviously down, driven predominately by the residential B&C market is (sic) down from 31% to 26%, a fairly significant drop. And I think one thing that always sort of brings it home to you as you think about this, is if we look at our mill finish plant volumes, they were down just 8% in the quarter.  Whereas our paint plants, which focus, obviously, predominately, on building construction, showed almost a 24% drop versus prior year.[120]

## B.   INDALEX DOWNSIDE PROJECTIONS

85.  Given the aggressive nature of the Indalex Management Projections and the lack of contemporaneous support for many of the key underlying assumptions, it is my opinion that solvency cannot be accurately or meaningfully assessed solely on the basis of those projections.  To accurately determine solvency, the company must be assessed under a reasonable downside scenario based on contemporaneous data and market and company

---

[119]  Indalex Consolidated Form 10-K for the Fiscal Year Ended December 31, 2006, p. 5.  The total of 75% includes 65% of shipments priced based on prior month base aluminum costs plus a conversion factor and 10% of shipments priced based on spot prices.

[120]  Final Transcript of Earnings Call for Indalex Inc: Indalex Quarter 2 2007 Results, August 14, 2007, p. 3.

*Highly Confidential*

Case No. 13-CV-01996-RGA                                    Expert Report of Yvette R. Austin Smith

information.   To develop a reasonable downside scenario (the "Indalex Downside Projections"), I modified the Indalex Management Projections as follows:

- Following the projected 9.5% decline in industry shipments from 2006 to 2007, industry shipments are assumed to grow at a rate of 2.5% for the years 2008 through 2011. This results in a CAGR of 0.0% over the period 2006 to 2011, in line with (and slightly favorable to) prior industry contractions.[121]

- Indalex Consolidated's market share is assumed to remain constant at the 16% level assumed in the management projections (measured as a percentage of the total U.S. and Canadian extrusion shipments).   This assumes that the Company's growth will not outpace that of the industry from 2007 to 2011 and reflects the increasing threat of foreign imports.  The Indalex Downside Projections do not assume that Indalex will lose market share over the projection period.

- Gross value add per pound is assumed be at-plan for 2007 and to remain constant for 2008 and 2009. This reflects the Company's declining sales of value-added extrusions.  Gross value added is assumed to increase in 2010 and 2011.

- Variable costs per pound are assumed to remain constant at 2006 levels for the years 2007 through 2009 and to decrease in 2010 and 2011.  This reflects operating profits that are substantially more in line with the Company's historical performance.

- Capital expenditures and working capital are assumed to be 90% of the amounts assumed in the Indalex Management Projections.  This assumes that the Company's investment in working capital and capex would decrease with decreased operating performance.

86. The Indalex Downside Projections do not represent a "worse case" scenario.  The assumptions were selected to represent a conservative and supportable downward revision to the Indalex Management Projections.   Table 6 summarizes the Indalex Downside Projections.

---

[121]   See Table 5. I conservatively rounded the average 5-year downturn CAGR to 0% from -0.1%.

*Highly Confidential*

Case No. 13-CV-01996-RGA                                    Expert Report of Yvette R. Austin Smith

### Table 6:  Summary of Indalex Consolidated Downside Projections

|  | 2007 | 2008 | 2009 | 2010 | 2011 |
|---|---|---|---|---|---|
| Market Shipment Volume (000's lbs) | 3,710,973 | 3,804,624 | 3,900,640 | 3,999,078 | 4,100,000 |
| *Market Growth* | *-9.5%* | *2.5%* | *2.5%* | *2.5%* | *2.5%* |
| Indalex Market Share | 16.0% | 16.0% | 16.0% | 16.0% | 16.0% |
| Indalex Shipment Volume (000's lbs) | 593,756 | 608,740 | 624,102 | 639,852 | 656,000 |
| Net Sales Per Pound | $ 1.877 | $ 1.873 | $ 1.873 | $ 1.873 | $ 1.873 |
| Gross Value Added Per Pound | $ 0.636 | $ 0.636 | $ 0.636 | $ 0.643 | $ 0.643 |
| Total Variable Cost Per Pound | $ 0.354 | $ 0.354 | $ 0.354 | $ 0.342 | $ 0.342 |
| Total Fixed Cost | $ 167,933 | $ 169,000 | $ 169,360 | $ 170,000 | $ 170,000 |
| Capital Expenditures | $ 25,200 | $ 31,500 | $ 27,000 | $ 27,000 | $ 27,000 |
| Change in Working Capital | $ 9,000 | $ (3,870) | $ (4,050) | $ (4,104) | $ (4,268) |

Notes and Sources:

Market drops 9.5% in 2007. From 2008 - 2011 market grows 2.5% per year for a 5 - Year CAGR of 0.0%. Indalex share of market is 16%. Total Variable Cost Per Pound equal to 2006 from 2007-2009 and equal to average of 2004 to 2006 from 2010 -2011. Gross Value Added Per Pound for 2007-2009 equal to 2007 FY Plan in "2007 Operating Scorecards Templates-May", 2010-2011 equal to average of 2004 to 2006. Capital Expenditures and Change in Working Capital equal to 90% of Management Projections.

87. Figure 6 displays Indalex Consolidated historical EBITDA as well as forecasted EBITDA for both the Indalex Management Projections and the Indalex Downside Projections. After a forecasted decrease in EBITDA from 2006 to 2007 – one that reflects the Company's actual year-to-day performance as of June 2007 – the Indalex Downside Projections assume that EBITDA increases at a CAGR of 12.5% from 2007 to 2011, a growth rate that is consistent with the Company's historical growth.

*Highly Confidential*

Case No. 13-CV-01996-RGA                                        Expert Report of Yvette R. Austin Smith

**Figure 6. Indalex Consolidated Historical and Projected EBITDA ($ Thousands)**



Sources: See Historical EBITDA in Exhibit 8, Management Projections in Exhibit 9 and Downside Projections in Exhibit 10.

# XIII.   Solvency Analysis

88. As detailed below, I have conducted the solvency analyses under three different scenarios:

- Indalex U.S. Entities assuming Indalex Management Projections.
- Indalex Consolidated assuming the Indalex Downside Projections.
- Indalex Consolidated assuming the Indalex Management Projections.

89. As set forth above, the Indalex U.S. Entities were the only obligors on the Indalex Consolidated debt outstanding, or anticipated to be outstanding, as of June 1, 2007. For this reason, I believe that from a financial point of view the correct corporate entity for the solvency analysis in this Litigation is the Indalex U.S. Entities. The assets and cash flows of Indalex Limited were not obligated to satisfy either the 11½% Notes or the balance of the revolving credit agreement as anticipated as of June 1, 2007. As shown below, the Indalex U.S. Entities were insolvent as of the Dividend Date.

90. I also analyzed the solvency of Indalex Consolidated.  As Indalex Consolidated includes the assets and cash flows of Indalex Limited, I reject this as the correct corporate entity for the

*Highly Confidential*

Case No. 13-CV-01996-RGA                              Expert Report of Yvette R. Austin Smith

solvency analysis in this Litigation. However, to be of assistance to the Court in the Litigation, I have calculated the solvency of Indalex Consolidated, assuming both the Indalex Management Projections and the Indalex Downside Projections. As shown below, Indalex Consolidated is insolvent as of the Dividend Date assuming the Indalex Downside Projections. Only under the aggressively optimistic Indalex Management Projection is Indalex Consolidated found to be solvent as of the Dividend Date.

## A.    BALANCE SHEET TEST

91. Under a solvency analysis, the balance sheet test seeks to determine if the present fair saleable value of a company's assets exceeds the value of the company's combined liabilities, including contingent liabilities. Under the assumption that a company will continue as a going-concern, business enterprise value ("BEV") is equivalent to the fair saleable value of a company's assets.[122] The BEV refers to the value of a firm that is available to compensate all capital providers (i.e., both equity and debt) to the firm. The difference between a company's BEV and its total liabilities represents the company's equity value. Equity value is available to compensate the firm's equity holders. It represents the firm's residual value, after repaying the firm's debt and other liabilities. Thus, the balance sheet test determines if a company's equity value is positive or negative. If the market value of a company's equity is negative, it indicates that a company is insolvent. The methodologies to calculate business enterprise value can be categorized into three fundamental approaches: income, market and asset.

92. Income-based approaches calculate the value of a firm based on various measures of cash flow produced by the firm. Where possible, the cash flow measures should be projected or forward-looking and should represent expected value cash flow. The most common income-based approach is the discounted cash flow (DCF) methodology. DCF calculates the value of a firm using unlevered cash flows, also referred to as "free cash flows." In summary, free cash flows are calculated as revenue less operating expenses, taxes, investments in working capital and capital expenditures. Unlevered free cash flows do not reflect either debt service payments or distributions to equity holders (e.g., dividends). The projected free cash flows of the firm are discounted back to the date of valuation, using a discount rate that reflects both the time value of money and non-diversifiable risk.

---

[122]   I have conducted the solvency analysis of Indalex Consolidated and the Indalex U.S. Entities under a going-concern assumption.

Case No. 13-CV-01996-RGA                                   Expert Report of Yvette R. Austin Smith

93. Market-based approaches calculate the value of a firm based on market transactions involving the purchase or sale of comparable companies or ownership interests in those companies. Guideline Public Companies and Precedent Transaction methodologies are both market-based approaches. The Guideline Public Company methodology begins by identifying a cohort of publicly-traded companies that are comparable to the firm being valued. The valuation analyst identifies specific and relevant qualitative and quantitative factors to establish comparability. After identifying a cohort of comparable companies, the valuation analyst calculates valuation multiples for each comparable company by expressing an observable measure of the company's value as a function of an operating or financial result for the company. The observable measure of value for each of the comparable companies is (or includes) exchange-traded share prices. Enterprise value-to-EBITDA, price-to-earnings and price-to-book value of equity are examples of valuation multiples. Due to differences in accounting policies among the comparable companies or non-recurring events that affect the financial or operational results of a comparable company, it may be necessary to adjust or "normalize" the valuation multiples for one or more of the comparable companies to ensure that the multiples are calculated on a consistent basis.

94. The valuation multiples derived from the cohort of comparable companies may be expressed as a range, an average or another point estimate derived from the cohort (e.g., a quartile value). The range or point estimate of one or more valuation multiples is, then, applied to the relevant operating or financial result of the firm being valued. For example, the average enterprise value-to-EBITDA multiple derived from the cohort of comparable companies will be applied to a projected measure of EBITDA for the firm being valued. In this way, the valuation analyst is able to calculate the BEV for the firm.

95. The Precedent Transaction methodology also relies on valuation multiples to calculate the value of a firm. However, the observable measure of value for the Precedent Transaction methodology is not exchange-traded share prices. Rather, the measure of value is the transaction price paid in a change-of-control transaction in which the acquired company is comparable to the firm being valued. Therefore, the valuation multiple derived for each such transaction expresses the transaction price as a function of an operating or financial result for the acquired company.

96. Asset-based methodologies calculate the value of a firm as the sum of the values of the assets owned by the firm. Asset-based methodologies are typically limited to circumstances in which the value of a firm is not well-represented by a predictable measure of future cash flow and the firm's assets can be readily identified and discretely valued. I did not value

Case No. 13-CV-01996-RGA                                        Expert Report of Yvette R. Austin Smith

Indalex Consolidated using the asset approach as the Company did not meet the criteria for a company that would be accurately valued under this approach.

97. A conclusion of business enterprise value is typically reached by calculating values under multiple methodologies. A conclusion, which may be expressed as a point estimate or as a range of values depending on the circumstances, is reached by appropriately weighing these values based on qualitative and quantitative factors identified by the valuation analyst

### 1.    Discounted Cash Flow Valuation

98. The Indalex Management Projections reflect Indalex Consolidated. Contemporaneous projections are not available for the Indalex U.S. Entities. Therefore, I was able to value only Indalex Consolidated using the DCF method. Below is a summary of the discounted cash flow analysis for Indalex Consolidated assuming the Indalex Management Projections and the Indalex Downside Projections. A more detailed summary of this analysis is shown in Exhibit 3 and Exhibit 4.

#### Table 7: DCF Estimated Equity Value ($ Millions)

|                          | Indalex Consolidated |
|--------------------------|---------------------|
| Management Projections   | 90.8                |
| Downside Projections     | (97.4)              |

Sources: Exhibit 3 and Exhibit 4.

99. As shown in Table 7, Indalex Consolidated was insolvent as of the Dividend Date, assuming the Indalex Downside Projections. A reasonable and foreseeable downward adjustment to the aggressively optimistic Indalex Management Projections causes the firm's enterprise value to decline to a level below its outstanding debt. Only assuming the aggressively optimistic Indalex Management Projections is Indalex Consolidated found to be solvent as of the Dividend Date.

### 2.    Guideline Public Company Valuation

100.    Below is a summary of the guideline public company analysis for Indalex Consolidated and the Indalex U.S. Entities assuming the Indalex Management Projections and a summary of the guideline public company analysis for Indalex Consolidated assuming the Indalex Downside Projections. The analysis for the Indalex U.S. Entities is based on last-twelve-months (LTM) financial results. A more detailed summary of this analysis is shown in Exhibit 5 and Exhibit 6.

Case No. 13-CV-01996-RGA                                    Expert Report of Yvette R. Austin Smith

### Table 8: Guideline Public Company Estimated Equity Value ($ Millions)

|                         | Indalex U.S. Entities | Indalex Consolidated |
|-------------------------|-----------------------|----------------------|
| Management Projections  | (5.3)                 | 134.5                |
| Downside Projections    | N/A                   | 24.3                 |

Sources: Exhibit 5 and Exhibit 6.

101.   As shown in Table 8, the Indalex U.S. Entities are insolvent, even under the Indalex Management Projections. The enterprise value of the Indalex U.S. Entities was less than the value of the debt that was outstanding or anticipated as of the Dividend Date. I understand that the insolvency of the Indalex U.S. Entities was not a direct event of default under the 11½% Notes or the revolving credit facility. However, the inability to pay debts and the filing of a voluntary or involuntary bankruptcy petition were events of default under one or both loan agreements.[123] Thus, from a financial point of view, the insolvency of the Indalex U.S. Entities made one or both of these events of default likely. For both the 11½% Notes and the revolving credit facility a default remedy was the acceleration of outstanding principal and interest.[124] As Indalex Limited was not an obligor on any of the debt that was outstanding or anticipated as of the Dividend Date, its cash flows or assets could not be counted upon to cure these events of default. Thus, as discussed above, the insolvency of the Indalex U.S. Entities would likely trigger the insolvency of Indalex Consolidated.

102.   Indalex Consolidated has positive equity value under both the Indalex Management Projections and the Indalex Downside Projections. However, the equity value for Indalex Consolidated is quite low under the Indalex Downside Projections.

---

[123]  I have been asked to assume these terms by Dilworth Paxson LLP, counsel to Mr. Miller, as set forth in the following documents: Indalex Holding Corp., "11½% Second-Priority Senior Secured Notes due 2014 Indenture," Section 6.01 (IND_KE000424-583 at 506-508); and Credit Agreement dated as of February 2, 2006, among Indalex Holdings Finance, Inc., Indalex Holding Corp., 6461948 Canada Inc., The Subsidiary Loan Parties Party Hereto, The Lenders Party Hereto, and JPMorgan Chase Bank, N.A. as Administrative Agent, J.P. Morgan Securities Inc., as Sole Bookrunner and Sole Lead Arranger, Article VII (IND_KE000209-360 at 318-321).

[124]  Indalex Holding Corp., "11½% Second-Priority Senior Secured Notes due 2014 Indenture," IND_KE000424-583 at 506-508, Article 6; Security Agreement dated as of February 2, 2006, among Indalex Holdings Finance, Inc., Indalex Holding Corp., The Subsidiary parties Identified Herein and U.S. Bank National Association, as Collateral Agent, Article 4 (IND_KE001352-1464 at 1378-1380).

*Highly Confidential*

Case No. 13-CV-01996-RGA                    Expert Report of Yvette R. Austin Smith

### 3.    Precedent Transaction Valuation

103.    Below is a summary of the precedent transaction analysis for Indalex Consolidated and the Indalex U.S. Entities assuming the Indalex Management Projections. As this valuation methodology is based on last twelve month financial results, I have not applied this methodology to the Indalex Downside Projections. A more detailed summary of this analysis is shown as Exhibit 7.

**Table 9. Precedent Transactions Estimated Equity Value ($ Millions)**

|  | Indalex U.S. Entities | Indalex Consolidated |
|---|---|---|
| Management Projections | (5.3) | 410.3 |
| Downside Projections | N/A | N/A |

Source: Exhibit 7.

104.    As shown in Table 9, the equity value for the Indalex U.S. Entities is effectively the same under the guideline public company and precedent transactions methodologies. As discussed above, the insolvency of the Indalex U.S. Entities likely triggers the insolvency of Indalex Consolidated. Indalex Consolidated has a positive equity value assuming the Indalex Management Projections.

105.    For both Indalex Consolidated and the Indalex U.S. Entities, I have assigned lesser weight to the valuation conclusion under the Precedent Transaction approach (relative to the Discounted Cash Flow and Guideline Public Company approaches). The Discounted Cash Flow approach provides a direct measure of the intrinsic value of a company. For the Guideline Public Company approach, I was able to compare the Company's operational and financial metrics to those for the guideline companies. The Company's metrics did not compare favorably to those of the guideline companies. On the basis of this comparison, I selected valuation multiples that were at the low-end of the range for the guideline companies.[125] However, for the precedent transaction approach, lesser information is available about most of the acquired companies in those acquisitions. As such, I conservatively assumed that Indalex Consolidated would be valued at the median valuation

---

[125]    See Exhibits 5, 6, 16, and 17.

*Highly Confidential*

Case No. 13-CV-01996-RGA                                    Expert Report of Yvette R. Austin Smith

multiples for the set of precedent transactions.[126]  This assumption likely overstates the value of Indalex Consolidated.

### 4.  Balance Sheet Test:  Valuation Conclusion

106.   I analyzed the equity values of Indalex Consolidated and the Indalex U.S. Entities assuming the aggressively optimistic Indalex Management Projections and under the Indalex Downside Projections.  To reach my conclusion of equity values, I weighted the various methodologies, as shown in Table 10.

#### Table 10: Equity Value Summary ($ Millions)

**Indalex U.S Entities - Management Projections**

| Methodology | Estimated Equity Value | Weight | Concluded Equity Value |
|---|---|---|---|
| Discounted Cash Flow |  | 0% | - |
| Guideline Public Company | (5.3) | 67% | (3.6) |
| Precedent Transaction | (5.3) | 33% | (1.8) |
|  |  |  | **(5.3)** |

**Indalex Consolidated - Downside Case Projections**

| Methodology | Estimated Equity Value | Weight | Concluded Equity Value |
|---|---|---|---|
| Discounted Cash Flow | (97.4) | 50% | (48.7) |
| Guideline Public Company | 24.3 | 50% | 12.1 |
| Precedent Transaction |  | 0% | - |
|  |  |  | **(36.6)** |

**Indalex Consolidated - Management Projections**

| Methodology | Estimated Equity Value | Weight | Concluded Equity Value |
|---|---|---|---|
| Discounted Cash Flow | 90.8 | 40% | 36.3 |
| Guideline Public Company | 134.5 | 40% | 53.8 |
| Precedent Transaction | 410.3 | 20% | 82.1 |
|  |  |  | **172.2** |

107.   Based on the data in Table 10, it is my opinion that the Indalex U.S. Entities, the relevant corporate entity for analysis, is insolvent under all applicable methodologies.  Furthermore, this insolvency likely triggers the insolvency of Indalex Consolidated.   Although the equity

---

[126]  I believe this assumption is conservative (favorable to the defendants in the Litigation) because based on the comparative information that is known, Indalex Consolidated compares unfavorably to the acquired companies in the precedent transactions.

value of Indalex Consolidated is positive assuming the aggressively optimistic Indalex Management Projections, it is negative under the Indalex Downside Projections, which would render Indalex Consolidated insolvent.

## B.    ABILITY TO PAY DEBTS TEST

108.    I did not directly analyze the extent to which Indalex Consolidated and the Indalex U.S. Entities could meet their debt service payments as of the Dividend Date. First, insufficient data is available to conduct this analysis. As discussed, only the Indalex U.S. Entities were obligors on the debt that was outstanding or anticipated to be outstanding as of the Dividend Date. However, the Indalex Management Projections include the cash flow of Indalex Limited, a non-obligor of that debt. Apart from the lack of available data, it is my opinion that the ability to make debt service payments is not a meaningful way to analyze the solvency of Indalex Consolidated or the Indalex U.S. Entities. My analysis shows that the insolvency of Indalex Consolidated is triggered by inadequate capital and by a likely default by the Indalex U.S. Entities that would accelerate principal and interest payments. Thus, insolvency may be triggered *even if* Indalex Consolidated could have made debt service payments in the ordinary course, over a limited period of time.

## C.    ADEQUATE CAPITAL TEST

109.    The valuation analysis of Indalex Consolidated and the Indalex U.S. Entities shows that both entities were inadequately capitalized as of the Dividend Date. The market value of equity for the Indalex U.S. Entities is negative. The market value of equity for Indalex Consolidated is positive only assuming the aggressively optimistic Indalex Management Projections. Under a reasonable downside scenario, the equity value of Indalex Consolidated is no longer positive. Thus, neither entity had an equity cushion that was consistent with an adequate level of capital as of the Dividend Date.

110.    Adequate capital can also be assessed by considering a company's access to capital. As of the Dividend Date, Indalex Consolidated had availability of $69.5 million under the revolving credit facility.[127] This may initially suggest sufficient liquidity to avoid insolvency. However, the company's liquidity needs were significant and owing to high financial and operating leverage and the requirement to maintain a borrowing base of eligible assets, the revolving

---

[127]  Email message from Scott C. Williams dated July 24, 2007, subject "Flash Report 7-20-07," attachment "IAS Flash Report 7-20-07.xls," "Historical Flash Reports.xls," Plaintiffs Exhibit No. 200.

*Highly Confidential*

Case No. 13-CV-01996-RGA                                    Expert Report of Yvette R. Austin Smith

credit facility provided a less certain source of liquidity. A downward turn in the business, such as that implied by the Indalex Downside Projections, would have been foreseen to exacerbate the company's liquidity needs. The Indalex Downside Projections would reduce operating cash flow (and therefore increase dependence on financing from the revolving credit facility). In addition, the Indalex Downside Projections would decrease the Company's borrowing base, lowering the availability under the revolving credit facility.

111.    To illustrate this point, Indalex Consolidated's actual experience is instructive. In May 2008 Indalex Consolidated sought an agreement from the lender to amend the revolving credit agreement. The amendment allowed Indalex Consolidated to obtain two $15 million term loans[128] from an affiliate of Sun Capital Partners and to generate an additional $15 million in liquidity by consummating a real estate sale-leaseback transaction.[129] Indalex Consolidated sought the additional $45 million in liquidity notwithstanding that it had approximately $32.3 million available under the revolving credit facility.[130] As of the Date of Filing, Indalex Consolidated still appears to have had availability under its revolving credit facility. As of October 26, 2008 (the latest date available) the company had approximately $26.3 million in availability under the revolving credit facility.[131] Thus, the company's experience in May 2008 and as of the Date of Filing shows that availability under the revolving credit facility was not a sufficient condition to prevent insolvency.

## XIV.   Conclusion

112.    On June 1, 2007, Indalex Holdings Finance paid a $76.6 million distribution to most of its shareholders, principally entities affiliated with Sun Capital Partners. Based on the analyses contained herein, it is my opinion that this distribution, taken together with the transactions by which it was financed, resulted in the Balance Sheet insolvency of the Indalex U.S.

---

[128] I have referred to these instruments as "term loans" based on documents produced in this matter. However, I understand that it is a matter of dispute as to whether these advances were economically consistent with debt or equity. I provide no opinion as to the correct characterization.

[129] Indalex Consolidated Form 10-Q for the Quarter Ended June 29, 2008, p. 20.

[130] Indalex Consolidated Form 10-Q for the Quarter Ended March 30, 2008, p. 36. Figure is as of March 30, 2008.

[131] Indalex Consolidated Form 10-Q for the Quarter Ended September 28, 2008, p. 60. Figure is reported to be as of October 26, 2008.

Case No. 13-CV-01996-RGA                              Expert Report of Yvette R. Austin Smith

Entities and the likely Balance Sheet insolvency of Indalex Consolidated as of June 1, 2007. In addition, as of June 1, 2007, both the Indalex U.S. Entities and Indalex Consolidated were rendered inadequately capitalized.

113.    In my opinion, the most relevant analysis of solvency for the Litigation is of the Indalex U.S. Entities.  The Indalex U.S. Entities were the only obligors on the Company's debt as of the Dividend Date.   The Indalex U.S. Entities were clearly insolvent as of the Dividend Date and this insolvency would have likely rendered Indalex Consolidated insolvent as of the same date.   However, even under a reasonable adjustment to the aggressively optimistic Indalex Management Projections, Indalex Consolidated is also insolvent under the Balance Sheet test. This is in addition to Indalex Consolidated being insolvent under the Adequate Capital test. On this basis, my opinion is that the Dividend rendered both the Indalex U.S. Entities and Indalex Consolidated insolvent as of June 1, 2007.

Yvette R. Austin Smith

Principal

The Brattle Group

*Highly Confidential*

Case No. 13-CV-01996-RGA                          Expert Report of Yvette R. Austin Smith

## Exhibit 1.   Documents Relied On

### Bates Stamped Documents

1   Email message from Dominic Santos to Steven Liff (and others) dated June 1, 2007, subject "Final FTICA Report," (FTI_IND0002355-2369).

2   Email message from Kevin Shultz to Bob Kavanaugh (and others) dated May 30, 2007, subject "FW: Revised Draft Report," (FTI_IND0001941-1954).

3   Email message from Bob Kavanaugh to Kevin Shultz (and others) dated May 31, 2007, subject "Re: FW: Revised Draft Report," (FTI_IND0001956-1973).

4   Email message from Rick Braun to Kevin Shultz (and others) dated May 31, 2007, subject "Indalex Draft," (FTI_IND0002042-2064).

5   Letter dated June 1, 2007 from FTI Capital Advisors to the Board of Directors of Indalex Holdings Finance, Inc. and Indalex Holding Corp (FTI_IND0002356-2369).

6   Email message from Kevin Shultz to Steven Liff (and others) dated June 1, 2007, subject "RE: Final FTICA Report," (FTI_IND0002244-2248).

7   Email message from Kevin Shultz to Freddie Reiss (and others) dated June 1, 2007, subject "I am sending to you again the email request last night from Steve Liff.  We accommodated his request as it was consistent with our conclusions.  Now K&E wants more. Kevin," (FTI_IND0002312-2314).

8   Email message from Steven Liff to Kevin Shultz (and others) dated June 1, 2007, subject "RE: Final FTICA Report," (FTI_IND0002229-2230).

9   Email message from Kevin Shultz to Freddie Reiss (and others) dated June 1 2007, subject "Sun Capital/Indalex Report – IMPT," (FTI_IND0002297-2311).

10  Email message from Dominic Santos to Rick Braun (and others) dated May 25, 2007, subject "Indalex: 1st Draft (Very Rough) of Live Model," excel attachment "Indalex_Model.xls," (FTI_IND0001757 – 1759).

11  Email message from Scott C. Williams to Rick Braun (and others) dated May 24, 2007, subject "RE: Indalex 5 year projections," excel attachment "Budget Assumptions – 2007 – 2009 as of 5 23 2007.xls," (FTI_IND0001748 – 1749).

12  Email message from Scott C. Williams to Dominic Santos (and others) dated May 22, 2007, subject "Indalex 5 year projections," excel attachment "new forecast EBITDA – As of 5 21 2007.xls," (FTI_IND0001349 – 1353).

13  Email message from Bob Kavanaugh to Rick Braun (and others) dated May 21, 2007, subject "Cost Structure," excel attachment "coststructurev.xls," (FTI_IND0001230 – 1231).

14  Email message from Rick Braun to Kevin Shultz dated May 14, 2007, subject "RE: What time is your return flight Wednesday", (FTI_IND0002899).

15  Preliminary Draft Engagement Letter - K&E Comments 5/30/07, (FTI_IND0001984 – 1993).

16  Email message from Scott C. Williams to Rick Braun (and others) dated May 21, 2007, subject "Data for solvency opinion," excel attachment "Table 12 – Shipments by Major Market 1960-2006.xls," (FTI_IND0001232 – 1312).

17  Indalex Holding Corp., 11½% Second-Priority Senior Secured Notes due 2014 Indenture (IND_KE000424-583).

*Highly Confidential*

18  Security Agreement dated as of February 2, 2006, among Indalex Holdings Finance, Inc., Indalex Holding Corp., The Subsidiary parties Identified Herein and U.S. Bank National Association, as Collateral Agent (IND_KE001352-1464).

19  Email message from Kevin Shultz to Freddie Reiss dated May 22, 2007, subject "Change in Entities we Are Reviewing for Sun," pdf attachment "orgchartsun.pdf" (FTI_IND0001354 – 1360).

20  Closing Sequence and Flow of Funds Memorandum, February 2, 2006 (IND_KE004200 - 4207).

21  Email message from Dominic Santos to Bob Kavanaugh (and others) dated May 17, 2007, subject "RE: LTM Financials," excel attachments "Cash Flowltmmarch2007 v.xls" and "Income Statementltmmarch2007.xls" (FTI_IND0000709-712).

22  Credit Agreement dated as of February 2, 2006, among Indalex Holdings Finance, Inc., Indalex Holding Corp., 6461948 Canada Inc., The Subsidiary Loan Parties Party Hereto, The Lenders Party Hereto, and JPMorgan Chase Bank, N.A. as Administrative Agenet, J.P. Morgan Securities Inc., as Sole Bookrunner and Sole Lead Arranger (IND_KE000209-360).

## Depositions and Deposition Exhibits

1  Deposition of Scott C. Williams, November 24, 2014.
2  Deposition Exhibits of Scott C. Williams, November 24, 2014.
3  Deposition of Timothy Stubbs Volume I, April 13, 2012.
4  Deposition Exhibits of Timothy Stubbs.
5  Deposition of Richard Braun, March 26, 2012.
6  Deposition Exhibits of Richard Braun.
7  Deposition of Mike Alger Volume I, April 26, 2012.
8  Deposition of Mike Alger Volume II, April 26, 2012.
9  Deposition Exhibits of Mike Alger.

## SEC Filings

1   Indalex Consolidated Form 10-K for the Fiscal Year Ended December 31, 2006.
2   Indalex Consolidated Form 10-K for the Fiscal Year Ended December 31, 2007.
3   Indalex Consolidated Amendment No. 3 to Form S-4, February 8, 2007.
4   Indalex Consolidated Form 10-Q for the Quarter Ended April 1, 2007.
5   Indalex Consolidated Form 10-Q for the Quarter Ended July 1, 2007.
6   Indalex Consolidated Form 10-Q for the Quarter Ended June 29, 2008.
7   Indalex Consolidated Form 10-Q for the Quarter Ended September 28, 2008.
6   Indalex Consolidated Form 8-K, May 14, 2007.
8   Alcoa Inc. Annual Report for the Fiscal Year End December 31, 2006.
9   Alcoa Inc. Form 10-Q for the Quarter Ended March 31, 2006.
10  Alcoa Inc. Form 10K for the Fiscal Year Ended December 31, 2006.
11  Tredegar Corporation Form 10-K for the Fiscal Year Ended December 31, 2004.
12  Tredegar Corporation Form 10-K for the Fiscal Year Ended December 31, 2006.
13  Tredegar Corporation Form 10-Q for the Quarter Ended March 31, 2007.
14  Aleris International, Inc. Form 10-K for the Fiscal Year Ended December 31, 2006.

*Highly Confidential*

Case No. 13-CV-01996-RGA                                                    Expert Report of Yvette R. Austin Smith

15   Aleris International, Inc. Form 10-Q for the Quarter Ended March 31, 2007.

16   Sapa Profily A.S. Annual Report for the Fiscal Year Ended December 31, 2006.

17   Orkla Annual Report for the Fiscal Year Ended December 31, 2006.

18   Norsk Hydro ASA Annual Report for the Fiscal Year Ended December 31, 2006.

19   Kaiser Aluminum & Chemical Corporation Form 10-K for the Fiscal Year Ended December 31, 2006.

20   Kaiser Aluminum & Chemical Corporation Form 10-K for the Fiscal Year Ended December 31, 2004.

21   Kaiser Aluminum & Chemical Corporation Form 10-K for the Fiscal Year Ended December 31, 2003.

22   Noranda Aluminum Holding Corporation Form S-4, January 31, 2008.

23   Alcan Inc. Form 10-K for the Fiscal Year Ended December 31, 2006.

24   Alcan Inc. Form 10-K for the Fiscal Year Ended December 31, 2005, Exhibit 99.3.

25   Century Aluminum Company Form 10-K for the Fiscal Year Ended December 31, 2006.

26   Encore Wire Corporation Form 10-K for the Fiscal Year Ended December 31, 2006.

27   General Cable Corporation Form 10-K for the Fiscal Year Ended December 31, 2006.

28   Cathay Merchant Group, Inc. Form 10-K for the Fiscal Year Ended December 31, 2006.

29   Mueller Industries Inc. Form 10-K for the Fiscal Year Ended December 30, 2006.

30   Novelis Inc. Form 10-K for the Fiscal Year Ended December 31, 2006.

31   Olin Corporation Form 10-K for the Fiscal Year Ended December 31, 2006.

32   Superior Essex Inc. Form 10-K for the Fiscal Year Ended December 31, 2006.

33   Titanium Metals Corporation Form 10-K for the Fiscal Year Ended December 31, 2006.

34   Wolverine Tube, Inc. Form 10-K for the Fiscal Year Ended December 31, 2006.

35   Alcoa Inc. Form 8-K Current Report, July 10, 2006, "Exhibit 99.2 Slides presented during Alcoa Inc. second quarter 2006 earnings call."

36   Alcoa Inc. Form 8-K Current Report, October 10, 2006, Conference Call Transcript, "AA – Q3 2006 ALCOA Inc. Earnings Conference Call."

37   Indalex Consolidated Form 10-Q for the Quarter Ended March 30, 2008.

38   RHI Group Annual Financial Report for the Year Ended December 31, 2007.

39   Duntron Energy Ltd. Interim Financial Statements for the Three and Nine Months Ended January 31, 2007.


### Analyst or Industry Reports

1   Fisher, Justine and Jason Moloff, "Security and liquidity keep us positive despite weak demand," Goldman Sachs, May 21, 2007.

2   Fisher, Justine, "2007 should remain tough, but manageable," Goldman Sachs, August 24, 2007.

3   "Extrusion market in gutter; a few see signs of an upturn," American Metal Market, June 5, 2007.

4   AA Situation Report, May 2007.

5   CRU Monitor Extruded Aluminum Products May 2007.

6   "Analytical Perspectives Budget of the United States Government", Fiscal Year 2008.

*Highly Confidential*

Case No. 13-CV-01996-RGA                                    Expert Report of Yvette R. Austin Smith

7    Aluminum Industry Insights, March 2007.

**Miscellaneous**

1    Email message from Scott C. Williams to Tim Stubbs dated May 15, 2007, subject "q1 zingers," word attachment, "Q1 2007 Notes.doc."

2    Email message from Scott C. Williams dated May 24, 2007, subject "IAS orders by segment through 523," excel attachment "IAS Orders by Segment through 5 23.xls."

3    Email message from Scott C. Williams dated May 3, 2007, subject "Tredegar reports Q1 earnings," PDF attachment "Tredegar vs IASquarterlycomp – Q1 2007.pdf."

4    Email message from Scott C. Williams dated February 17, 2007, subject "Tredegar announces Q4 earnings," PDF attachment "tredegar vs IASquarterlycomp – Q4 2006.pdf."

5    Email message from Scott C. Williams to Mike Alger (and others) dated May 31, 2007, subject "Extrusion Demand down 15.4% YoY in April," PDF attachment "AA Extruded Products Info April 2007.pdf."

6    Email message from Scott C. Williams to Mike Alger (and others) dated January 25, 2007, subject "Re Extrusion Market down 15.7% YoY in December," excel attachment "December 2006 shares.xls."

7    Alger, Michael and Timothy Stubbs, Final Transcript of Earnings Call for Indalex Inc, Indalex Quarter 2 2007 Results, August 14, 2007.

8    Email message from Mike Alger to Doug Carlson dated March 26, 2007, subject "Re Fw L11 Shipment from AA," word attachment "Days March 2nd set.doc"

9    Email message from Scott C. Williams to Dominic Santos (and other) dated May 22, 2007, subject "Indalex 5 year projections," excel attachment "New forecast EBITDA -  As of 5 21 2007.xls."

10   2007 Operations Scorecards Template-May.

11   Email message from Nam Kwok to Scott C. Williams and Frederic Distel dated January 11, 2006, subject "Re Supplemental Presentation to Moody's - Final," PPT attachment "Follow-up materials for Moody's_Final.ppt."

12   Email message from Scott C. Williams to Mike Alger (and others) dated August 15, 2007, subject "Earnings Call Transcript," word attachment "882932f-att.doc."

13   Email message from Mike Alger to Sun Capital dated March 15, 2007, subject "Fw March Issue", PDF attachment "07March Insight.pdf."

14   Email message from Keith Burlingame dated Feb 5, 2007, subject "My Presentation from the Denver Meeting", Powerpoint attachment "Denver Sales Ops Meeting 1.31.07.ppt."

**Data**

1    Email message from Bob Kavanaugh to Sun Capital dated May 5, 2007, subject "Indalex April 2007 EBITDA Flash," Excel attachment "ebita&avaiapril2007v.xls."

2    Email message from Bob Kavanaugh to Sun Capital dated January 6, 2007, subject "Indalex Dec 2006 EBITDA Flash," Excel attachment "ebita&availinternaldecv.xls."

3    Email message from Bob Kavanaugh to Sun Capital dated March 3, 2007, subject "Indalex Feb 2007 EBITDA Flash," Excel attachment "ebita&availfeb2007v.xls."

4    Email message from Bob Kavanaugh to Sun Capital dated February 3, 2007, subject "Indalex

*Highly Confidential*

Case No. 13-CV-01996-RGA                          Expert Report of Yvette R. Austin Smith

January 2007 EBITDA Flash," Excel attachment "ebita&availjan2007v.xls."

5    Email message from Bob Kavanaugh to Sun Capital dated July 6, 2007, subject "Indalex EBITDA Flash June 2007," Excel attachment "ebita&avaijune2007v.xls."

6    Email message from Bob Kavanaugh to Sun Capital dated April 7, 2007, subject "Indalex Mar 2007 EBITDA Flash," Excel attachment "ebita&avaimar2007v.xls."

7    Email message from Bob Kavanaugh to Sun Capital dated June 2, 2007, subject "Indalex May EBITDA Flash," Excel attachment "ebitda&avaimay2007v.xls."

8    Email message from Bob Kavanaugh to Sun Capital dated December 1, 2006, subject "Indalex Nov Flash," Excel attachment "ebitda&availinternalnovv.xls."

9    Email message from Bob Kavanaugh to Sun Capital dated November 4, 2006, subject "Indalex October EBITDA Flash," Excel attachment "ebitda&availinternaloctc.xls."

10   Email message from Bob Kavanaugh to Sun Capital dated October 8, 2006, subject "Indalex Sept EBITDA Flash," Excel attachment "septebitda&availinternalv.xls."

11   "Corporate tax rates table", KPMG, accesed January 13, 2016, https://home.kpmg.com/xx/en/home/services/tax/taxtoolsandresources/taxratesonline/corporatetaxratestable.html.

12   Indalex Bond Trades February 07 to August 07.

13   Combined Audited Financial Statements for Indalex (A Combination of Indirect Wholly Owned Subsidiaries of Novar plc) for the Years Ended December 31, 2004 and 2003 and December 29, 2002.

14   Email message from Scott C. Williams dated November 3, 2006, subject "3Month rolling forecast - post MPS scrub," excel attachment "Nov-Jan 3MRF - MPSScrub.zip."

15   Email message from Scott C. Williams dated January 23, 2007, subject "December forecast accuracy," excel attachment "December 2006 forecast accuracy.zip."

16   Email message from Scott C. Williams dated January 4, 2007, subject "Fw updated forecast," excel attachment "Jan - Mar 2007 Scrub 3 MRF.zip."

17   Email message from Scott C. Williams, dated March 26, 2007, subject "Feb forecast accuracy," excel attachment "February Forecast Accuracy.zip."

18   Email message from Scott C. Williams dated March 9, 2007, subject "3MRF - April -June," excel attachment "3MRF APR-JUN 07 - Final Sales Review.zip."

19   Email message from Scott C. Williams dated April 16, 2007, subject "Re 3MRF - May-Jul 2007," excel attachment "Final Sales Forecast May-July 2007.zip."

20   Email message from Bob Kavanaugh to Mike Alger dated January 25, 2006, subject "5 year pl," PDF attachment "20060125153535.pdf."

21   Standard & Poor's Capital IQ.

22   Compustat Research Insight.

23   Indalex income statement 2001 detail.

24   "Producers' Shipments of Extruded Products by Major Market", The Aluminum Association, October 30, 2015.

25   "End Use Shipments of Aluminum Extruded Products (1999-2008)", AEC, The Aluminum Association.

26   Email message from Keith Burlingame to Pay Wooley dated May 11, 2007, subject "Forecast Acc. File," excel attachment "April Forecast Accuracy.xls."

*Highly Confidential*

Case No. 13-CV-01996-RGA                                    Expert Report of Yvette R. Austin Smith

27    Semmler, Ed, "Thor acquires Postle Aluminum," South Bend Tribune: Business, May 1, 2015.

28    "H.I.G. Capital Announces Sale of Transtar Metals to A.M. Castle & Co.," H.I.G. Capital News, September 5, 2006.

**Books and Publications**

1     Stocks, Bonds, Bills, and Inflation 2007 Valuation Edition Yearbook, Chicago, Illinois, Morningstar, Inc., 2007.

Case No. 13-CV-01996-RGA                                                      Expert Report of Yvette R. Austin Smith

## Exhibit 2.   Curriculum Vitae of Yvette R. Austin Smith

**Ms. Austin Smith** specializes in M&A and bankruptcy disputes with subject matter expertise in valuation and credit and solvency analysis. She provides testifying and consulting expert services in litigation matters related to mergers and acquisitions, dissenting shareholder actions, leveraged buyouts, recapitalization, debt recharacterization and avoidance actions.  Ms. Austin Smith testified as a solvency expert on behalf of JPMorgan Chase in *Lehman Brothers Holdings Inc. and Official Committee of Unsecured Creditors of Lehman Brothers Holdings Inc. v. JPMorgan Chase Bank N.A.*  She has also been retained as a solvency expert in connection with the bankruptcies of Energy Future Holdings, U.S. Steel Canada, Indalex and Travelport.  Ms. Austin Smith also recently testified as a valuation expert in *Owens v. Cannon* before the Delaware Court of Chancery and is currently retained as a valuation expert in pending appraisal actions before the same court.

Ms. Austin Smith has written a number of publications and presented on valuation and credit analysis, for organizations including the American Bar Association, the American Bankruptcy Institute, Thomson Reuters, and Bloomberg Law. She is a contributing author to the Model Merger Agreement for the Acquisition of a Public Company, published by the ABA's Mergers and Acquisitions Committee, and a contributing researcher to The Standard & Poor's Guide to Fairness Opinions: A User's Guide for Fiduciaries. She is Co-Chair of the American Bar Association's Financial Advisor Task Force.

Ms. Austin Smith is also a member of the teaching faculty of Harvard University Extension School, where she teaches a graduate finance course and a faculty member of the American Bar Association's National Institute of Negotiating Business Acquisitions.

### EDUCATION

- M.B.A. (Finance) from Columbia University
- Graduate Studies in Mathematical Finance, Courant Institute of Mathematics, New York University
- A.B., Government and Philosophy, Harvard College

### AREAS OF EXPERTISE

- Valuation
- M&A Litigation
- Bankruptcy Litigation
- Credit and Solvency Analysis

*Highly Confidential*

Case No. 13-CV-01996-RGA                                    Expert Report of Yvette R. Austin Smith

## TESTIMONY EXPERIENCE

*In the Matter of the Companies' Creditors Arrangement Act, R.S.C. 1985, c. C-36, as Amended and in the Matter of A Proposed Plan of Compromise or Arrangement with Respect to U.S. Steel Canada Inc.* (Trial testimony, January 2016)

*Nathan Owen v. Energy Services Group et al*, C.A. No. 8860-CB, Court of Chancery of the State of Delaware. (Deposition testimony, August 2014; Trial testimony, November 2014)

*Lehman Brothers Holdings Inc. and Official Committee of Unsecured Creditors of Lehman Brothers Holdings Inc., v. JPMorgan Chase Bank N.A.*, Adversary Proceeding No 10-03266 (JPM), United States Bankruptcy Court for the Southern District of New York. (Deposition testimony, September 2014)

*Out Publishing Inc. v. Lipo Liquidating Corp., et al*, Index No. 07/601855 (Bransten), Supreme Court of the State of New York County of New York Commercial Division. (Deposition testimony, February 2010)

*Andrew Shiftan et al., Petitioners v. Morgan Joseph Holdings, Inc.*, Respondent, C.A. No. 6424-CS, Delaware Court of Chancery, 2012 (retained as testifying expert, matter settled)

## PUBLICATIONS

"Asset Value Trumps Discounted Cash Flow in Another Bankruptcy Valuation Dispute," Yvette R. Austin Smith and Evan Cohen, *The Brattle Group: Critical Insights*, July 29, 2014.

"Rural Metro Redefines Investment Banks' Role in M&A," Yvette R. Austin Smith and Torben Voetmann, *Law360*, March 28, 2014.

"Solvency Analysis in the Context of Fraudulent Transfer after Eleventh Circuit's TOUSA Reversal," American Bankruptcy Institute's Business Reorganization Committee newsletter, (Volume 11/No. 3), June 2012.

"Recent M&A Litigation Provides Updated Guidance for Fairness Opinions," *Deal Points*, publication of the American Bar Association's M&A Committee, Spring 2012.

"Why Do Solvency Opinions Fail?" Spring 2011.

Contributing author to: *Model Public Company Acquisition Agreement with Commentary*; by The Mergers & Acquisitions Committee of the American Bar Association; Chicago: American Bar Association, August 2011. Authored chapter on determining stock exchange ratios in mergers and acquisition transactions.

Contributing author to: *The Standard & Poor's Guide to Fairness Opinions: A User's Guide for Fiduciaries*, by Phillip J. Clements and Philip Wisler; New York: McGraw Hill, 2005.

Case No. 13-CV-01996-RGA                                      Expert Report of Yvette R. Austin Smith

## Exhibit 3.    Indalex    Consolidated    DCF    Under    Management Projections

**As of June, 01 2007**

|  |  | Projected Year Ending December 31, | | | | |
|---|---|---|---|---|---|---|
|  |  | 2007 | 2008 | 2009 | 2010 | 2011 |
| Sales | [1] | $1,149 | $1,227 | $1,305 | $1,357 | $1,411 |
| % Revenue Growth | [2] |  | 6.8% | 6.4% | 4.0% | 4.0% |
| External EBITDA | [3] | 58 | 77 | 97 | 106 | 115 |
| % Margin | [4] | 5.0% | 6.3% | 7.4% | 7.8% | 8.1% |
| Less: depreciation & amortization | [5] | (47) | (48) | (48) | (48) | (48) |
| EBIT | [6] | 11 | 29 | 49 | 58 | 67 |
| Less: taxes | [7] | (4) | (12) | (20) | (23) | (27) |
| Debt Free Net Income | [8] | 6 | 18 | 30 | 35 | 40 |
| Plus: depreciation and amortization | [9] | 47 | 48 | 48 | 48 | 48 |
| Less: capital expenditures | [10] | (28) | (35) | (30) | (30) | (30) |
| +/- Changes in working capital | [11] | 10 | (4) | (5) | (5) | (5) |
| **Unlevered free cash flow** | [12] | 36 | 26 | 43 | 48 | 53 |
| *Unlevered free cash flow growth rate* | [13] |  | *(26.8%)* | *64.2%* | *11.8%* | *11.0%* |
| Portion of Year Beyond Valuation Date | [14] | 0.58 | 1.00 | 1.00 | 1.00 | 1.00 |
| Remaining Unlevered FCF | [15] | 21 | 26 | 43 | 48 | 53 |
| Decimal for Mid Year Convention | [16] | 0.29 | 1.08 | 2.08 | 3.08 | 4.08 |
| Present Value Factor | [17] | 0.96 | 0.85 | 0.73 | 0.63 | 0.55 |
| **Discounted Free Cash Flow** | [18] | 20 | 22 | 31 | 30 | 29 |
| **Present Value of Discounted Free Cash Flow** | [19] |  |  |  |  | 133 |
| Perpetuity Growth Rate | [20] |  |  |  |  | 4.9% |
| Terminal Value | [21] |  |  |  |  | **501** |
| Present Value Factor | [22] |  |  |  |  | 0.55 |
| **Present Value of Terminal Value** | [23] |  |  |  |  | 273 |
| **Indicated Fair Market Value of Invested Capital** | [24] |  |  |  |  | 406 |
| Net Debt: | [25] |  |  |  |  | (315) |
| **Equity Value:** | [26] |  |  |  |  | 91 |

Notes and Sources

[1], [3], [5], [10], [11]: See Exhibit 9.

[2]: Growth rate in [1].

[4]: [3] / [1].

[6]: [3] + [5].

[7]: 40% of [6] if [6] is greater than 0, otherwise 0.

[8]: [6] + [7].

[9]: -[5].

[12]: [8] + [9] + [10] + [11].

[13]: Growth rate in [12].

[14]: Portion of year beyond 6/1/2007 valuation date.

[15]: [12] x [14].

[16]: Mid-year cash flow convention.

[17]: 1 / (1 + WACC of 16%) ^ [16].

[18]: [15] x [17].

[19]: Sum of [18].

*Highly Confidential*

Case No. 13-CV-01996-RGA                                 Expert Report of Yvette R. Austin Smith

[20]: Average 2012 nominal GDP growth rate from the 2008 Budget of the United States Government, CBO January, and Blue Chip Consensus January.

[21]: [12] x (1 + [20]) / (WACC of 16% - [20]), using 2011 values. See calculation of WACC in Exhibit 12.

[22]: 1 / (1 + WACC of 16%) ^ [16], using 2011 Values. See calculation of WACC in Exhibit 12.

[23]: [21] x [22].

[24]: [19] + [23].

[25]: See Exhibit 13.

[26]: [24] + [25].

Case No. 13-CV-01996-RGA                    Expert Report of Yvette R. Austin Smith

# Exhibit 4.    Indalex    Consolidated    DCF    Under    Downside Projections

**As of June, 01 2007**

|  |  | Projected Year Ending December 31, | | | | |
|---|---|---|---|---|---|---|
|  |  | 2007 | 2008 | 2009 | 2010 | 2011 |
| Sales | [1] | $1,115 | $1,140 | $1,169 | $1,199 | $1,229 |
| % Revenue Growth | [2] |  | 2.3% | 2.5% | 2.5% | 2.5% |
| External EBITDA | [3] | 39 | 44 | 49 | 65 | 70 |
| % Margin | [4] | 3.5% | 3.9% | 4.2% | 5.4% | 5.7% |
| Less: depreciation & amortization | [5] | (47) | (48) | (48) | (48) | (48) |
| EBIT | [6] | (9) | (3) | 1 | 17 | 22 |
| Less: taxes | [7] | 0 | 0 | (0) | (7) | (9) |
| Debt Free Net Income | [8] | (9) | (3) | 1 | 10 | 13 |
| Plus: depreciation and amortization | [9] | 47 | 48 | 48 | 48 | 48 |
| Less: capital expenditures | [10] | (25) | (32) | (27) | (27) | (27) |
| +/- Changes in working capital | [11] | 9 | (4) | (4) | (4) | (4) |
| **Unlevered free cash flow** | [12] | **22** | **9** | **17** | **27** | **30** |
| *Unlevered free cash flow growth rate* | [13] |  | *(60%)* | *91%* | *56%* | *10%* |
| Portion of Year Beyond Valuation Date | [14] | 0.58 | 1.00 | 1.00 | 1.00 | 1.00 |
| Remaining Unlevered FCF | [15] | 13 | 9 | 17 | 27 | 30 |
| Decimal for Mid Year Convention | [16] | 0.29 | 1.08 | 2.08 | 3.08 | 4.08 |
| Present Value Factor | [17] | 0.96 | 0.85 | 0.73 | 0.63 | 0.55 |
| **Discounted Free Cash Flow** | [18] | **12** | **8** | **13** | **17** | **16** |
| **Present Value of Discounted Free Cash Flow** | [19] |  |  |  |  | **66** |
| Perpetuity Growth Rate | [20] |  |  |  |  | 4.9% |
| Terminal Value | [21] |  |  |  |  | **278** |
| Present Value Factor | [22] |  |  |  |  | 0.55 |
| **Present Value of Terminal Value** | [23] |  |  |  |  | **152** |
| **Indicated Fair Market Value of Invested Capital** | [24] |  |  |  |  | **218** |
| Net Debt: | [25] |  |  |  |  | (315) |
| **Equity Value:** | [26] |  |  |  |  | **(97)** |

Notes and Sources

[1], [3], [5], [10], [11]: See Exhibit 10.

[2]: Growth rate in [1].

[4]: [3] / [1].

[6]: [3] + [5].

[7]: 40% of [6] if [6] is greater than 0, otherwise 0.

[8]: [6] + [7].

[9]: -[5].

[12]: [8] + [9] + [10] + [11].

[13]: Growth rate in [12].

[14]: Portion of year beyond 6/1/2007 valuation date.

[15]: [12] x [14].

[16]: Mid-year cash flow convention.

[17]: 1 / (1 + WACC of 16%) ^ [16].

[18]: [15] x [17].

[19]: Sum of [18].

*Highly Confidential*

Case No. 13-CV-01996-RGA                                    Expert Report of Yvette R. Austin Smith

[20]: Average 2012 nominal GDP growth rate from the 2008 Budget of the United States Government, CBO January, and Blue Chip Consensus January.

[21]: [12] x (1 + [20]) / (WACC of 16% - [20]), using 2011 values. See calculation of WACC in Exhibit 12.

[22]: 1 / (1 + WACC of 16%) ^ [16], using 2011 Values. See calculation of WACC in Exhibit 12.

[23]: [21] x [22].

[24]: [19] + [23].

[25]: See Exhibit 13.

[26]: [24] + [25].

Case 1:13-cv-01996-RGA    Document 75-1    Filed 06/10/16    Page 70 of 94 PageID #: 4910

## Exhibit 5.    Guideline Public Company Analysis Under Management Projections

| Measure of Performance | Range of Indicated Multiples | | | | Indalex U.S. Entities | | | | | Indalex Consolidated | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Minimum | Mean | Median | Maximum | Selected Multiple | Subject Company LTM Revenues and EBITDA ($MM) | EV using Multiple ($MM) | Net Debt ($MM) | Equity Value using Multiple ($MM) | Selected Multiple | Subject Company LTM Revenues and EBITDA ($MM) | EV using Multiple ($MM) | Net Debt ($MM) | Equity Value using Multiple ($MM) |
| | [1] | [2] | [3] | [4] | [5] | [6] | [7] | [8] | [9] | [10] | [11] | [12] | [13] | [14] |
| EV / LTM Total Revenues | 0.57 | 1.15 | 1.09 | 1.60 | 0.3 | $874 | $262 | $270 | -$7.8 | 0.5 | $1,223 | $612 | $315 | $296.3 |
| EV / NFY Total Revenues | 0.61 | 1.08 | 1.01 | 1.55 | | | | | | 0.4 | $1,149 | $460 | $315 | $144.2 |
| EV / NFY+1 Total Revenues | 0.59 | 1.07 | 0.94 | 1.55 | | | | | | 0.4 | $1,227 | $491 | $315 | $175.5 |
| EV / LTM EBITDA | 6.12 | 9.54 | 8.43 | 15.48 | 6.0 | $45 | $267 | $270 | -$2.9 | 6.0 | $66 | $394 | $315 | $79.2 |
| EV / NFY EBITDA | 7.39 | 8.89 | 8.22 | 11.73 | | | | | | 5.5 | $58 | $318 | $315 | $2.9 |
| EV / NFY+1 EBITDA | 7.63 | 8.25 | 8.21 | 8.94 | | | | | | 5.5 | $77 | $424 | $315 | $109.1 |
| | | | | | | | | | -$5.3 | | | Average of All Indications | | $134.5 |

Sources: S&P Capital IQ.

Notes:

[1] - [4]: Summary values for selected guideline public companies. See Exhibit 16.

[6]: See Exhibit 8.

[7]: [5] x [6].

[8]: Total Debt as of June 1, 2007 less cash at June 1, 2007. See Exhibit 13.

[9]: [7] - [8].

[11]: See Exhibit 8 and Exhibit 9.

[12]: [10] x [11].

[13]: Total Debt as of June 1, 2007 less cash at June 1, 2007. See Exhibit 13.

[14]: [12] - [13].

# Exhibit 6. Guideline Public Company Analysis Under Downside Projections

| | Range of Indicated Multiples | | | | | Indalex Consolidated | | | |
| Measure of Performance | Minimum | Mean | Median | Maximum | Selected Multiple | Subject Company LTM Revenues and EBITDA ($MM) | EV using Multiple ($MM) | Net Debt ($MM) | Equity Value using Multiple ($MM) |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | [1] | [2] | [3] | [4] | [5] | [6] | [7] | [8] | [9] |
| EV / LTM Total Revenues | 0.57 | 1.15 | 1.09 | 1.60 | 0.5 | N/M | N/M | $315 | N/M |
| EV / NFY Total Revenues | 0.61 | 1.08 | 1.01 | 1.55 | 0.4 | $1,115 | $446 | $315 | $130.6 |
| EV / NFY+1 Total Revenues | 0.59 | 1.07 | 0.94 | 1.55 | 0.4 | $1,140 | $456 | $315 | $140.8 |
| EV / LTM EBITDA | 6.12 | 9.54 | 8.43 | 15.48 | 6.0 | N/M | N/M | $315 | N/M |
| EV / NFY EBITDA | 7.39 | 8.89 | 8.22 | 11.73 | 5.5 | $39 | $212 | $315 | -$103.3 |
| EV / NFY+1 EBITDA | 7.63 | 8.25 | 8.21 | 8.94 | 5.5 | $44 | $244 | $315 | -$71.0 |
| | | | | | | | Average of All Indications | | $24.3 |

Sources: S&P Capital IQ.

Notes:

[1] - [4]: Summary values for selected guideline public companies. See Exhibit 16.

[6]: See Exhibit 8 and Exhibit 10 .

[7]: [5] x [6].

[8]: Total Debt as of June 1, 2007 less cash at June 1, 2007. See Exhibit 13.

 [9]: [7] - [8].

## Exhibit 7.    Precedent Transactions Analysis

| | Range of Indicated Multiples | | | | Indalex U.S. Entities | | | | | Indalex Consolidated | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Measure of Performance | Minimum | Mean | Median | Maximum | Selected Multiple | Subject Company LTM Financials ($MM) | EV using Multiple ($MM) | Net Debt ($MM) | Equity Value using Multiple ($MM) | Selected Multiple | Subject Company LTM Financials ($MM) | EV using Multiple ($MM) | Net Debt ($MM) | Equity Value using Multiple ($MM) |
| | [1] | [2] | [3] | [4] | [5] | [6] | [7] | [8] | [9] | [10] | [11] | [12] | [13] | [14] |
| EV / LTM Total Revenues | 0.31 | 0.70 | 0.70 | 1.05 | 0.3 | 874 | 262 | 270 | (8) | 0.7 | 1,223 | 860 | 315 | 545 |
| EV / LTM EBITDA | 6.64 | 9.11 | 9.00 | 11.82 | 6.0 | 45 | 267 | 270 | (3) | 9.0 | 66 | 591 | 315 | 276 |
| | | | | | | | | | (5.3) | | | Average of All Indications | | $410.3 |

Sources & Notes:

[1]-[4]: Summary statistics of EV/LTM Total Revenues for selected companies from transaction screen. See Exhibit 18. Novelis's LTM EBITDA multiple (55.3x) has been excluded.

[6], [11]: See Exhibit 8.

[7]: [5] x [6].

[8]: Total Debt as of June 1, 2007 less cash at June 1, 2007.  See Exhibit 13.

[9]: [7] - [8].

 [12]: [10] x [11].

[13]: Total Debt as of June 1, 2007 less cash at June 1, 2007.  See Exhibit 13.

[14]: [12] - [13].

## Exhibit 8. Indalex Historical Normalized EBITDA ($ Thousands)

| | | Indalex Consolidated | | | | | | Indalex U.S. Entities | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | 2002 | 2003 | 2004 | 2005 | 2006 | LTM 4/1/2007 | Jan 1 - Apr 1, 2007 | Feb 2 - Dec 31, 2006 | Feb 2 - Apr 2, 2006 | LTM |
| | | [A] | [B] | [C] | [D] | [E] | [F] | [G] | [H] | [I] | [J] |
| **Net Sales** | [1] | 734,312 | 748,468 | 932,696 | 1,021,370 | 1,242,861 | 1,223,152 | 213,792 | 812,839 | 152,682 | 873,949 |
| Net income from continuing operations | [2] | 14,699 | 24,344 | 43,251 | 23,052 | (22,259) | (22,162) | (7,448) | (23,821) | (6,825) | (24,444) |
| Less income from equity method investment in AAG | [3] | (212) | (7,869) | (14,807) | (10,937) | (12,484) | (15,615) | - | - | - | - |
| Less dividend income from affiliates | [4] | (14,724) | (12,728) | (15,102) | (9,077) | - | - | - | - | - | - |
| **Net income excluding income from affiliates** | [5] | **(237)** | **3,747** | **13,342** | **3,038** | **(34,743)** | **(37,777)** | **(7,448)** | **(23,821)** | **(6,825)** | **(24,444)** |
| **EBITDA addbacks** | | | | | | | | | | | |
| Other (Income)/Expense (fixed assets, MTM, currency) | [6] | (2,505) | (2,752) | (1,340) | (747) | 15,327 | 8,748 | 2,320 | 14,285 | 6,521 | 10,084 |
| Stock Compensation | [7] | 6 | 588 | 2,229 | 1,244 | 938 | 1,149 | 211 | 938 | | 1,149 |
| Interest | [8] | 10,400 | 8,659 | 8,769 | 5,253 | 36,163 | 39,649 | 5,090 | 17,233 | 2,952 | 19,371 |
| Deferred Financing Costs | [9] | - | - | - | - | 2,220 | 2,415 | 285 | 1,047 | 190 | 1,142 |
| Income Taxes | [10] | 1,522 | (2,295) | (5,808) | 1,921 | (8,020) | (5,606) | (746) | (6,071) | (3,350) | (3,467) |
| Depreciation | [11] | 34,592 | 34,270 | 32,689 | 32,896 | 35,148 | 34,673 | 5,802 | 22,775 | 4,180 | 24,397 |
| Amortization | [12] | - | - | - | 8,282 | 11,656 | 11,405 | 1,705 | 6,937 | 1,261 | 7,381 |
| Impairment of long-lived assets | [13] | 389 | | 2,728 | 1,017 | 7,248 | 7,248 | | 7,083 | | 7,083 |
| (Gain) loss on disposal of assets | [14] | 515 | 3,817 | (675) | (420) | 255 | 453 | 58 | (213) | (140) | (15) |
| Restructuring | [15] | 2,467 | 2,897 | 6,086 | 472 | 1,772 | 3,390 | 1,582 | 261 | | 1,843 |
| **Normalized EBITDA** | [16] | **47,149** | **48,931** | **58,020** | **52,956** | **67,964** | **65,747** | **8,859** | **40,454** | **4,789** | **44,524** |

Notes and Sources:

[A] - [C]: Combined Audited Financial Statements for Indalex (A Combination of Indirect Wholly Owned Subsidiaries of Novar plc) for the Fiscal Years Ended December 31, 2004 and 2003 and December 29, 2002. If data in the Indalex Form 10-K for the Fiscal Year Ended December 31, 2006, Consolidated and Combined Statements of Income and Cash Flows is inconsistent with the Combined Audited Financial Statements for Indalex (A Combination of Indirect Wholly Owned Subsidiaries of Novar plc) for the Fiscal Years Ended December 31, 2004 and 2003 and December 29, 2002, it is taken from the 10-K.

[D] - [E], [H]: Indalex Form 10-K for the Fiscal Year Ended December 31, 2006, p. 54; pp. F-5 - 5-6; pp. F-50 - F-52. For 2005, numbers reflect the sum of amounts for Predecessor 1 and Predecessor 2. For 2006, numbers represents the sum of amounts for Predecessor 2 and Successor. For 2006, Depreciation and Amortization includes amortization of deferred financing costs and bond discount.

[F]: For LTM as of 4/1/2007, Email message from Dominic Santos to Bob Kavanaugh (and others) dated May 17, 2007, subject "RE: LTM Financials," excel attachments "Cash Flowltmmarch2007 v.xls" and "Income Statementltmmarch2007.xls" (FTI_IND0000709-712).

[G], [I]: Indalex Consolidated Form 10-Q for the Quarter Ended April 1, 2007, pp. 29 - 30; pp. 32 - 34.

[J]: [G] + [H] - [I]. Indalex US Entities includes Guarantor and Parent. Parent reports 0 for all line items.

Case 1:13-cv-01996-RGA    Document 75-1    Filed 06/10/16    Page 73 of 94 PageID #: 4913

[5]: Sum of [2] to [4].

[6]: Incudes other Income / expense, MTM on derivatives, one-time debt registration costs, and affiliated acquisition fees. LTM one-time debt registration costs of $4,000 from Email message from Bob Kavanaugh to Rick Braun (and others) dated May 24, 2007, subject "LTM SGA expenses" (FTI_IND0001747) are assumed to be incurred by Indalex U.S. Entities.

[8]: Includes interest to affiliates, net, external interest, and amortization of bond discount.

[16]: Sum of [5] to [15].

*Highly Confidential*

Case No. 13-CV-01996-RGA                                    Expert Report of Yvette R. Austin Smith

## Exhibit 9.  Indalex  Consolidated  Income  Statement  Under Management Projections ($ Millions)

| In millions USD | | 2007 Act/Forecast | 2008 Budget | 2009 Budget | 2010 Projection | 2011 Projection |
|---|---|---|---|---|---|---|
| **Sales Pounds** | [1] | 612.0 | 655.0 | 696.6 | 724.5 | 753.4 |
| Unit Sales Price ($/pound) | [2] | 1.877 | 1.873 | 1.873 | 1.873 | 1.873 |
| **Net Sales** | [3] | 1,148.9 | 1,227.0 | 1,305.0 | 1,357.2 | 1,411.5 |
| Unit Materials Cost ($/pound) | [4] | 1.222 | 1.215 | 1.208 | 1.208 | 1.208 |
| **Material Cost of Sales** | [5] | 747.9 | 795.9 | 841.8 | 875.5 | 910.5 |
| Gross Unit Margin ($/pound) | [6] | 0.655 | 0.658 | 0.665 | 0.665 | 0.665 |
| **Gross Value Added** | [7] | 401.0 | 431.1 | 463.2 | 481.7 | 501.0 |
| Unit Variable Cost ($/pound) | [8] | 0.350 | 0.346 | 0.343 | 0.343 | 0.343 |
| **Total Variable Costs** | [9] | 214.2 | 226.7 | 238.8 | 248.3 | 258.2 |
| **Variable Margin** | [10] | 186.80 | 204.5 | 224.4 | 233.4 | 242.8 |
| Total Fixed Costs | [11] | 167.93 | 169.0 | 169.4 | 170.0 | 170.0 |
| Total Other (Income) & Expense | [12] | (2.3) | - | - | - | - |
| **Operating Earnings** | [13] | 21.17 | 35.47 | 55.09 | 63.42 | 72.76 |
| Depreciation | [14] | 35.6 | 35.9 | 35.9 | 35.9 | 35.9 |
| Amortization | [15] | 11.8 | 11.8 | 11.8 | 11.8 | 11.8 |
| Total Other (Income) & Expense | [16] | (2.3) | - | - | - | - |
| **Internal EBITDA** | [17] | 66.2 | 83.2 | 102.8 | 111.1 | 120.5 |
| Restructuring | [18] | 2.8 | 1.0 | 0.8 | 0.8 | 0.8 |
| Stock Compensation | [19] | 0.7 | 0.6 | 0.3 | 0.0 | 0.0 |
| Stand Alone Costs (SOX, S-4, K&E, AAG) | [20] | 3.4 | 2.5 | 2.5 | 2.5 | 2.5 |
| Management Fee | [21] | 1.4 | 1.9 | 2.1 | 2.2 | 2.4 |
| **External EBITDA** | [22] | 57.9 | 77.2 | 97.1 | 105.6 | 114.7 |

Sources and Notes:

[1]: Volumes from Email message from Scott C. Williams to Dominic Santos (and others) dated May 22, 2007, subject "Indalex 5 year projections," excel attachment "new forecast EBITDA – As of 5 21 2007.xls," (FTI IND0001349 – 1353 at 1353) and Email message from Scott Williams to Rick Braun (and others) dated May 24, 2007, subject "RE: Indalex 5 year projections," excel attachment "Budget Assumptions – 2007 – 2009 as of 5 23 2007.xls," (FTI_IND0001748 – 1749).

[2], [4], [6], [8]: Per Pound Values from Email message from Scott Williams to Rick Braun (and others) dated May 24, 2007, subject "RE: Indalex 5 year projections," excel attachment "Budget Assumptions – 2007 – 2009 as of 5 23 2007.xls," (FTI_IND0001748 – 1749).

[3]: [1] x [2].

[5]: [1] x [4].

[7]: [1] x [6].

[9]: [1] x [8].

[10]: [7] - [9].

[11], [12], [14], [15], [18] - [21]: Data from Email message from Scott C. Williams to Dominic Santos (and others) dated May 22, 2007, subject "Indalex 5 year projections," excel attachment "new forecast EBITDA – As of 5 21 2007.xls," (FTI IND0001349 – 1353 at 1353).

[13]: [10] - [11] - [12].

*Highly Confidential*

Case No. 13-CV-01996-RGA                                      Expert Report of Yvette R. Austin Smith

[16]: [12].

[17]: [13] + [14] + [15] + [16].

[22]: [17] - [18] - [19] - [20] - [21].

Case No. 13-CV-01996-RGA                               Expert Report of Yvette R. Austin Smith

## Exhibit 10. Indalex Consolidated Income Statement Under Downside Projections ($ Millions)

| In millions USD | | 2007 Act/Forecast | 2008 Budget | 2009 Budget | 2010 Projection | 2011 Projection |
|---|---|---|---|---|---|---|
| **Sales Pounds** | [1] | **593.8** | **608.7** | **624.1** | **639.9** | **656.0** |
| Unit Sales Price ($/pound) | [2] | 1.877 | 1.873 | 1.873 | 1.873 | 1.873 |
| **Net Sales** | [3] | **1,114.7** | **1,140.4** | **1,169.2** | **1,198.7** | **1,228.9** |
| Unit Materials Cost ($/pound) | [4] | 1.241 | 1.237 | 1.237 | 1.230 | 1.230 |
| **Material Cost of Sales** | [5] | **737.1** | **753.2** | **772.3** | **787.0** | **806.9** |
| Gross Unit Margin ($/pound) | [6] | 0.636 | 0.636 | 0.636 | 0.643 | 0.643 |
| **Gross Value Added** | [7] | **377.6** | **387.2** | **396.9** | **411.7** | **422.0** |
| Unit Variable Cost ($/pound) | [8] | 0.354 | 0.354 | 0.354 | 0.342 | 0.342 |
| **Total Variable Costs** | [9] | **210.1** | **215.4** | **220.9** | **218.9** | **224.4** |
| **Variable Margin** | [10] | **167.49** | **171.7** | **176.0** | **192.8** | **197.6** |
| Total Fixed Costs | [11] | 167.93 | 169.0 | 169.4 | 170.0 | 170.0 |
| Total Other (Income) & Expense | [12] | (2.3) | - | - | - | - |
| **Operating Earnings** | [13] | **1.85** | **2.71** | **6.69** | **22.76** | **27.62** |
| Depreciation | [14] | 35.6 | 35.9 | 35.9 | 35.9 | 35.9 |
| Amortization | [15] | 11.8 | 11.8 | 11.8 | 11.8 | 11.8 |
| Total Other (Income) & Expense | [16] | (2.3) | - | - | - | - |
| **Internal EBITDA** | [17] | **46.9** | **50.4** | **54.4** | **70.5** | **75.3** |
| Restructuring | [18] | 2.8 | 1.0 | 0.8 | 0.8 | 0.8 |
| Stock Compensation | [19] | 0.7 | 0.6 | 0.3 | 0.0 | 0.0 |
| Stand Alone Costs (SOX, S-4, K&E, AAG) | [20] | 3.4 | 2.5 | 2.5 | 2.5 | 2.5 |
| Management Fee | [21] | 1.4 | 1.9 | 2.1 | 2.2 | 2.4 |
| **External EBITDA** | [22] | **38.5** | **44.4** | **48.7** | **64.9** | **69.6** |

Sources and Notes:

[1]: Volumes from Table 6.

[2], [4], [6], [8]: Per Pound Values from Table 6.

[3]: [1] x [2].

[5]: [1] x [4].

[7]: [1] x [6].

[9]: [1] x [8].

[10]: [7] - [9].

[11], [12], [14], [15], [18] - [21]: Data from Email message from Scott C. Williams to Dominic Santos (and others) dated May 22, 2007, subject "Indalex 5 year projections," excel attachment "new forecast EBITDA – As of 5 21 2007.xls," (FTI IND0001349 – 1353 at 1353).

[13]: [10] - [11] - [12].

[16]: [12].

[17]: [13] + [14] + [15] + [16].

[22]: [17] - [18] - [19] - [20] - [21].

Case No. 13-CV-01996-RGA                    Expert Report of Yvette R. Austin Smith

## Exhibit 11.    Indalex Management Forecast Errors

|  |  | | 90 Day Forecast | 60 Day Forecast | 30 Day Forecast |
|---|---|---|---|---|---|
|  |  | Budget Error | Error | Error | Error |
| **As calculated by Indalex** | | | | | |
| Dec-06 | [1] | -19.3% | -16.6% | -8.2% | 1.4% |
| Feb-07 | [2] | -14.9% | -13.8% | -9.7% | -4.2% |
| Apr-07 | [3] | -18.4% | -16.1% | -12.2% | -9.5% |
| **As calculated from comparison of actual and forecast** | | | | | |
| Nov-06 | [4] | -12.0% | N/A | -16.9% | -3.9% |
| Jan-07 | [5] | -19.0% | N/A | -4.3% | 0.6% |
| Mar-07 | [6] | -13.0% | N/A | -5.9% | -2.3% |
| May-07 | [7] | -13.6% | N/A | -3.5% | -1.2% |
| Jun-07 | [8] | -14.8% | N/A | -4.3% | -0.6% |

Notes and Sources:

[1]:  Email message from Scott C Williams dated January 23, 2007, subject "December forecast accuracy", attachment "December Forecast Accuracy.zip".

[2]: Email message from Scott C Williams, dated March 26, 2007, subject "Feb forecast accuracy", attachment "February Forecast Accuracy.zip".

[3]: Email message from Keith Burlingame to Pat Wooley (and others) dated May 11, 2007, subject "Forecast Acc. File," Excel attachment "April Forecast Accuracy.xls."

[4] - [10]: Calculates the percent difference between Indalex's actual volume compared to budget, 30 day forecast, and 60 day forecast.

Actuals from:

Email message from Bob Kavanaugh to Sun Capital dated December 1, 2006, subject "Indalex Nov Flash," Excel attachment "ebitda&availinternalnovv.xls".

Email message from Bob Kavanaugh to Sun Capital dated January 6, 2007, subject "Indalex Dec 2006 EBITDA Flash, Excel attachment "ebita&availinternaldecv.xls"

Email message from Bob Kavanaugh to Sun Capital dated February 3, 2007, subject "Indalex January 2007 EBITDA Flash, Excel attachment "ebita&availjan2007v.xls"

Email message from Bob Kavanaugh to Sun Capital dated March 3, 2007, subject "Indalex Feb 2007 EBITDA Flash, Excel attachment "ebita&availfeb2007v.xls"

Email message from Bob Kavanaugh to Sun Capital dated April 7, 2007, subject "Indalex Mar 2007 EBITDA Flash, Excel attachment "ebita&avaimar2007v.xls"

Email message from Bob Kavanaugh to Sun Capital dated May 5, 2007, subject "Indalex April 2007 EBITDA Flash, Excel attachment "ebita&avaiapril2007v.xls"

Email message from Bob Kavanaugh to Sun Capital dated June 2, 2007, subject "Indalex May EBITDA Flash," Excel attachment "ebitda&avaimay2007v.xls"

Email message from Bob Kavanaugh to Sun Capital dated July 6, 2007, subject "Indalex EBITDA Flash June 2007, Excel attachment "ebita&avaijune2007v.xls"

Budget, 60, and 30 day forecasts were pulled from each month's Three Month Rolling Forecast when the information was available:

Email message from Scott C Williams dated November 3, 2006, subject "3Month rolling forecast - post MPS scrub," excel attachment "Nov-Jan 3MRF - MPSScrub.zip."

Email message from Scott C Williams dated November 15, 2006, subject "3MRF - December-February", attachment "December-February 3MRF - November 13.zip," Plaintiffs Exhibit No. 166.

Case No. 13-CV-01996-RGA                                          Expert Report of Yvette R. Austin Smith

Email message from Scott C Williams dated January 4, 2007, subject "Fw updated forecast," excel attachment "Jan - Mar 2007 Scrub 3 MRF.zip."

Email message from Scott C Williams dated February 16, 2007, subject "Re: 3MRF - Mar-May 2007," attachment "March Sales Forecast.zip," Plaintiffs Exhibit No. 169.

Email message from Scott C Williams dated March 9, 2007, subject "3MRF - April -June," excel attachment "3MRF APR-JUN 07 - Final Sales Review.zip."

Email message from Scott C Williams dated April 16, 2007, subject "Re: 3MRF - May-Jul 2007", excel attachment "Final Sales Forecast May-July 2007.zip."

*Highly Confidential*

Case No. 13-CV-01996-RGA                                    Expert Report of Yvette R. Austin Smith

## Exhibit 12.  Indalex Consolidated Weighted Average Cost of Capital (WACC)

| | | Levered Beta [A] | Market Value of Debt [B] | Book Value of Preferred Equity [C] | Shares Outstanding [D] | Stock Price [E] | Market Value of Equity [F] | Debt/Equity [G] | Marginal Tax Rate [H] | Unlevered Beta [I] |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | **Guideline Company Betas** | | | | | | |
| Alcan, Inc. | [1] | 1.8 | 5,780 | 160 | 368 | 90.8 | 33,385 | 18% | 36.1% | 1.6 |
| Alcoa Inc. | [2] | 2.0 | 7,760 | 55 | 870 | 41.5 | 36,050 | 22% | 40.0% | 1.7 |
| Kaiser Aluminum Corporation | [3] | - | 50 | 0 | 21 | 74.9 | 1,541 | 3% | 40.0% | N/A |
| Mueller Industries Inc. | [4] | 1.1 | 343 | 0 | 74 | 17.5 | 1,297 | 26% | 40.0% | 1.0 |
| Tredegar Corp. | [5] | 0.9 | 42 | 0 | 39 | 23.7 | 930 | 5% | 40.0% | 0.8 |

| | Mean Unlevered Beta [J] | Target Debt/Equity [K] | Target Marginal Tax Rate [L] | Relevered Beta [M] |
|---|---|---|---|---|
| | | | **Relevered Beta** | |
| | 1.3 | 15% | 40% | **1.4** |

**Subject Company WACC**

| | | |
|---|---|---|
| Target Capital Structure | | |
| Equity-to-Total Capital | [6] | 87% |
| Debt-to-Total Capital | [7] | 13% |
| | | |
| Cost of Debt | | |
| Indalex 11 1/2% Note Yield | [8] | 9.9% |
| BofA Merrill Lynch US Corporate B Index | [9] | 7.3% |
| Average Yield | [10] | 8.6% |
| Tax Rate | [11] | 40% |
| After-tax Cost of Debt | [12] | 5.2% |
| | | |
| Cost of Equity | | |
| Risk-free Rate | [13] | 5.15% |
| Market Risk Premium | [14] | 6.3% |
| Levered Beta | [15] | 1.4 |
| Size Premium | [16] | 3.9% |
| Cost of Equity | [17] | 17.9% |
| | | |
| WACC | [18] | 16.3% |
| Rounded WACC | [19] | 16.0% |

Notes and Sources:

[1] - [5]: Comparables selected in Guideline Public Companies Analyses.

[6]: 1 / (1 + [K]).

[7]: 1 - [6].

[8]: Yield for 11½% Notes from FINRA Records of Indalex Bond Trades. Represents yield on 5/30/2007.

[9]: Effective yield as of 6/1/2007 from Federal Reserve Economic Data for the BAMLH0A2HYBEY Series.

[10]: Average of [8] and [9].

[11]: US Corporate Tax Rate in 2007.

[12]: (1 - [11]) x [10].

[13]: US Treasury Yield Curve Rate T Note Constant Maturity 20 Year as of 6/01/2007.

[14]: IBBOTSON Long-horizon expected equity risk premium (supply side): historical equity risk premium minus price-to-earnings ratio calculated using three-year average earnings. Stocks, Bonds, Bills, and Inflation 2007 Valuation Edition Yearbook, Chicago, Illinois, Morningstar, Inc., 2007.

[15]: [M].

[16]: Micro-cap 9-10th decile size premium, Stocks, Bonds, Bills, and Inflation 2007 Valuation Edition Yearbook, Chicago, Illinois, Morningstar, Inc., 2007.

Case No. 13-CV-01996-RGA                                        Expert Report of Yvette R. Austin Smith

[17]: [13] + ([14] x [15]) + [16].

[18]: ([6] x[17]) + ([7] x [12]).

[19]: [18] rounded to the nearest percent.

[A]: 5 Year, monthly Beta from S&P Capital IQ. Note that S&P Capital IQ does not report a beta for Kaiser Aluminum Corporation. Kaiser Aluminum Corporation exited bankruptcy in 2006, less than a year prior to the valuation date.

[B] - [E]: Data from S&P Capital IQ.

[F]: [D] x [E].

[G]: ([B] + [C]) / [F].

[H]: US Corporate Tax Rate of 40% for US Companies. Canadian Corporate Tax Rate of 36.1% for Alcan. 'Corporate tax rates table', KPMG, accessed January 13, 2016, https://home.kpmg.com/xx/en/home/services/tax/taxtoolsandresources/taxratesonline/corporatetaxratestable.html.

[I]: [A] / (1 + (1 - [H]) x [G]).

[J]: Average Unlevered Beta in [I].

[K]: Average Debt to Equity Ratio in [G].

[L]: Indalex assumed marginal tax rate.

[M]: [J] x (1 + (1 - [L]) x [K]).

Case No. 13-CV-01996-RGA                                    Expert Report of Yvette R. Austin Smith

## Exhibit 13.  Indalex Consolidated and Indalex U.S. Entities Net Debt at June 1, 2007 ($ Thousands)

|  | Indalex Consolidated | Indalex U.S. Entities |
|---|---|---|
| Capital lease obligation | 1,374 | 511 |
| Revolver borrowings | 118,926 | 118,000 |
| **Short Term Debt (Including capitalized leases)** | **120,300** | **118,511** |
| Capital lease obligation | 4,182 | 2,077 |
| Long term debt | 195,980 | 195,980 |
| **+ Long Term Debt (Including capitalized leases)** | **200,162** | **198,057** |
| - Notes receivable from affiliates | **N/A** | **(44,555)** |
| **- Cash and cash equivalents** | **(5,143)** | **(2,016)** |
| **Net Debt** | **315,319** | **269,997** |

Sources:

Indalex Consolidated Form 10-Q for the Quarter Ended July 1, 2007, p. 28.

Revolver borrowings and cash from Email message from Scott C Williams dated July 24, 2007, subject "Flash Report 7-20-07," attachment "IAS Flash Report 7-20-07.xls," "Historical Flash Reports.xls," Plaintiffs Exhibit No. 200 and represent borrowings as of June 1, 2007 for Indalex Consolidated and Indalex Inc.

Indalex U.S. Entities includes Guarantor and Parent.

*Highly Confidential*

Case No. 13-CV-01996-RGA                                    Expert Report of Yvette R. Austin Smith

## Exhibit 14. Segment Information for Comparable Companies

| | Indalex Consolidated | Alcan Inc. | Alcoa Inc. | Kaiser Aluminum & Chemical Corporation | Mueller Industries, Inc. | Novelis Inc. | Tredegar Corporation |
|---|---|---|---|---|---|---|---|
| **Aluminum Extruded Products as % of Total Sales** | | | | | | | |
| FY 2006 | 100% | 3.6% | 14.6% | - | - | 0.0% | 51.7% |
| FY 2005 | 100% | 3.6% | 14.6% | - | - | 0.0% | 49.3% |
| FY 2004 | 100% | - | 15.0% | - | - | 0.0% | 61.0% |
| FY 2003 | 100% | - | - | - | - | 0.0% | 48.0% |
| FY 2002 | 100% | - | - | - | - | 0.0% | 47.8% |
| **Aluminum Rolled, Extruded, and other Fabricated and Finished Products as % of Total Sales** | | | | | | | |
| FY 2006 | 100% | 30.2% | 41.9% | 85.3% | 33.3% | 100.0% | 51.7% |
| FY 2005 | 100% | 29.6% | 41.3% | 86.2% | 26.6% | 100.0% | 49.3% |
| FY 2004 | 100% | 22.1% | 41.3% | 85.9% | 28.5% | 100.0% | 61.0% |
| FY 2003 | 100% | 15.5% | - | 43.8% | - | 100.0% | 48.0% |
| FY 2002 | 100% | - | - | 41.4% | - | 100.0% | 47.8% |
| **Primary Aluminum as % of Total Sales** | | | | | | | |
| FY 2006 | 0% | 36.6% | 20.3% | 14.7% | - | 0.0% | 0.0% |
| FY 2005 | 0% | 33.8% | 18.4% | 13.8% | - | 0.0% | 0.0% |
| FY 2004 | 0% | 18.4% | 16.8% | 14.1% | - | 0.0% | 0.0% |
| FY 2003 | 0% | 18.7% | - | 9.4% | - | 0.0% | 0.0% |
| FY 2002 | 0% | - | - | 18.1% | - | 0.0% | 0.0% |
| **North America as % of Total Sales** | | | | | | | |
| FY 2006 | 100% | 36.3% | 56.5% | 85.3% | 78.2% | 37.5% | 58.1% |
| FY 2005 | 100% | 36.3% | 55.9% | 86.4% | 85.4% | 39.0% | 56.5% |
| FY 2004 | 100% | 35.0% | 60.4% | 85.9% | 87.8% | 38.2% | 54.5% |
| FY 2003 | 100% | - | - | 62.4% | - | - | 55.3% |
| FY 2002 | 100% | - | - | 61.4% | - | - | 58.4% |
| **AA/AEC Survey Respondent** | | | | | | | |
| FY 2006 | Yes | No | Yes | Yes | No | No | No |
| FY 2005 | Yes | No | Yes | Yes | No | No | Yes |
| FY 2004 | | - | - | - | - | - | - |
| FY 2003 | | - | - | - | - | - | - |
| FY 2002 | | - | - | - | - | - | - |

Sources:

SEC Form 10-Ks for years ended December 31, 2002-2006 for each company; "Producers' Shipments of Extruded Products by Major Marker," The Aluminum Association, October 30, 2015; "End Use Shipments of Aluminum Extruded Products (1999-2008)," AEC, The Aluminum Association.

## Exhibit 15.    Initial Universe of Guideline Public Companies

| Company Name | Exchange | Business Description | Source | Included/ Excluded | Reason for Exclusion | Reason for Initial Screen |
|---|---|---|---|---|---|---|
| Aleris International, Inc. | - | We are a global leader in aluminum rolled and extruded products, aluminum recycling and pecification alloy production. We are also a recycler of zinc and a leading U S. manufacturer of zinc metal and alueadded zinc products that include zinc oxide and zinc dust. We operate 49 production facilities in North America, Europe, South America and Asia. We possess a combination of lowcost, flexible and technically advanced manufacturing operations supported by an industryleading research and development platform. Our facilities are strategically located and well positioned to service our customers, which include a number of the world's largest companies in the aerospace, building and construction, containers and packaging, metal distribution and transportation industries. | Aleris International, Inc., Form 10-K for the Fiscal Year Ended December 31, 2006. | Excluded | Privately held at Valuation date | Indalex Presentation |
| Alcoa Inc. | NYSE | Alcoa is the world's leading producer of primary aluminum, fabricated aluminum, and alumina, and is active in all major aspects of the industry: technology, mining, refining, smelting, fabricating, and recycling.  Nonaluminum products include precision castings, industrial fasteners, consumer products, food service and flexible packaging products, plastic closures, and electrical distribution systems | Alcoa Inc., Annual Report for the Fiscal Year End December 31, 2006. | Included | - | Indalex Form 10-K |
| Sapa Profily A.S. | - | Sapa Profily a s. is a well established producer engaged for long years in manufacture and sale of aluminium profiles, surface treatments as well as fabrication of aluminium profiles.  Sapa Profily a.s. is a part of the industrial Sapa Group with three core operations – Profiles, Building System and Heat Transfer. They are operated under the brand name Sapa and they share a common foundation. This includes development, manufacture and sale of value-added profiles, profile-based building systems and heat exchanger strip in the light-weight material aluminium. Sapa is a global group with operations in 26 countries across Europe, Asia and the USA. | Sapa Profily A.S. Annual Report for the Fiscal Year Ended December 31, 2006. | Excluded | Privately held at Valuation date | Indalex Form 10-K |
| Norsk Hydro ASA | OB | Hydro is a leading energy and aluminium supplier headquartered in Norway, with 33,000 employees in nearly 40 countries.  We develop, produce and supply oil, gas and hydropower, take an active role in developing new energy forms, and manage extensive energy trading and transport operations. Hydro is the world's fifth largest primary aluminium producer. We are a major worldwide supplier of value-added casthouse products, including extrusion ingots, sheet ingots and foundry alloys. We are a significant supplier to the building industry, especially in Europe, and of rolled products to the packaging and graphics industries. | Norsk Hydro ASA Annual Report for the Fiscal Year Ended December 31, 2006. | Excluded | Very diversified geographically (13% 2006 revenues in North America) | Indalex Form 10-K |

Case 1:13-cv-01996-RGA   Document 75-1   Filed 06/10/16   Page 85 of 94 PageID #: 4925

| Company Name | Exchange | Business Description | Source | Included/ Excluded | Reason for Exclusion | Reason for Initial Screen |
|---|---|---|---|---|---|---|
| Kaiser Aluminum & Chemical Corporation | NasdaqGS | We are an independent fabricated aluminum products manufacturing company with 2006 net sales of approximately $1.4 billion. We were founded in 1946 and operate 10 production facilities in the United States and one in Canada. We manufacture rolled, extruded, drawn and forged aluminum products within three end use categories consisting of aerospace and high strength products (which we refer to as Aero/HS products), general engineering products (which we refer to as GE products) and custom automotive and industrial products (which we refer to as Custom products). | Kaiser Aluminum & Chemical Corporation Form 10-K for the Fiscal Year Ended December 31, 2006. | Included | - | Indalex Form 10-K |
| Tredegar Corporation | NYSE | Tredegar Corporation ("Tredegar"), a Virginia corporation incorporated in 1988, is engaged, through its subsidiaries, in the manufacture of plastic films and aluminum extrusions. | Tredegar Corporation, Form 10-K for the Fiscal Year Ended December 31, 2006. | Included | - | Indalex Form 10-K |
| Noranda Aluminum Holding Corporation | | We are a leading North American integrated producer of value-added primary aluminum products as well as high quality rolled aluminum coils. We have two businesses, our primary metals business, or upstream business, which produces approximately 258,000 metric tons of primary aluminum annually and accounts for approximately 10% of total United States primary aluminum production, and our rolling mills, or downstream business, which is one of the largest foil producers in North America and a leading North American producer of foil and light gauge sheet products. | Noranda Aluminum Holding Corporation Form S-4, January 31, 2008. | Excluded | Privately held at Valuation date | CapIQ Screen |
| Alcan Inc. | TSX | Alcan is the parent company of an international group involved in many aspects of the aluminum, engineered products and packaging industries. The activities of Alcan include bauxite mining, alumina refining, production of specialty alumina, aluminum smelting, manufacturing and recycling, engineered products, flexible and specialty packaging, as well as related research and development. | Alcan Inc. Form 10-K for the Fiscal Year Ended December 31, 2006. | Included | - | Historical SIC Code |
| Century Aluminum Company | NasdaqGS | We produce primary aluminum. Aluminum is an internationally traded commodity, and its price is effectively determined on the London Metal Exchange ("LME"). Our primary aluminum facilities produce value-added and standard-grade primary aluminum products. We are the third largest primary aluminum producer in North America. | Century Aluminum Company Form 10-K for the Fiscal Year Ended December 31, 2006. | Excluded | Not involved in aluminum extruded products, only primary alumina. | Historical SIC Code |
| Encore Wire Corporation | NasdaqGS | Encore is a low-cost manufacturer of copper electrical building wire and cable. The Company is a significant supplier of both residential wire for interior electrical wiring in homes, apartments and manufactured housing, and commercial wire for electrical distribution in commercial and industrial buildings. | Encore Wire Corporation Form 10-K for the Fiscal Year Ended December 31, 2006. | Excluded | Not aluminum industry | Historical SIC Code |
| General Cable Corporation | NYSE | General Cable Corporation (the Company) is a leading global developer, designer, manufacturer, marketer and distributor of copper, aluminum and fiber optic wire and cable products. The Company's operations are divided into eight main reportable segments: North American Electric Utility, International Electric Utility, North American Portable Power and Control, North American Electrical Infrastructure, International Electrical Infrastructure, Transportation and Industrial Harnesses, Telecommunications and Networking. | General Cable Corporation Form 10-K for the Fiscal Year Ended December 31, 2006. | Excluded | Not aluminum industry | Historical SIC Code |

| Company Name | Exchange | Business Description | Source | Included/ Excluded | Reason for Exclusion | Reason for Initial Screen |
|---|---|---|---|---|---|---|
| Mansfelder Metal Ltd. | OTCPK | Our primary business involves the manufacturing and trading of aluminium products. MAW Mansfelder [a subsidiary]...products include aluminium sheets, foils, strips and blanks for use by industrial and commercial fabricators of aluminium products. | Cathay Merchant Group, Inc. Form 10-K for the Fiscal Year Ended December 31, 2006. | Excluded | Negative EBITDA and Net Income three years through 2006. | Historical SIC Code |
| Mueller Industries, Inc. | NYSE | The Company is a leading manufacturer of copper, brass, plastic, and aluminum products. The range of these products is broad: copper tube and fittings; brass and copper alloy rod, bar, and shapes; aluminum and brass forgings; aluminum and copper impact extrusions; plastic fittings and valves; refrigeration valves and fittings; and fabricated tubular products. Mueller's operations are located throughout the United States, and in Canada, Mexico, Great Britain, and China. | Mueller Industries, Inc., Form 10-K for the Fiscal Year Ended December 30, 2006. | Included | - | Historical SIC Code |
| Novelis Inc. | - | We are the world's leading aluminum rolled products producer based on shipment volume in 2006, with total aluminum rolled products shipments of approximately 2,960kt. With operations on four continents comprised of 33 operating plants and three research facilities in 11 countries as of December 31, 2006, we are the only company of our size and scope focused solely on aluminum rolled products markets and capable of local supply of technically sophisticated aluminum products in all of these geographic regions. We had net sales of $9.85 billion in 2006. | Novelis Inc. Form 10-K for the Fiscal Year Ended December 31, 2006. | Excluded | Privately held at Valuation date | Historical SIC Code |
| Olin Corporation | NYSE | We are a manufacturer concentrated in three business segments: Chlor Alkali Products, Metals and Winchester®. Chlor Alkali Products manufactures and sells chlorine and caustic soda, sodium hydrosulfite, hydrochloric acid, hydrogen, bleach products and potassium hydroxide, which represent 21% of 2006 sales. Metals products, which represent 67% of 2006 sales, include copper and copper alloy sheet, strip, foil, rod, welded tube, fabricated parts and stainless steel and aluminum strip. Winchester products, which represent 12% of 2006 sales, include sporting ammunition, canister powder, reloading components, small caliber military ammunition and components, and industrial cartridges. | Olin Corporation Form 10-K for the Fiscal Year Ended December 31, 2006. | Excluded | Not aluminum industry | Historical SIC Code |
| Superior Essex Inc. | Nasdaq | We are one of the largest wire and cable manufacturers in the world. We manufacture a broad portfolio of wire and cable products with primary applications in the communications, magnet wire and related distribution markets. We are a leading manufacturer and supplier of copper and fiber optic communications wire and cable products to telephone companies, distributors and system integrators; a leading manufacturer and supplier of magnet wire and fabricated insulation products to major original equipment manufacturers (OEMs) for use in motors, transformers, generators and electrical controls; and a distributor of magnet wire, insulation, and related products to smaller OEMs and motor repair facilities. We also convert copper cathode to copper rod for internal consumption and for sale to other wire and cable manufacturers and OEMs. We operate 21 manufacturing facilities in North America, Europe and China and employ more than 4,000 people. | Superior Essex Inc. Form 10-K for the Fiscal Year Ended December 31, 2006. | Excluded | Not aluminum industry | Historical SIC Code |

| Company Name | Exchange | Business Description | Source | Included/ Excluded | Reason for Exclusion | Reason for Initial Screen |
|---|---|---|---|---|---|---|
| Titanium Metals Corporation | ENXTAM | We are one of the world's leading producers of titanium melted and mill products. We are the only producer with major titanium production facilities in both the United States and Europe, the world's principal markets for titanium consumption. We are currently the largest producer of titanium sponge, a key raw material, in the United States. | Titanium Metals Corporation Form 10-K for the Fiscal Year Ended December 31, 2006. | Excluded | Not aluminum industry | Historical SIC Code |
| Wolverine Tube, Inc. | - | Wolverine Tube, Inc. is a worldclass quality manufacturer and distributor of copper and copper alloy tube, fabricated products, and metal joining products. Our focus is on customengineered, higher value-added tubular products, including fabricated copper components and metal joining products, which enhance performance and energy efficiency in many applications, including: commercial and residential heating, ventilation and air conditioning, refrigeration, home appliances, industrial equipment, power generation, petrochemicals and chemical processing. | Wolverine Tube, Inc., Form 10-K for the Fiscal Year Ended December 31, 2006. | Excluded | Not aluminum industry | Historical SIC Code |

Sources & Notes:     Companies were added to the list of Universe of Companies if they fell into one of the following four categories:

     - "Indalex Presentation": Listed as a competitor in the 2006 company presentation (Email message from Nam Kwok to Scott Williams and Frederic Distel dated January 11, 2006, subject "Re Supplemental Presentation to Moody's - Final, attachment Follow-up materials for moodys_fin").

     - "Indalex 10-K": Listed as a competitor in Indalex Consolidated Form 10-K for the Fiscal Year Ended December 31, 2006.

     - "CapIQ Screen": Appeared in the S&P Capital IQ Screen, as defined below.

     - "Historical SIC Code": Shared the same historical SIC code as Indalex (3350) at the end of FY 2006 (Compustat Research Insight).

S&P Capital IQ Screen was conducted on 12/1/2015 for companies that met the following criteria at that date:

     - Primary Industry (Aluminum Extruded Products).

     - Public Company.

     - Located in the United States or Canada.

Case No. 13-CV-01996-RGA

Expert Report of Yvette R. Austin Smith

# Exhibit 16.    Guideline Public Company Multiples

| | Alcan Inc. | Alcoa Inc. | Kaiser Aluminum & Chemical | Mueller Industries, Inc. | Tredegar Corporation |
|---|---|---|---|---|---|
| Common Stock Price as of 6/1/2007 | $90.8 | $41.5 | $74.9 | $17.5 | $23.7 |
| Multiplied by: Shares Outstanding | 367.9 | 869.5 | 20.6 | 74.1 | 39.2 |
| **Market Value of Equity** | **$33,384.6** | **$36,050.5** | **$1,540.7** | **$1,297.3** | **$929.8** |
| Add: Total Debt | $5,780.0 | $7,760.0 | $50.0 | $342.7 | $42.2 |
| Add: Preferred Equity | $160.0 | $55.0 | $0.0 | $0.0 | $0.0 |
| Add: Minority Interest | $71.0 | $1,947.0 | - | $23.0 | - |
| Less: Cash and Short-Term Investments | $186.0 | $420.0 | $51.8 | $194.5 | $38.5 |
| **Enterprise Value** | **$39,209.6** | **$45,392.5** | **$1,538.9** | **$1,468.5** | **$933.5** |
| LTM EBITDA | $4,141.0 | $5,536.0 | $99.4 | $239.8 | $110.8 |
| NFY EBITDA | $4,614.6 | $6,143.0 | $131.2 | - | $117.6 |
| NFY EBITDA Date of Estimate | 5/24/2007 | 6/1/2007 | 5/24/2007 | - | 5/4/2007 |
| NFY+1 EBITDA | $4,387.9 | $5,950.1 | $176.7 | - | $121.1 |
| NFY+1 EBITDA Date of Estimate | 5/24/2007 | 5/30/2007 | 5/24/2007 | - | 5/4/2007 |
| LTM Total Revenues | $24,511.0 | $31,176.0 | $1,413.2 | $2,569.7 | $914.5 |
| NFY Total Revenues | $25,294.0 | $31,786.1 | $1,525.4 | $2,414.8 | $1,153.0 |
| NFY Total Revenues Date of Estimate | 5/29/2007 | 6/1/2007 | 5/16/2007 | 4/24/2007 | 5/4/2007 |
| NFY+1 Total Revenues | $25,357.4 | $31,037.1 | $1,641.3 | $2,500.0 | $1,149.5 |
| NFY+1 Total Revenues Date of Estimate | 5/29/2007 | 6/1/2007 | 5/16/2007 | 4/24/2007 | 5/4/2007 |
| EV / LTM EBITDA | 9.5x | 8.2x | 15.5x | 6.1x | 8.4x |
| EV / NFY EBITDA | 8.5x | 7.4x | 11.7x | - | 7.9x |
| EV / NFY+1 EBITDA | 8.9x | 7.6x | 8.7x | - | 7.7x |
| EV / LTM Total Revenues | 1.6x | 1.5x | 1.1x | 0.6x | 1.0x |
| EV / NFY Total Revenues | 1.6x | 1.4x | 1.0x | 0.6x | 0.8x |
| EV / NFY+1 Total Revenues | 1.5x | 1.5x | 0.9x | 0.6x | 0.8x |

| Summary Values of Positive Multiples | EV / LTM EBITDA | EV / NFY EBITDA | EV / NFY+1 EBITDA | EV / LTM Total Revenues | EV / NFY Total Revenues | EV / NFY+1 Total Revenues |
|---|---|---|---|---|---|---|
| Maximum | 15.5x | 11.7x | 8.9x | 1.6x | 1.6x | 1.5x |
| Upper Quartile | 9.5x | 9.3x | 8.8x | 1.5x | 1.4x | 1.5x |
| Median | 8.4x | 8.2x | 8.2x | 1.1x | 1.0x | 0.9x |
| Mean | 9.5x | 8.9x | 8.2x | 1.1x | 1.1x | 1.1x |
| Lower Quartile | 8.2x | 7.8x | 7.7x | 1.0x | 0.8x | 0.8x |
| Minimum | 6.1x | 7.4x | 7.6x | 0.6x | 0.6x | 0.6x |

Sources: S&P Capital IQ; Exhibit 8 and Exhibit 9.

Notes:

Last Fiscal Year refers to year ended December 31, 2006. LFY for Mueller Industries is year ended December 30, 2006.

Balance Sheet numbers are the latest reported as of the valuation date. All numbers in millions of shares and U.S. dollars except stock prices and multiples.

Total Debt, Preferred Equity, Minority Interest and Cash/Short-Term Investments are calculated based on the last twelve months from the most recent filing date before the Dividend Date.

*Highly Confidential*

Case No. 13-CV-01996-RGA                                    Expert Report of Yvette R. Austin Smith

# Exhibit 17. Guideline Public Company Financials

| | Indalex Consolidated | Alcan Inc. | Alcoa Inc. | Kaiser Aluminum & Chemical Corporation | Mueller Industries, Inc. | Tredegar Corporation |
|---|---|---|---|---|---|---|
| **Background** | | | | | | |
| Ticker Symbol | - | AL | AA | KALU | MLI | TG |
| Stock Exchange | - | TSX | NYSE | NasdaqGS | NYSE | NYSE |
| Public Float | - | 100% | 100% | 62% | 98% | 79% |
| Last Reported Fiscal Quarter end | 4/1/2007 | 3/31/2007 | 3/31/2007 | 3/31/2007 | 3/31/2007 | 3/31/2007 |
| Last SEC Filing Date | 5/7/2007 | 5/10/2007 | 5/8/2007 | 5/15/2007 | 5/4/2007 | 5/7/2007 |
| Common Stock Price as of 6/1/2007 | - | 90.8 | 41.5 | 74.9 | 17.5 | 23.7 |
| Shares Outstanding | - | 367.9 | 869.5 | 20.6 | 74.1 | 39.2 |
| **Size (in $ millions)** | | | | | | |
| LTM Total Revenues | $1,223.2 | $24,511.0 | $31,176.0 | $1,413.2 | $2,569.7 | $914.5 |
| LFY Total Revenues | $1,242.9 | $23,641.0 | $28,950.0 | $1,357.3 | $2,510.9 | $937.6 |
| NFY Total Revenues | $1,148.9 | $25,294.0 | $31,786.1 | $1,525.4 | $2,414.8 | $1,153.0 |
| NFY Total Revenues Date of Estimate | - | 5/29/2007 | 6/1/2007 | 5/16/2007 | 4/24/2007 | 5/4/2007 |
| NFY+1 Total Revenues | $1,227.05 | $25,357.36 | $31,037.15 | $1,641.30 | $2,500.00 | $1,149.50 |
| NFY+1 Total Revenues Date of Estimate | - | 5/29/2007 | 6/1/2007 | 5/16/2007 | 4/24/2007 | 5/4/2007 |
| LTM EBITDA | $65.7 | $4,141.0 | $5,536.0 | $99.4 | $239.8 | $110.8 |
| LFY EBITDA | $68.0 | $3,956.0 | $5,396.0 | $113.6 | $260.5 | $108.5 |
| NFY EBITDA | $57.86 | $4,614.56 | $6,143.00 | $131.20 | - | $117.60 |
| NFY EBITDA Date of Estimate | - | 5/24/2007 | 6/1/2007 | 5/24/2007 | - | 5/4/2007 |
| NFY+1 EBITDA | $77.17 | $4,387.89 | $5,950.10 | $176.68 | - | $121.10 |
| NFY+1 EBITDA Date of Estimate | - | 5/24/2007 | 5/30/2007 | 5/24/2007 | - | 5/4/2007 |
| LTM EBIT | $19.67 | $3,085.0 | $4,259.0 | $86.4 | $197.4 | $66.0 |
| Total Assets | $644.4 | $29,133.0 | $38,021.0 | $717.6 | $1,333.6 | $794.2 |
| **Profitability (LTM)** | | | | | | |
| Gross Profit Margin | 7.13% | 23.9% | 23.0% | 12.1% | 14.8% | 15.2% |
| EBITDA Margin | 5.38% | 16.89% | 17.76% | 7.03% | 9.33% | 12.11% |
| EBIT Margin | 1.61% | 12.59% | 13.66% | 6.11% | 7.68% | 7.21% |
| Return on Assets | | 6.8% | 7.3% | 4.7% | 10.0% | 5.1% |
| Return on Total Invested Capital | | 11.28% | 11.14% | - | 14.90% | 7.26% |
| Return on Equity | | 17.5% | 16.3% | - | 24.3% | 7.5% |

Sources: S&P Capital IQ; Exhibit 8 and Exhibit 9; Indalex Consolidated Form 10-Q for the Quarter Ended July 1, 2007; Email from Scott Williams to Rick Braun (and others) dated 5/24/07, "Subject: RE: Indalex 5 year projections," FTI_IND0001748-1749 at 1748; Email from Bob Kavanaugh dated May 17, 2007, with attachments (FTI_IND0000709-711).

Notes:

For Indalex Consolidated LTM as of 4/1/2007, email from Bob Kavanaugh dated May 17, 2007, with attachments (FTI_IND0000709-711).

Last Fiscal Year (LFY) refers to year ended December 31, 2006.  LFY for Mueller Industries is year ended December 30, 2006.

For Indalex Consolidated, NFY and NFY+1 projections from the Indalex Management Projections.

LTM calculations reflect the twelve months ending 3/31/2007.

Total Invested Capital = Market Value of Equity + Pref. Equity + LT Debt + Capital Lease Obligations.

Case No. 13-CV-01996-RGA                                    Expert Report of Yvette R. Austin Smith

# Guideline Public Company Financials (cont.)

| | Indalex Consolidated | Alcan Inc. | Alcoa Inc. | Kaiser Aluminum & Chemical Corporation | Mueller Industries, Inc. | Tredegar Corporation |
|---|---|---|---|---|---|---|
| **Growth** | | | | | | |
| LTM Sales Growth Rate | -1.6% | 3.7% | 7.7% | 4.1% | 2.3% | -2.5% |
| 1-Year Projected Sales Growth | -7.6% | 7.0% | 9.8% | 12.4% | -3.8% | 23.0% |
| 2-Year Projected Sales Growth (CAGR) | -0.6% | 3.6% | 3.5% | 10.0% | -0.2% | 10.7% |
| LTM EBITDA Growth Rate | -3.3% | 4.7% | 2.6% | -12.5% | -8.0% | 2.1% |
| 1-Year Projected EBITDA Growth | 17.5% | -14.3% | -12.2% | -13.4% | - | -7.8% |
| 2-Year Projected EBITDA Growth (CAGR) | -6.2% | -5.0% | -4.8% | -19.8% | - | -5.4% |
| **Efficiency (LTM)** | | | | | | |
| Inventory Days on Hand | 14.5 | 6.1 | 6.4 | 7.8 | 10.2 | 11.5 |
| Accounts Receivable Days | 43.5 | 8.3 | 9.3 | 12.3 | 7.6 | 6.2 |
| Accounts Payable Days | 37.5 | 38.7 | 40.0 | 19.2 | 20.8 | 39.7 |
| Asset Turnover | - | $0.9 | $0.9 | $1.2 | $2.1 | $1.1 |
| Net Working Capital / Sales | 0.1x | 0.1x | 0.1x | 0.1x | 0.1x | 0.1x |
| Capex | -$23.0 | -$1,967.0 | -$3,396.0 | -$54.9 | -$37.9 | -$33.9 |
| Depreciation & Amortization | $46.1 | $1,056.0 | $1,278.0 | $13.1 | $42.4 | $0.1 |
| **Liquidity and Working Capital** | | | | | | |
| Current Ratio | 1.0 | 1.3 | 1.3 | 2.4 | 2.8 | 2.2 |
| Quick Ratio | 0.7 | 0.7 | 0.6 | 1.1 | 1.9 | 1.5 |
| **Leverage and Coverage (in $ millions, LTM)** | | | | | | |
| Book Equity | $82.8 | $11,796.0 | $17,369.0 | $444.9 | $627.3 | $532.4 |
| Total Liabilities | $561.6 | $17,337.0 | $20,652.0 | $272.7 | $706.3 | $261.8 |
| Total Debt | $371.0 | $5,780.0 | $7,760.0 | $50.0 | $342.7 | $42.2 |
| Net Debt | $367.0 | $5,594.0 | $7,340.0 | -$1.8 | $148.2 | $3.7 |
| Preferred Equity (Book) | $0.0 | $160.0 | $55.0 | $0.0 | $0.0 | $0.0 |
| Add: Minority Interest | - | $71.0 | $1,947.0 | - | $23.0 | - |
| Less: Cash and Short-Term Investments | $4.0 | $186.0 | $420.0 | $51.8 | $194.5 | $38.5 |
| Capital Lease Obligations | $5.6 | - | - | - | - | - |
| Interest Expense | $42.1 | -$268.0 | -$375.0 | -$1.7 | -$21.1 | -$4.9 |
| **Beta** | | | | | | |
| Beta (1 year, weekly) | - | 2.1 | 1.2 | 0.5 | 2.1 | 1.9 |
| Beta (2 year, weekly) | - | 1.9 | 1.4 | - | 2.0 | 1.8 |
| Beta (5 year, monthly) | - | 1.8 | 2.0 | - | 1.1 | 0.9 |

Sources: S&P Capital IQ; Exhibit 8 and Exhibit 9; Indalex Consolidated Form 10-Q for the Quarter Ended July 1, 2007; Email from Scott Williams to Rick Braun (and others) dated 5/24/07, "Subject: RE: Indalex 5 year projections," FTI_IND0001748-1749 at 1748; Email from Bob Kavanaugh dated May 17, 2007, with attachments (FTI_IND0000709-711).

Notes:

For Indalex Consolidated LTM as of 4/1/2007, email from Bob Kavanaugh dated May 17, 2007, with attachments (FTI_IND0000709-711).

Last Fiscal Year (LFY) refers to year ended December 31, 2006. LFY for Mueller Industries is year ended December 30, 2006.

For Indalex Consolidated, NFY and NFY+1 projections from the Indalex Management Projections.

LTM calculations reflect the twelve months ending 3/31/2007.

Total Invested Capital = Market Value of Equity + Pref. Equity + LT Debt + Capital Lease Obligations.

# Exhibit 18. Universe of Precedent Transactions

| Transaction Announced Date | Target/ Issuer | Total Transaction Value | Buyers/ Investors | Sellers | Primary Industry Classification | Percent Sought (%) | Implied EV | Implied EV/ Revenues (x) | Implied EV/ EBITDA (x) | Business Description | Headquarters | Consideration Offered | Include/ Exclude | Reason for Exclusion |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 02/11/2007 | Novelis Inc. | $ 6,048.90 | Hindalco Industries Ltd. (BSE 500440) | Farallon Capital Management, L.L.C. | Rolling, Drawing and Extruding of Aluminum | 100 | $ 5,975.90 | 0.607 | 55.33 | Novelis Inc. produces and sells aluminum rolled products. It operates through four segments: North America, Europe, Asia, and South America. The company produces aluminum sheet and light gauge products primarily for use in the beverage and food can, and foil products, as well as in automotive, transportation, electronics, architectural, and industrial product markets. It is also involved in the primary aluminum smelting and hydroelectric power generation activities in Brazil. | United States | Cash | Include | - |
| 12/19/2006 | RHI Monofrax Ltd. | $ 45.00 | RHI AG (WBAG:RHI) | Vesuvius Crucible Company | Aluminum | 100 | $ 45.00 | 1 | - | RHI Monofrax, Ltd. manufactures fused cast refractory for the glass manufacturers. It offers zirconium, alumina-zirconia-silica, spinel, and alumina products; alumina fused cast crowns; and cements and rams. The company also offers spout and lip casing for the float industry. Its products are used in end fired, side fired, electric, borosilicate glass refiner, and oxy-fuel furnaces. The company serves clients in North America and internationally. The company was formerly known as Vesuvius Monofrax, Inc. and changed its name to RHI Monofrax Ltd. in February, 2007. | United States | Cash | Exclude | Main product is fused cast for glass industry |
| 10/10/2006 | Postle Aluminum Company, LLC | $ 102.50 | Allied Capital Corporation; Strength Capital; Telemus Capital, LLC | - | Aluminum Extruded Products | 100 | $ 102.50 | 0.641 | - | Postle Aluminum Company, LLC engages in the manufacture and distribution of aluminum extrusion products for customers in the United States. It offers architectural angles-equal legs, architectural angles-unequal legs, bar stock-square corners, architectural channels, structural channels, structural I-beams, schedule pipes and solid rods, round tubes, square tubes, rectangle tubes, cargo trailers, fences and railings, glass railings, horse trailers, sign shapes, and walkway shapes; and extrusion, fabrication, and finishing services. The company serves trailer, recreational vehicles, marine, sign and awning, fencing and railing, truck cap, hurricane protection, and window and door framing industries. | United States | Cash | Include | - |

Sources & Notes: RHI Group Annual Financial Report for the Year Ended December 31, 2007; Duntron Energy Ltd. Interim Financial Statements for the Three and Nine Months Ended January 31, 2007; Semmler, Ed, "Thor acquires Postle Aluminum," South Bend Tribune: Business, May 1, 2015; "H.I.G. Capital Announces Sale of Transtar Metals to A.M. Castle & Co.," H.I.G. Capital News, September 5, 2006.

S&P Capital IQ Transaction Screen, conducted on 12/10/15 with the following criteria:

1) Industry Classifications (Target/Issuer): Aluminum (Primary) OR Rolling, Drawing and Extruding of Aluminum (Primary) OR Aluminum Extruded Products (Primary).

- Note that "Rolling, Drawing and Extruding of Aluminum" is a sub-classification of "Aluminum," and "Aluminum Extruded Products" is a sub-classification of "Rolling, Drawing and Extruding of Aluminum."

2) M&A Announced Date: [5/31/2002-6/1/2007].

3) Headquarters in the United States or Canada.

4) Transactions with either Implied EV/ Revenues (x) or Implied EV/ EBITDA (x) multiple available.

5) Acquisitions completed by Dividend Date (6/1/2007).

## Universe of Precedent Transactions (cont.)

| Transaction Announced Date | Target/ Issuer | Total Transaction Value | Buyers/ Investors | Sellers | Primary Industry Classification | Percent Sought (%) | Implied EV | Implied EV/ Revenues (x) | Implied EV/ EBITDA (x) | Business Description | Headquarters | Consideration Offered | Include/ Exclude | Reason for Exclusion |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 08/12/2006 | Transtar Metals, Inc. | $ 210.73 | A. M. Castle & Co. (NYSE:CAS) | H.I.G. Capital, LLC | Rolling, Drawing and Extruding of Aluminum | 100 | $ 209.96 | 0.831 | 10.18 | As of July 24, 2007, Transtar Metals, Inc. was acquired by Transtar Metals Corp. Transtar Metals, Inc. supplies high performance metals to the aerospace, marine, defense, rail, truck, trailer, and related markets. The company offers aluminum alloys in sheet, coil, plate, extrusions, roll-form sections, rod and bar, tubing, and pipe forms; and high-performance alloys, including high-strength stainless steel in rod, bar, sheet, and plate forms, as well as hard-to-find alloys in ingot, billet, rod, bar, sheet, and plate forms. It also provides support services, which include extrusion catalog, credit application, and request for quotation. | United States | Cash | Include | - |
| 08/08/2006 | Aleris Corporation | $ 2,345.43 | TPG Capital, L.P. | - | Rolling, Drawing and Extruding of Aluminum | 100 | $ 2,325.53 | 0.765 | 7.81 | Aleris Corporation manufactures and sells aluminum rolled products. The company operates through North America, Europe, and Asia Pacific segments. It offers rolled aluminum and coated products for use in the aerospace, automotive, transportation, building and construction, electrical, mechanical engineering, metal distribution, and packaging industries. The company offers its products to end-users and distributors through sales force, as well as sales offices and agents. | United States | Cash | Include | - |
| 06/15/2006 | Duntroon Energy Ltd. | $ 1.79 | Brompton Financial Limited | - | Rolling, Drawing and Extruding of Aluminum | 45.6 | $ 1.30 | 2.65 | - | As of April 4, 2008, Duntroon Energy, Ltd. was acquired by Brompton Funds LP. Duntroon Energy, Ltd., a materials technology company, engages in the manufacture and sale of proprietary stabilized aluminum foam product primarily for the automotive sector. The company produces sheet and 3-D casting products. Its products are also used in architectural and blast mitigation sectors. The company was formerly known as Cymat Corp. and changed its name to Duntroon Energy, Ltd. in 2006. | Canada | Cash | Exclude | Transaction was part of bankruptcy reorganization; Acquired piece does not conduct aluminum related operations. |

Sources & Notes: RHI Group Annual Financial Report for the Year Ended December 31, 2007; Duntron Energy Ltd. Interim Financial Statements for the Three and Nine Months Ended January 31, 2007; Semmler, Ed, "Thor acquires Postle Aluminum," South Bend Tribune: Business, May 1, 2015; "H.I.G. Capital Announces Sale of Transtar Metals to A.M. Castle & Co.," H.I.G. Capital News, September 5, 2006.

S&P Capital IQ Transaction Screen, conducted on 12/10/15 with the following criteria:

1) Industry Classifications (Target/Issuer): Aluminum (Primary) OR Rolling, Drawing and Extruding of Aluminum (Primary) OR Aluminum Extruded Products (Primary).

- Note that "Rolling, Drawing and Extruding of Aluminum" is a sub-classification of "Aluminum," and "Aluminum Extruded Products" is a sub-classification of "Rolling, Drawing and Extruding of Aluminum."

2) M&A Announced Date: [5/31/2002-6/1/2007].

3) Headquarters in the United States or Canada.

4) Transactions with either Implied EV/ Revenues (x) or Implied EV/ EBITDA (x) multiple available.

5) Acquisitions completed by Dividend Date (6/1/2007).

## Universe of Precedent Transactions (cont.)

| Transaction Announced Date | Target/ Issuer | Total Transaction Value | Buyers/ Investors | Sellers | Primary Industry Classification | Percent Sought (%) | Implied EV | Implied EV/ Revenues (x) | Implied EV/ EBITDA (x) | Business Description | Headquarters | Consideration Offered | Include/ Exclude | Reason for Exclusion |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 09/29/2005 | JW Aluminum, Inc. | $ 350.00 | Superior Plus Corp. (TSX:SPB) | Oaktree Capital Management, L.P.; Wellspring Capital Management LLC | Aluminum Extruded Products | 100 | $ 350.00 | 1.05 | 11.82 | JW Aluminum, Inc. manufactures and supplies specialty flat rolled aluminum products for use in consumer and commercial applications. Its products include building sheets that are used in applications ranging from soffits and fascia to rain gutters and downspouts to ducts, louvers, and vents; and distributor sheets, fin stocks, cable wraps, grade I and grade III lithographic sheets, auto foil and auto sheets for automotive heat shields, honeycomb foil, and flexible packaging products. The company also offers insulation foil, adhesive tapes, and window blinds; aluminum fin stock that is used to produce industrial heat exchangers, as well as for use in heating, ventilation, air conditioning, refrigeration, and other heat transfer applications; flexible converter foil for packaging applications in food, medicine, and other consumer goods industries; and rigid packaging products. In addition, it provides sourcing, procurement, risk management, logistics, on-site quality control, and technical support services for sheet and foil; and coated services. The company serves customers in the United States and internationally. | United States | Cash | Include | - |
| 06/17/2004 | Commonwealth Industries, Inc. | $ 305.60 | Aleris Corporation | - | Rolling, Drawing and Extruding of Aluminum | 100 | $ 304.77 | 0.308 | 6.64 | Commonwealth Industries, Inc. was acquired by Aleris Corporation. Commonwealth Industries, Inc. manufactures common alloy aluminum sheet from recycled aluminum, and aluminum and non-metallic wiring products. It offers flat rolled aluminum sheet, aluminum tubing, and coil coated aluminum products. | United States | - | Include | - |

Sources & Notes: RHI Group Annual Financial Report for the Year Ended December 31, 2007; Duntron Energy Ltd. Interim Financial Statements for the Three and Nine Months Ended January 31, 2007; Semmler, Ed, "Thor acquires Postle Aluminum," South Bend Tribune: Business, May 1, 2015; "H.I.G. Capital Announces Sale of Transtar Metals to A.M. Castle & Co.," H.I.G. Capital News, September 5, 2006.

S&P Capital IQ Transaction Screen, conducted on 12/10/15 with the following criteria:

1) Industry Classifications (Target/Issuer): Aluminum (Primary) OR Rolling, Drawing and Extruding of Aluminum (Primary) OR Aluminum Extruded Products (Primary).

- Note that "Rolling, Drawing and Extruding of Aluminum" is a sub-classification of "Aluminum," and "Aluminum Extruded Products" is a sub-classification of "Rolling, Drawing and Extruding of Aluminum."

2) M&A Announced Date: [5/31/2002-6/1/2007].

3) Headquarters in the United States or Canada.

4) Transactions with either Implied EV/ Revenues (x) or Implied EV/ EBITDA (x) multiple available.

5) Acquisitions completed by Dividend Date (6/1/2007).

Case 1:13-cv-01996-RGA    Document 75-1    Filed 06/10/16    Page 93 of 94 PageID #: 4933

CAMBRIDGE
NEW YORK
SAN FRANCISCO
WASHINGTON
TORONTO
LONDON
MADRID
ROME



THE **Brattle** GROUP