**BAKER & MCKENZIE**

Baker & McKenzie LLP

300 East Randolph Street, Suite 5000
Chicago, IL 60601
United States

Tel: +1 312 861 8000
Fax: +1 312 861 2899
www.bakermckenzie.com

Asia Pacific
Bangkok
Beijing
Brisbane
Hanoi
Ho Chi Minh City
Hong Kong
Jakarta*
Kuala Lumpur*
Manila*
Melbourne
Seoul
Shanghai
Singapore
Sydney
Taipei
Tokyo
Yangon

Europe, Middle East
& Africa
Abu Dhabi
Almaty
Amsterdam
Antwerp
Bahrain
Baku
Barcelona
Berlin
Brussels
Budapest
Cairo
Casablanca
Doha
Dubai
Dusseldorf
Frankfurt/Main
Geneva
Istanbul
Jeddah*
Johannesburg
Kyiv
London
Luxembourg
Madrid
Milan
Moscow
Munich
Paris
Prague
Riyadh*
Rome
St. Petersburg
Stockholm
Vienna
Warsaw
Zurich

Latin America
Bogota
Brasilia**
Buenos Aires
Caracas
Guadalajara
Juarez
Lima
Mexico City
Monterrey
Porto Alegre**
Rio de Janeiro**
Santiago
Sao Paulo**
Tijuana
Valencia

North America
Chicago
Dallas
Houston
Miami
New York
Palo Alto
San Francisco
Toronto
Washington, DC

* Associated Firm
** In cooperation with
Trench, Rossi e Watanabe
Advogados

September 16, 2016

Honorable Judge Richard G. Andrews
United States District Court
J. Caleb Boggs Federal Building
844 N. King Street, Unit 9 - Room 6325
Wilmington, DE 19801

**Miller v. Sun Capital Partners, et al., Case No. 13-1996**

Your Honor,

Based upon comments made by the Court on June 24, 2016, and absent any further direction thereafter, since August the parties have jointly prepared the case for trial on October 3, 2016 with the expectation that the "largest" of the transactions, the June 1, 2007 Dividend transaction (and the associated Count(s) in Plaintiff's complaint), would proceed to trial on October 3, 2016.

To that end, and in advance of the September 23, 2016 pre-trial conference, the parties have prepared a joint pre-trial order, exchanged exhibits, designated testimony, drafted stipulations, identified witnesses, and fully briefed motions *in limine*, focusing upon that transaction and those counts or portions of counts.

Although the Court's most recent Order is not inconsistent with its prior thinking of conducting seriatim trials on the transactions at issue in this litigation (with the June 1, 2007 dividend claims being tried first), it did not conclusively set forth the Court's expectation. Therefore, in an abundance of caution, the parties wish to confirm that the manner in which the parties have jointly prepared the case meets the Court's approval and that the only claims being tried on October 3, 2016 are Counts I and those portions of Counts VII and VIII that relate to the June 1, 2007 dividend.

Separately, even if the upcoming trial is focused upon the June 1, 2007 Dividend, the Court has allocated five days (inclusive of the Jewish Holiday) for it to be completed. In response to the parties' joint statements that the trial will take at least an additional week, the Court had indicated it would find more time for the trial. However, the most recent Order is silent as to the length of trial. Therefore, to make sure that the parties preserve judicial resources and meet the Court's expectations, they jointly request a clarification on this point.

Counsel look forward to speaking with your Honor on Monday, September 19, 2016.

Baker & McKenzie LLP is a member of Baker & McKenzie International, a Swiss Verein.

**BAKER & McKENZIE**

Respectfully,

*/s/ Michael A. Duffy*

Michael A. Duffy
Baker & McKenzie LLP
300 East Randolph Drive
Chicago, Illinois 60601
Tel: (312) 861-8835
Fax: (312) 698-2681
michael.duffy@bakermckenzie.com

*/s/ Thaddeus J. Weaver*

Thaddeus J. Weaver
Dilworth Paxson LLP
One Customs House
704 King St., Suite 500
P.O. Box 1031
Wilmington, DE 19899-1031
Tel: (302) 571-8867
Fax (302) 571-8875
tweaver@dilworthlaw.com

*/s/ Gregory W. Werkheiser*

Gregory W. Werkheiser
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street, 16th Floor
P.O. Box 1347
Wilmington, DE 19899-1347
Tel: (302) 351-9229
Fax: (302) 425-4663
gwerkheiser@mnat.com

3793851-v1\CHIDMS1